IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. |
| AMERICAN UNIVERSITY | ) |
|     Defendant. | ) |

### NOTICE OF REMOVAL

COMES NOW Defendant, AMERICAN UNIVERSITY (hereinafter "Defendant"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and hereby removes to this Court an action pending in the Superior Court for the District of Columbia. The grounds for this Removal are set forth below.

1. On or about May 17, 2006, Plaintiff, JOSEPH SLOVINEC (hereinafter "Plaintiff"), filed an action in the Superior Court for the District of Columbia, entitled JOSEPH SLOVINEC V. AMERICAN UNIVERSITY, Case No. 06-CA-3812. Defendant was served with process through U.S. Mail on or about June 7, 2006. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, and Notice of Service of, as well as all other papers served on Defendant with the Complaint, are attached hereto and incorporated herein as Exhibit "A".

2. Plaintiff's Complaint alleges the violation of numerous constitutional rights, including the right to free speech under the First Amendment, the Fifth Amendment right against double jeopardy, and the liberty interest protected under the Fourteenth Amendment.

3. Pursuant to 28 U.S.C. §§ 1331 and 1441(a-c), this Court has original jurisdiction over this action because Plaintiff alleges the violation of rights arising under the Constitution of the United States.

4. The Clerk of the Superior Court of the District of Columbia has been notified of this removal by contemporaneously filing a Notice of Filing a Notice of Removal to the Clerk of the Court. A copy of the Notice of Removal to the Clerk is attached hereto as Exhibit B.

5. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant American University hereby removes the above-referenced action, which is now pending in the Superior Court for the District of Columbia, to the United States District Court for the District of Columbia.

DATED this 22nd day of June, 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1250 Eye Street, N.W., 6th Floor
Washington, DC 20005
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

152788-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was served via first class mail, postage prepaid, this 22 day of June, 2006 upon:

Joseph Slovinec
4252 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

Christine S. Ramapuram, Esq. #492391