IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CA-3812 |
| v. ) | Hon. Natalia Combs Greene |
| ) | Next Event: Initial Conference |
| AMERICAN UNIVERSITY ) | August 25, 2006 |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE notice that on June 22, 2006, American University (hereinafter "Defendant") filed a Notice of Removal of the above-captioned action, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, to the United States District Court for District of Columbia. A copy of the Notice of Removal is attached hereto as Exhibit A.

You are also advised that Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the District of Columbia, also filed copies of it with the Clerk of Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446.

EXHIBIT B

DATED this 22nd day of June, 2006.

                        Respectfully submitted,

                        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                        _____
                        Christopher E. Hassell, Esq., #291641
                        Christine S. Ramapuram, Esq. #492391
                        1250 Eye Street, N.W., 6th Floor
                        Washington, DC  20005
                        (202) 712-7000
                        (202) 712-7100 (fax)
                        **Counsel for Defendant American University**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing of Notice of Removal was served via first class mail, postage prepaid, this 22nd day of June, 2006 upon:

Joseph Slovinec
4252 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

                        _____
                        Christine S. Ramapuram, Esq. #492391

152791-1