IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1143 |
| ) | Judge Kessler |
| AMERICAN UNIVERSITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT AMERICAN UNIVERSITY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW, Defendant, American University, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, pursuant to Rules 12(b)(6) and 12 (e) of the Federal Rules of Civil Procedure, and hereby moves this Court to dismiss Plaintiff's claims against American University with prejudice for failure to state a claim upon which relief can be granted or, in the alternative, to order Plaintiff to file a more definite statement. As grounds for this motion, Defendant refers this Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

_____
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1250 Eye Street, N.W., 6th Floor
Washington, DC 20005
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Defendant American University's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement, Memorandum of Points & Authorities*, and proposed *Order* was served *via* e-filing and mailed first-class, postage prepaid, this 27th day of June, 2006 to:

Joseph Slovinec
4252 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

_____
Christopher E. Hasell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1143 |
| ) | Judge Kessler |
| AMERICAN UNIVERSITY ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT AMERICAN UNIVERSITY'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW, Defendant, American University (hereinafter the "University" or "Defendant"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to Rules 12(b)(6) and 12 (e) of the Federal Rules of Civil Procedure moves this Court for entry of an Order dismissing Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted or, in the alternative, ordering Plaintiff to file a more definite statement. In support thereof, Defendant states as follows:

1. Rule 8 of the Federal Rules of Civil Procedure sets forth the general rules of pleading, which include the requirement that "each averment of a pleading shall be simple, concise and direct." Fed. R. Civ. P. 8(e).

2. Pursuant to Rule 10(b), all averments "shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a statement of a single set of circumstances…. Each claim founded upon a separate transaction or occurrence . . .

shall be stated in a separate count . . . whenever a separation facilitates the clear presentation of the matters set forth." Fed. R. Civ. P 10(b).

3. "[T]he crux of 'the liberal concepts of notice pleading embodied in the Federal Rules' is to make the defendant aware of the facts." *Harrison v. Rubin*, 174 F.3d 249, 253 (D.C. Cir. 1999), *quoting Hanson v. Hoffman*, 628 F.2d 42, 53 (D.C. Cir. 1980). Although the pleadings of *pro se* litigants are "'subject to a less stringent standards than formal pleadings drafted by attorneys,'" *Poole v. Gray*, 275 F.3d 1113, 1115 (D.C. Cir. 2002) *quoting Haines v. Kerner* 404 U.S. 519, 520 (1972), *pro se* litigants must comply with the minimal standards of notice pleading contemplated by Fed. R. Civ. P. 8(a). *Moll v. Carter*, 179 F.R.D. 609 (D.C. Kan. 1998).

4. Here, Plaintiff's Complaint fails to meet the minimum threshold necessary to put the University on reasonable notice of any claims in simple, concise numbered paragraphs. Plaintiff's Complaint consists of lengthy, single-spaced paragraphs which contain multiple allegations against many individuals. As a result, the University is unable to respond to the vague, ambiguous, rambling and incomprehensible set of allegations contained in his single-spaced, 15 page Complaint (with exhibits).

5. Moreover, Plaintiff's Complaint fails to allege any claims or facts that could support any cognizable cause of action against the University, even when viewed in the light most favorable to Plaintiff.

6. As such, Plaintiff's Complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). Fed. R. Civ. P. 12(b)(6).

7. In the alternative, Plaintiff should be ordered to file a more definite statement. Pursuant to Rule 12(e), a party may move for a more definite statement before interposing a responsive pleading if a pleading to which a responsive pleading is permitted is so vague or ambiguous that the party cannot reasonably be required to frame a responsive pleading. Fed. R. Civ. P. 12(e).

8. Plaintiff's Complaint does not comport with the essential requirement of notice pleading as it fails to afford the University the ability to identify Plaintiff's specific averments and fashion a response, even when considered under the leniency that is generally afforded to *pro se* litigants. Accordingly, if Plaintiff's Complaint is not dismissed for failure to state a claim, the Court should enter an Order requiring Plaintiff to plead a more definite statement as to his claims for relief.

WHEREFORE, based on the foregoing, and for other good cause shown, Defendant American University respectfully requests this honorable Court to enter an Order dismissing Plaintiff's claims with prejudice for failure to state a claim upon which relief can be granted or, in the alternative, ordering Plaintiff to file a more definite statement.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1250 Eye Street, N.W., 6th Floor
Washington, DC 20005
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

3

152850-1