IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH SLOVINEC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 006-1143 |
| ) | Judge Kessler |
| **AMERICAN UNIVERSITY** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

UPON CONSIDERATION OF Defendant American University's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement, any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED that Defendant American University's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

                                           _____
                                           Judge, United States District Court for the
                                           District of Columbia

cc:    Christopher E. Hassell, Esq.
        Christine S. Ramapuram, Esq.
        Bonner Kiernan Trebach & Crociata, LLP
        1250 Eye Street, NW, 6th Floor
        Washington, DC  20005

Joseph Slovinec, *pro se*
4252 N Street, N.W.
Washington, DC  20001
Plaintiff, *pro se*