IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1143<br>Judge Kessler |

### PRAECIPE REGARDING CHANGE OF ADDRESS

The Clerk of the Court will please take notice that counsel of record for the Defendant, Hyatt Corporation, has a change of address effective **July 1, 2006**. Please address all future pleadings, correspondence, etc., for this matter to the address listed below:

> Christopher E. Hassell, #291641
> Christine S. Ramapuram, #492391
> **BONNER KIERNAN TREBACH & CROCIATA, LLP**
> 1233 20th Street, N.W., Suite 800
> Washington, D.C. 20036
> (202) 712-7000 Telephone
> (202) 712-7100 Facsimile

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

| | |
|---|---|
| _/s/ Christopher E. Hassell_<br>Christopher E. Hassell, Esquire<br>#291641<br>1250 Eye Street, NW, Suite 600<br>Washington, DC  20005<br>(202) 712-7000<br>(202) 712, 7100 (f)<br>**Counsel for Hyatt Corporation** | _/s/ Christine S. Ramapuram_<br>Christine S. Ramapuram, Esquire<br>#429391<br>1250 Eye Street, NW, Suite 600<br>Washington, DC  20005<br>(202) 712-7000<br>(202) 712-7100 (f)<br>**Counsel for Hyatt Corporation** |

153056-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Joseph Slovinec
4252 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

_____
Christopher E. Hassell

153056-1