## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,         )
                              )
      Plaintiff,        )
                              )
     v.                 )     **Civil Action No. 06-1143**
                              )     **Judge Kessler**
AMERICAN UNIVERSITY      )
                              )
      Defendant.     )
                              )

## DEFENDANT AMERICAN UNIVERSITY'S RESPONSE
## TO PLAINTIFF'S MOTION FOR CONSOLIDATION

COMES NOW, Defendant, American University, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Response to Plaintiff's Motion for Consolidation   As grounds therefor, Defendant refers this Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        _____

Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1233 20th Street, N.W., 8th Floor
Washington, DC  20036
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Defendant American University's Response to Plaintiff's Motion for Consolidation* was served *via* e-filing and mailed first-class, postage prepaid, this 16th day of October, 2006 to:

Joseph Slovinec
4252 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

Christopher E. Hassell

158861-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,          )
                                  )
     Plaintiff,              )
                                  )
     v.                     )     Civil Action No. 06-1143
                                  )     Judge Kessler
AMERICAN UNIVERSITY    )
                                  )
     Defendant.           )
                                  )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S MOTION FOR CONSOLIDATION

COMES NOW, Defendant, American University (hereinafter the "University" or "Defendant"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and in response to Plaintiff's Motion for Consolidation, states as follows:

### I.    Factual Background

On or about March 10, 2006, Plaintiff filed a Complaint against American University in the United States District Court for the District of Columbia.  The Complaint set forth claims for employment and age related discrimination. Subsequently, on or about May 17, 2006, Plaintiff filed his Complaint against American University in the Superior Court for the District of Columbia.  Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, the University promptly filed a Notice of Removal to remove the case to the United States District Court for the District of Columbia.  The basis for the removal was Plaintiff's apparent allegations of the violation of numerous constitutional rights, including the right to free speech under the First

Amendment, the Fifth Amendment right against double jeopardy, and the liberty interest protected under the Fourteenth Amendment.

Following the removal of this matter to the district court, the University filed a Motion to Dismiss or, in the alternative, Motion for More Definite Statement. In response, Plaintiff filed a document entitled "Plaintiff's More Definite Statement: If Two Offenses are Specified, he could Drop Opposition to Consolidation." The Court has not ruled on the University's Motion to date. Plaintiff has now filed a Motion for Consolidation of both matters pending before this Court (Civil action No. 06-1143 and 06-0455). Contemporaneously with the filing of the instant Response, the University has filed a Supplemental Memorandum of Points and Authorities in support of its previously-filed Motion to Dismiss.

## II.    Argument

The University does not oppose Plaintiff's Motion for Consolidation provided that a new scheduling order is entered to govern the proceedings of the consolidated case. As Civil Action No. 06-455 has been pending in this Court since March, 2006, a scheduling order has already been entered to administrate the litigation of that case. As a result, if the instant action was consolidated with Civil Action No. 06-455, the University would be prejudiced by the truncated time it would have to prepare its case under the scheduling order currently in effect for Civil Action No. 06-455. To date, the University has not been able to investigate Plaintiff's claims in the instant action because Plaintiff's Complaint and "More Definite Statement" are confusing and unintelligible. The University therefore filed a Motion to Dismiss, which is currently pending before the Court. In the event that the University's Motion is granted, then the issue of consolidation would be moot. However, if this matter were consolidated with Civil Action No. 06-455 without the issuance of a new scheduling

2                                          158861-1

order, the University would be left with insufficient time to investigate Plaintiff's claims and prepare its defense. Accordingly, while the University does not oppose consolidation of the cases if a new scheduling order is entered for the consolidated case, the University does oppose consolidation if such an order would not be entered.

## III.    Conclusion

WHEREFORE, based on the foregoing, Defendant American University does not oppose Plaintiff's Motion for Consolidation requesting that the instant action be consolidated with Civil Action NO. 06-455 provided that a new scheduling order is entered to govern the consolidated case.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
122 20th Street, N.W., 8th Floor
Washington, DC  20036
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

3

158861-1