IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1143 |
| ) | Judge Kessler |
| AMERICAN UNIVERSITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ERRATA

COMES NOW, Defendant, American University, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Errata amending the Certificate of Service attached to Document No. 12, Response to Plaintiff's Motion for Consolidation, as states as follows:

I HEREBY CERTIFY that the foregoing *Defendant American University's Response to Plaintiff's Motion for Consolidation* (Document No. 12) was served *via* e-filing and re-mailed first-class, postage prepaid, this 17th day of October, 2006 to:

Joseph Slovinec
425 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

158970-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Defendant American University's Response to Plaintiff's Motion for Consolidation* was served *via* e-filing and mailed first-class, postage prepaid, this 17th day of October, 2006 to:

Joseph Slovinec
425 N Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

_____
Christopher E. Hassell

158970-1