IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMERICAN UNIVERSITY  )<br>  )<br>  Defendant.  )<br>_____ ) | Civil Action No. 06-1143<br>Judge Kessler |

## ERRATA

COMES NOW, Defendant, American University, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Errata amending the Certificate of Service attached to Document No. 12, Response to Plaintiff's Motion for Consolidation, as states as follows:

I HEREBY CERTIFY that the foregoing *Defendant American University's Response to Plaintiff's Motion for Consolidation* (Document No. 12) was served *via* e-filing and re-mailed first-class, postage prepaid, this 18th day of October, 2006 to:

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　**BONNER KIERNAN TREBACH & CROCIATA, LLP**

　　　　　　　　　　　　_____
　　　　　　　　　　　　Christopher E. Hassell, Esq., #291641
　　　　　　　　　　　　Christine S. Ramapuram, Esq. #492391
　　　　　　　　　　　　1233 20th Street, N.W., 8th Floor
　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　(202) 712-7000
　　　　　　　　　　　　(202) 712-7100 (fax)
　　　　　　　　　　　　**Counsel for Defendant American University**

158970-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Defendant American University's Response to Plaintiff's Motion for Consolidation* was served *via* e-filing and mailed first-class, postage prepaid, this 18th day of October, 2006 to:

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

_____
Christopher E. Hassell

158970-1