IN UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA
JOSEPH SLOVINEC,
   Plaintiff,                    Civil Actions No. 06-1143 GK
   v.
AMERICAN UNIVERSITY,
   Defendant

RESPONSE TO MEMO FROM MR. HASSELL WITH SUPPORT OF MOTION TO CONSOLIDATE BOTH CASES WITH DEFAMATION ISSUES IN 06-1143 AND RETALIATION ISSUES IN 06-455

1. Plaintiff asks Judge Kessler to rule in favor of Motion to Consolidate both cases with an extension of time to complete discovery on these issues in Case 06-1143. Michael McNair was accused of defamation of Plaintiff with a barring order to declare Joseph Slovinec an undesirable like Jordan Nott at George Washington U. and written interrogatories will be made of witnesses to prove visits were legally protected and did not cause arguments or real disruption like a demonstration of these individuals who were listed in earlier pleadings and, contrary to what Mr. Hassell claims, these pleadings were not unintelligible: Mr. Kumar of Mediation, Darryl Cook of Financial Accounts., Carrie Trybulec of International Peace and Conflict Resolution office, and legally protected visits where staff was not in for student file inspection at School of International Service Admissions Office; only receptionist was in for inspection of Financial Aid file; and April Hornung only briefly answered inquiry on legally protected right to file employment discrimination case against Human Resources. Plaintiff will seek written interrogatories to U.S. Secretary of Education Margaret Spellings on a letter to her which was distributed to above May 17 and U.S. Secretary of Defense Donald Rumsfeld to see if either caused barring order with a copy to U.S. Attorney General Alberto Gonzales since he is investigating American U.'s Ladner administration (See American U. Interim President Kerwin's website October 2005) and also to Mr. Ladner. Any plans to make oral depositions of above in 06-455 before Nov. 1 were dropped..
2. Mr. Hassell asked Judge Kessler to remove this case from D.C. Court and she said yes which adds to her workload: a Motion to Dismiss seems inappropriate.
3. On the barring order, Plaintiff J. Slovinec cannot totally separate issues of Defamation from issues of retaliation of issuing the barring order later the same day, May 17, 2005, as retaliation for talk of filing an employment discrimination complaint: the U.S. Supreme Court made a definitive ruling in *Burlington Northern and Santa Fe Railway Co. v. White,* No. 05-259 of June 22, 2006 that retaliation can include any "materially adverse change in the terms of conditions " of employment where McNair ordered Brenda Harner to not interview J. Slovinec after barring, including "employment opportunities", and with many forms of retaliation, "the anti-retaliation provision is not limited ," To actions affecting employment terms and conditions."

SERVICE IN U.S. MAIL TO: Christopher Hassell, Bonner, Kiernan, 1233 20th St N.W. (both addresses in Washington, D.C.)Joseph Slovinec, 425 2nd St., N.W. Oct. 23, 2006

*Joseph Slovinec*

RECEIVED OCT 24 2006 NANCY MAYER WHITTINGTON U.S. DISTRICT COURT, CLERK