.IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                06-455 (gk)
   Plaintiff,                          Judge Kessler
    Vs.
American University,
  Defendant

NOTICE OF MOTION TO RECONSIDER DENIAL OF CONSOLIDATION OF 06-1143 AND 06-455

Plaintiff motions the court, and notifies Mr. Khalid, to request approval of motion in his pleading in related Case 06-1143 "Barring Order is Common Fact: Motion to Reconsider Denial of Motion To Consolidate 06-1143 and 06-455 and Extend Schedule of All Discovery in 06-1143 and Answers to Interrogatories in 06-455 to December 15." Plaintiff J. Slovinec is willing to rewrite unclear interrogatory questions yet will notify Association of Professional Schools of International Affairs these should be answered by Dec. 15 to avoid sanctions. Mr. Khalid is asked to read Danner and Edwards' Pattern Discovery; Employment Labor Law and these sections govern discovery:
2.13., 2.14 American U's rights to know about Plaintiff's lawsuit against Illinois government, 3.4. Preemployment references, (UNDER FERPA: PLEASE ASK JUSTIN PERILLO TO SEND PLAINTIFF ALL E-MAIL ON WRITING SAMPLES, COLOMBIA, ARAB LEAGUE, FISHER GRADES, AND MARCH 2, 2005 E-MAIL ON FEDERAL LOANS TO FISHER, FEB. 2005 FINANCIAL AID AWARD) , 3.11 Qualifications for job (includes Fisher and Nan classes as training). 3.66 Security misconduct, 4.24 Deceit. 4.25 Public policy- rights, violations, bad decision (welfare, homelessness), 4.26 Good Faith, 4.27 Implied promise.

To: Hisham Khalid, 3201 New Mexico Av., N.W. D.C. *(Washington, DC 20016*

Joseph Slovinec, 425 2nd St. NW Washington, D.C. Nov. 20. 2006

**RECEIVED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT