IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1143 |
| | ) Judge Kessler |
| AMERICAN UNIVERSITY | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT AMERICAN UNIVERSITY'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant **GALLAUDET UNIVERSITY** (hereinafter "Defendant"), by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and files its Answer and Affirmative Defenses in response to Plaintiff's Complaint as follows:

**ANSWER**

Responding to Plaintiff's Complaint in accordance with the Court's November 2, 2006 Order, Defendant states:

1. Defendant denies all allegations that the barring order was improper or violated any of Plaintiff's rights, as alleged in Plaintiff's Complaint, and demands strict proof thereof.

2. Defendant denies all allegations of defamation contained in Plaintiff's Complaint, and demands strict proof thereof.

3. Defendant denies all allegations of the violation of Plaintiff's rights under the First Amendment of the United States Constitution, and demands strict proof thereof.

4. Any allegations not hereby specifically admitted are denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations or the doctrine of *laches*.

### THIRD DEFENSE

Defendant denies that Plaintiff has been damaged, in the amount alleged or in any amount, and demands strict proof thereof.

### FOURTH DEFENSE

Defendant states that damages of the Plaintiff, if any, were the result of the acts and/or omissions of third persons not under the control or supervision of this Defendant.

### FIFTH DEFENSE

Plaintiff has failed to mitigate his damages.

### SIXTH DEFENSE

Defendant denies that any statement contained in the barring order was defamatory.

### SEVENTH DEFENSE

Defendant's actions or statements are either absolutely or qualifiedly privileged.

### EIGHTH DEFENSE

Defendant denies that the First Amendment is applicable to it.

### NINTH DEFENSE

Defendant's actions were taken with probable cause or a reasonable belief that it had probable cause.

## TENTH DEFENSE

Defendant reserves the right to plead such further or other affirmative defenses as may be revealed by investigation or discovery of this matter.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Christopher E. Hassell
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Defendant American University's Answer and Affirmative Defenses* was served *via* e-filing and mailed first-class, postage prepaid, this 28th day of November, 2006 to:

Joseph Slovinec, *pro se*
425 N Street, N.W.
Washington, D.C. 20001

Christopher E. Hassell
Christopher E. Hassell

160587-1