## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,       )
                             )
    **Plaintiff,**          )
                             )
    **v.**                   )     **Civil Action No. 06-1143**
                             )     **Judge Kessler**
**AMERICAN UNIVERSITY**    )
                             )
    **Defendant.**        )
                             )

## ERRATA

COMES NOW, Defendant, American University, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Errata amending the Certificate of Service attached to Document No. 22, Answer to Complaint.

I HEREBY CERTIFY that the foregoing *Defendant American University's Answer and Affirmative Defenses,* (Document No. 22) was served *via* e-filing and re-mailed first-class, postage prepaid, this 8th day of December, 2006 to:

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

                      Respectfully submitted,

                      **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                      _____/s/ Christopher E. Hassell_____
                      Christopher E. Hassell, Esq., #291641
                      Christine S. Ramapuram, Esq. #492391
                      1233 20th Street, N.W., 8th Floor
                      Washington, DC  20036
                      (202) 712-7000
                      (202) 712-7100 (fax)
                      **Counsel for Defendant American University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served *via* e-filing and mailed first-class, postage prepaid, this 8th day of December, 2006 to:

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

/S/ Christopher E. Haasell
Christopher E. Hassell

161815-1