IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,                                                06-1143
  Plaintiff,                                                    (gk) Judge Kessler
  vs.
American University,
  Defendant

MESSAGE TO MR. HASSELL

1. Plaintiff only has these items from Mr. Hassell in his possession at Community for Creative Nonviolence homeless shelter: October 16 Response on ...Consolidation, related memo about the same day, Defenses of November 28. Mr. Hassell sent J. Slovinec Interrogatories which were premature and without a court order, although J. Slovinec accepted them in a limited manner: however, since then the Interrogatories were missing, stolen, or pilfered so this is one of several reasons J. Slovinec declines to answer them by Feb. 27, approximately the requested day. J. Slovinec reminds Mr. Hassell that from what he knows of Judge Kessler's work habits, she prefers to go through Federal Rule of Civil Procedure 16.3 procedures and issue a scheduling order like she did in Case 06-455 on June 30, 2006.. J. Slovinec consents to discovery of 1995-1999 City of Chicago job applications through Mayor Richard M. Daley's Corporation Counsel, letters or resumes which were given to Cook County Clerk of the Circuit Court Dorothy Brown who said about 2002-2003 she could not rehire J. Slovinec to a job he once held 1986-1992, and this was involved in J.Slovinec's financial loss of more than $200,000 from his father's estate since 2001: this estate is also in her court files; Chicago Board of Education hiring of J. Slovinec as substitute teacher 1998-1999; A civil service ratings with no hire from Illinois Department of Central Management Services and Illinois Secretary of State Jesse White 2003-2004. Judge Kessler is notified Mr. Hassell made requests in excess of the scope of this inquiry. J. Slovinec will not call the police to report one or two papers are missing from CCNV: he did after larger thefts of his business suit and sheets, and two suitcases including family pictures and religious items. He again will motion to keep all discovery filings with the court. Judge Kessler is notified J. Slovinec hand-delivered his 2006 W-2 forms to Mr. Hassell's office and J. Slovinec's 2006 income was only about $2700 and he cannot pay bill: see attachments including remission.
2. Barring notices are attached including one for 2006-2007 without cause.. On the defamation charge, it is noted American U. distributed the barring notice to an approximately equal number of officials (Benjamin Bishop, William Esper of Legal Counsel's Office, Leslie Wong, President Ladner, David) as George Washington University did in the Jordan Nott case: D.C. Civil Case 05-8503. p. 12 (Executive Vice President, Chief of Police, Director of Student Judicial Services.)
3. Mr. Hassell is requested to ask Hisham Khalid for the list of job applications J. Slovinec already forwarded in related Case 06-455 also before Judge Kessler. Mr. Hassell is informed Mr. Khalid already entered a defense of the barring order to which Mr. Slovinec has objections in Case 06-455 , Defendant's Motion for Summary Judgment, Document 48, Dec. 1, 2006 p. 2; "Item 7. One particularly troubling incident occurred in April 2005, when Slovinec disrupted a meeting of the University President's Cabinet to warn the President that he was in danger of welfare and bankruptcy." J. Slovinec only spoke when he was recognized at a meeeting with th Deans which was open to the public: American U. is accused of defamation because in a legal sense disrupted means demonstrating or interfering with the operations of an office with arguing.
PROOF OF SERVICE: To: Christopher Hassell, Bonner and Kiernan, 1233 20th St., N.W., Washington, D.C. 20036   U.S. MAIL
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 2, 2007

**RECEIVED**

FEB 0 2 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

IN THE COURT FILE FOR U.S. DISTRICT COURT CASE 06-1143
Memo of February 2, 2007 to: Chairman Howard Dean of Democratic National Committee
430 South Capitol Street, Washington, D.C. c/o Winter Meeting (also in mail)
From: Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

    Congratulations on new majorities in both houses of Congress. A cc: of this memo is sent to American University attorney Christopher Hassell since I have complaints about his excessive requests of testimony and information about my job search from Chicago and Washington, D.C. Democrats. I am accusing ex-American U. President Benjamin Ladner of running a Republican-leaning campus for Central Intelligence Agency recruiting and use of a Professor Ronald Fisher whose Peacebuilding textbook from Kriesberg had only five pages on Iraq and Kuwait and who was out of touch with the fine values of the recent January 27, 2007 peace rally to end the Iraq war including Congresswomen Maxine Waters of the Out-of-Iraq Caucus and Lynn Woolsey and Jesse Jackson. Although my grades were high enough on earlier assignments with averages of A and B+, American University refused to give me an emergency loan and with this pretext of an unpaid bill, Fisher refused to grade my Arab League term paper which criticized Bush for not consulting more with the Arab League on March 1, 2003 about a plan by Kuwait and United Arab Emirates to exile Saddam without a trial which I called a "better idea than war." I enclose information where Dean Goodman could have used tuition remission for me and did not: Fisher seemed to want me to pressurize Democrats to raise money to pay my bill. I maintain the real reasons I was prohibited from visiting American U.'s campus were the unpaid bill and harassment for distributing a letter of complaint to U.S. Secretary of Education Margaret Spellings about my impending homelessness and Douglas Duncan's unjust policies of limiting access to homeless shelters in Montgomery County, Maryland to only mentally ill and substance abusers. After I got a Sallie Mae deferment, please tell Illinoisans Spellings retaliated with putting other loans in default which meant I have never been able to return to Illinois to accept an offer to attend Roosevelt U. in or after September 2005. My complaints about Mayor Williams' later handling of my situation are included in the attached letter to Eleanor Holmes Norton. I inform Judge Kessler I am not pleased with, and not enthusiastic about, Mr. Hassell's excessive requests for information in this lawsuit on a 2005 incident about records of my past employment solicitations with administrations of two candidates for Mayor of Chicago who refused me due to hiring freezes, Mayor Daley who I would vote for if I was still there and Clerk of the Circuit Court Dorothy Brown; the Kerry campaign where I voluntarily inform Mr. Hassell I signed a volunteer agreement with confidentiality with Matthew Butler and I told John's staff I would voluntarily disclose my only unsolicited letter on foreign policy where I favored offering Ahmad Chalabi exile in the U.S. after our soldiers excessively criticized him for seeking better ties to Iran, Iraq's largest neighbor; a letter I sent to your office; and probably DSCC and its candidates. It is probably better if Mr. Hassell would write American University legal counsel on their staff, Hisham Khalid, about a long list I already gave the court in related case 06-455, my EEOC age discrimination case against American University. I am considering writing a letter to see if U.S. Senator Barack Obama still has information on a resume I gave him: he was the only newly elected Senator where I was his constituent in January 2005: yet after the Newsweek story on him and Hillary Clinton as front-runners, Mr. Hassell should think seriously about the negative publicity these requests could give American. I look forward to hearing all candidates' views including Senators on Foreign Relations Committee. I inform Mr. Hassell I was willing to do bipartisan work yet when I was not offered work as Passport Specialist in Chicago, I resumed involvement in Democratic politics with Mayor Fenty's campaign.



IN THE COURT FILE FOR U.S. DISTRICT COURT CASE 06-1143
Memo of February 2, 2007 to:Mr. Patrick Fitzgerald, U.S. Attorney's Office, 219 S. Dearborn St. ,Chicago, Il. 60604
From: Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

    I send greetings. I was in Chicago from 1989 to 2004 and if you desire it, I could meet with you in Washington, D.C. since I know you're in town for the Libby trial and I reside near U.S. District Court. We would need a proper setting or observers. Although David Palmer of Employment Litigation Section at Mr. Gonzales. wrote me I could not ask for intervention against EEOC, I still have questions on American U. complicity in violations of my rights under Welfare Reform Act and McKinney-Vento Act programs for the homeless with several additional questions. I only earn $600 per month and intend to ask for mediation against excessive student loan collections while I am on food stamps. I believe Judge Kessler and I would want or could use your advice on whether federal and Illinois law permit discovery requests American University's attorney, Christopher Hassell, wants in U.S. District Court Case 06-1143 where I sued American University's Public Safety staff for defamation when they had forbidden me from visiting campus on false allegations I was disrupting campus when I politely was recognized to ask questions at one April 2005 meeting between the Deans and Benjamin Ladner who is under investigation by the U.S. Department of Justice and less in good standing than me. Mr. Hassell made requests in interrogatories which were missing or pilfered by residents of the mostly African-American homeless shelter where I stay, the Community for Creative Nonviolence. I cannot answer them, and he lacked Judge Kessler's authorization. Mr. Hassell made unreasonable requests for all my resumes, records of job solicitations, and other information since 1993. His language is insulting and like an unjust manager, he tries to identify me, an honest employees with misdeeds although two of the three highest officials at my workplaces were indicted and convicted: Clerk of the Circuit Court Morgan Finley and Governor George Ryan: Finley's successor, Clerk of the Circuit Court Aurelia Pucinski was the lone honest one of the group. I was fair and willing to cooperate with several of Mr. Hassell's requests: for information from Mayor Richard M. Daley's Corporation Counsel on my city job applications from 1995 to 1999; letters and resumes I gave to Clerk of the Circuit Court Dorothy Brown who refused to hire me for a higher-level job and her office said she could not consider hiring me to civil service due to a hiring freeze in 2002 and 2003.Mr. Hassell would need to ask your office if I knew about corruption in Cook County and Illinois: on Finley, I did not although an employee near my desk in the Pucinski years, Charles Williams was forced to resign in 1992 for financial wrongdoing when I was away at lunch or did not see him. Mr. Hassell has asked for records of my other lawsuit against against Illinois Department of Human Services. I reluctantly might need to ask Judge Kessler to inquire with you or order you to produce any information the U.S. Department of Justice and U.S. Attorney's Office has about 02 C 4124, my lawsuit against the Illinois Department of Human Services, Illinois Labor Relations Board, and Illinois Skills Match of Illinois Department of Employment Security. I know the U.S. Department of Justice recently had information on your Office of Information and Privacy: FOIA Post (Freedom of Information Act) WEBSITE e about it and Linda Wawzenski has record on when your office declined intervention. A main crisis is occurring since the Clerk of U.S. Court of Appeals has never responded to my recent questions on what happened to the lawsuit since my last letter from them on May 20, 2005 which claim it was "resolved" and no decision was given to me. I could ask you to investigate it if I do not obtain more cooperation. I have right to rehearing if I was not notified of decision: CMS might consider ex-Illinois residents.

 

August 7, 2006

Delegate Eleanor Holmes Norton
529 14th St., N.W.
Washington, D.C. 20045

Dear Delegate Norton:

    I send greetings.. I'd like to ask you to consider hiring me for your office or sponsoring my research. Please tell me if anyone is designated to advise Master's Degree holders like me when I attend your job fair tomorrow. I am now in the PATHS program for the Food Stamp Employment Training program at the University of District of Columbia/Van Ness and I told the UDC staff about it. I believe my job search could best be solved by Democrats with my past issues work on the Senate side and volunteer work for Kerry for President, or with use of an expert on historic publications and films affiliated with the American Historical Association, or an expert of the Association of Professional Schools of International Affairs. It has been a tough situation since I was a resident of Chicago, Illinois from 1989 to 2004 and I have only been in the Washington, D.C. area with no full-time job offer and earnings of less than $1000 since my arrival at American University in January 2005. I also wanted your office to review these complaints about obstacles in my job search: -An unexplained delay of five months by the D.C. Dept. of Human Services between February 2006 when I filed a request for a court order for entry into the Food Stamp Employment Training classes at UDC/Van Ness and my actual start at an Office Assistant training class at FSET on July 11, 2006.
- This seems linked to my receiving of nearly a year of food stamps and residency at the Community for Creative Nonviolence homeless shelter/living facility : I want both you and Mayor Williams' office to check into unclear statements of caseworkers at D.C. Dept. of Human Services who said I could volunteer for FSET yet homeless shelter food stamp recipients were not required to participate in the Food Stamp Employment Training program because many of them are substance abusers in another program. There is a badly limited choice of only a few job training programs in D.C. with free classes: Goodwill, Strive, Allied Health Care with SOME, CEEP Community (most), This instability in my life was caused by actions of American University staff and U.S. Secretary of Education Margaret Spellings' office who at first welcomed me to American U. with a loan deferment from Sallie Mae from 2005 to 2008 and after my grades were high enough with an A and B+ in Peacebuilding, my federal student loans were put in to default June 22, 2005 and I suspect the cause was an American U. paper which criticized Bush's invasion of Iraq without support of the Arab League. I hope you and Congress influence President Bush to end the war after 2005 democratic elections in Iraq and not have a repeat of the Nixon era with Vietnam policies. An EEOC lawsuit for age discrimination against American U. is actually needed to clarify goals.: I could not accept an offer to return to Chicago to study at Roosevelt University in September 2005.

Cc: Mayor Williams, Mr. Kerwin AU        Sincerely yours,

                                                     Joseph Slovinec



### If I have been admitted to SIS previously and wish to reapply, how do I do so?
Please contact the SIS Office of Graduate Admissions for guidelines.

Back to Top

**Finances, Financial Aid**

### Under what circumstances is the application fee waived?
The $50 application fee is only waived to AU alumni and current AU students. McNair Scholars and IIPP and PPIA fellows are also eligible for fee waivers and should clearly indicate their participation in such a program on their applications.

### What forms of payment are acceptable for my application fee?
If students apply online, the application fee can be paid by a major credit card. If a student applies using the paper application, personal checks or international money orders made out to "American University" are the only acceptable methods of payment. Do not, under any circumstances, send cash.

### What is the cost of graduate tuition?
For SIS students, tuition is assessed on a per-credit basis. For academic year 2006-2007, the cost per credit is $1048 per credit hour for full-time and part-time students enrolled in standard master's programs. Other student fees are required. Graduate tuition is subject to increase on an annual basis.

### What is the difference between need-based financial aid and merit-based financial aid? How is each awarded?
Merit-based financial aid is awarded upon notification of admission through the School of International Service and can be a combination of tuition remission, stipend, and/or research assistantship awards. It is a need-blind process and is awarded based on the same factors that influence the admissions process. Need-based aid is administered through the University's central Office of Financial Aid (202-885-6103). At the graduate level, it generally takes the form of a federal low-interest loan package with a work-study option. All eligible and interested students should fill out the FAFSA form upon application to SIS to begin the need-based financial aid process; there is no need to wait until you have an admissions decision from SIS.

### What percentage of incoming students receive merit-based financial aid? Is there a possibility that I could receive merit aid as a continuing student?

*[handwritten annotation: "D- FREQUENTLY ASKED QUESTIONS"]*

http://www.american.edu/sis/admissions/graduate/faq.htm                     9/22/2006

SIS merit awards are highly competitive; about 10-15% of incoming students receive merit-based aid from SIS. A few continuing students receive merit awards for the second year of their academic program, but the bulk of aid is awarded to incoming students.

**What are the forms of merit-based financial aid from SIS?**
SIS sponsors three major types of merit-based financial aid:

- Hall of Nations Scholarship, offering 18 credits of tuition remission per academic year with or without a stipend and/or research assistantship (open only to international students who do not have U.S. permanent residency or citizenship status),

- SIS Dean's Award, offering 12 credits of tuition remission per academic year (open to all students), and

- Special Opportunity Awards, offering 12 credits of tuition remission per academic year with or without a stipend and/or research assistantship (open to domestic minority students only).

Applicants who indicate on the application form that they want to be considered for merit-based aid will automatically be considered for all forms of aid, as long as their applications are received by the posted deadline.

**Is funding available for international students?**
International students are eligible for a variety of AU- and SIS-sponsored financial aid, including the Hall of Nations Scholarship mentioned above and the Massey Foundation Awards. International students are also encouraged to search for additional sources of external funding. More Information on Financial Aid for International Students.

**What are the acceptable forms of financial documents that international students have to submit?**
As the second page of the PIIRF form suggests, these documents include, but are not limited to:

- Official bank statement, stamped or signed by a bank official (no more than three months old),

- Account summary or summary of liquid assets (no more than 3 months old),

- I-134 affidavit of support, submitted by sponsor and accompanied by financial verification,



| | | |
|---|---|---|
| **Maurice** Carter/mcarter/AmericanU 05/17/2005 03:48 PM | To | Barring Notifications |
| | cc | Benjamin Bishop/bbishop/AmericanU@AmericanU, William Esper/wesper/AmericanU@AmericanU, Leslie Wong/lwong/Staff/President/AmericanU@AmericanU, David |
| | bcc | |
| | Subject | Barring Notification - Slovinec |

### RISK MANAGEMENT & SAFETY SERVICES
### PUBLIC SAFETY

# BARRING NOTICE
### CASE NUMBER: 050425

### NAME: Joseph Slovinec

IS OFFICIALLY BARRED FROM

### Main Campus and University Shuttle

OF THE AMERICAN UNIVERSITY

**BARRING EFFECTIVE FROM 05/17/2005 THROUGH 05/17/2006**



**DATE:** 05/17/2005     **TIME:** 12:00:00 PM

Public Safety Building / 4400 Massachusetts Avenue NW / Washington, DC / 20016

— EXHIBIT 7 —



# AMERICAN UNIVERSITY
### WASHINGTON, DC

PUBLIC SAFETY

American University
Public Safety - Office of the Chief
4400 Massachusetts Avenue, NW
Washington DC 20016


Joseph Slovinec
425 2nd Street, NW
Washington, DC 20001


Mr. Slovinec,

This letter is to advise you that your barring from American University (AU) Main Campus and the University Shuttle Services effective 05-17-2005 has been extended for additional year and will remain effective until 05-17-2007. The University reserves the right to deny access to the property and services at its discretion. If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the DC Code.


Sincerely,

*Michael D McNair*

Chief Michael McNair - Director
Department of Public Safety



cc: University Counsel
    AUPS Case File (#050425)



OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW   WASHINGTON, DC  20016-8068   202-885-2527   FAX: 202-885-1014