IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                                    06-1143

   Plaintiff,                                          (gk) Judge Gladys Kessler

   Vs.

American University,

   Defendant

MESSAGE ON WRITING FOR ARCHIVED MATERIAL ON CASES, CASE RECORDS

1.   Plaintiff is trying to respectfully answer Mr. Hassell's questions about his past litigation so J. Slovinec made a phone call this week to Linda Wawzenski, Assistant U.S. Attorney to U.S. Attorney Patrick Fitzgerald in Chicago, Illinois.  Ms. Wawzenski respectfully told Mr. Slovinec that the lawyer (Mr. Hassell) should write himself and order material from the archives for the U.S. District Court with an office at 219 S. Dearborn St., Chicago, Il. On J. Slovinec's Motion for Intervention in Case 02 C 4124 which Linda Wawzenski declined in December 2004. She no longer has access to the materials.  Although J. Slovinec disagreed with the U.S. Attorney's decision to not intervene on a Federal False Claims Act issue due to the amount of time which had elapsed  between his 2000 layoff and 2004, he has a duty to truthfully convey the decision and note federal attention was requested when someone illegally entered a false discharge of a patient of 19 years at Columbus Manor Nursing Home in Chicago with initials T.S.: there were several weeks of hassles before J. Slovinec gained restoration of funds for her at Columbus Manor, and his African-American woman supervisor Cynthia Faleti wrote this and "mistrust" of "co-workers" were main reasons for his layoff.  J. Slovinec was a white Democrat from Chicago's 43rd Ward and sensed hostility from appointees of now convicted ex-Governor George Ryan in an atmosphere where the Chicago Sun-Times, in probably an article on December 26 IN 2002 and 2003 described millions of dollars in narrowly recovered Medicaid fraud payments. Mr. Slovinec agrees with Ms. Wawzenski that Mr. Hassell should write letters for court records on his letterhead at his expense: J. Slovinec still wants copies, and it would take Mr. Fitzgerald's office several weeks to respond to Mr. Hassell's inquiries.

2.   Mr. Slovinec also discloses the 06-455 U.S. District Court lawsuit on American U. and EEOC, U.S. Court of Appeals case 02-3837 of Slovinec v. DePaul (which omits Rev. Croak's false statements J. Slovinec did not sign a waiver for Prof. Mockaitis and a real letter from National Security Adviser Sandy Berger was "delusional": he also wanted to suppress a letter to U.S. Secretary of Defense Cohen where J. Slovinec wrote it was wrong to monitor the signals of the human brain without consent)and a 2006 D.C. Superior Court lawsuit against the five months of delay of D.C. Dept. of Human Services in sending J. Slovinec to a food stamps because there were substance abusers at CCNV shelter.  The cooperation of Judge Kessler's clerks is requested in releasing a copy of her August 19, 2005 ruling in 05-1690, Slovinec v. Muncie later U.S. Court of Appeals Case 05-5372: J. Slovinec has vigorous objections to an outrageous January 26, 2007 decision of Judge Friedman ("Leave to file is DENIED') to tell Clerk Mayer-Whittington to  refuse to enter a correction of an obsolete address Judge Kessler's clerk used at 3023 N. Clark and refusing access to the ruling after a black stole a second copy of it from J. Slovinec's locker area at CCNV shelter:  the U.S. Supreme Court was delivered a copy of the appeal on August 30, 2006 and refusal to give J. Slovinec a copy of above ruling is an unconstitutional obstacle to hearing the case.    American U. is accused of harassment and insensitivity in pressurizing African-American jobs programs to give pretenses of aiding J. Slovinec in a job placement.

RECEIVED

FEB - 9 2011

NANCY MAYER WHITT...
U.S. DISTRICT C...

MAIL(S) TO. MR HASSELL, 1233 20xN ST, NW (SANNEY, KIRMAN
                                Joseph Slovinec    WASHINGTON, AC

JOSEPH SLOVINEC, 425 2nd ST, NW FEB 9,2007