IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                  06-1143
   Plaintiff,
   Vs.                                  (gk) Judge Gladys Kessler
American University,
   Defendant

RECEIVED FEB 2 2 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

COVER MEMO:: LETTER TO MAYOR ADRIAN FENTY

Joseph Slovinec respectfully presents this memo to Judge Kessler:

"Memo: To: Mayor Adrian Fenty, 1350 Pennsylvania Av., N.W., Washington, D.C.
From: Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 21, 2007
RE: LETTER ON ISSUES OF JOB SEARCH AND AMERICAN UNIVERSITY
Thank you for your recent letter. I want to highlight these points:

- I will try to use the One-Stop Centers: during Mayor Williams' administration, they were not effective in helping me to find work. My 2006 income was $2700.
- Please reflect carefully on whether you and your administration believe it would be better for us as Americans for me to stay here or return to Chicago: in September 2006, Roosevelt University was willing to again extend its offer for me to attend a Graduate Program in Education it offered in September 2005.
- I told a caseworker last week I want a transfer out of the Community for Creative Nonviolence shelter due to mutual incompatibility with the residents which worsened after several African-Americans stole my clothes: including pants worth $25, a donated white shirt with resale value, and a T-shirt with your name on it: this was after theft of two suitcases with hostility towards my Irish ancestry with theft of my family photos and a religious picture. U.S. Secretary of Education Margaret Spellings manipulated Mayor Williams to favor my stay at CCNV shelter on a no-cash food stamps program ever since September 2005 when, after a deferment period, her assistant Mary Muncie stubbornly insisted on keeping my student loans in default and denying me any student aid even when I had zero in the bank in January 2006 like the Herbert Hoover era.
- I respect and favor D.C. Police Chief Kathy Lanier's overall efforts yet I have complaints that the D.C. Police were not effective on following up on my several theft complaints: I believe Spellings influenced residents there on April 25 to tear up pleadings in my case and a copy of Judge Kessler's August 19, 2005, court ruling which denied me the loans to attend Roosevelt: I acknowledge to Mr. Hassell this put more pressure on American U. to aid in my job search.
- I resided in Chicago, Illinois from 1989 to 2004: I cannot pressurize D.C. businesses to hire me if they do not like my past residency there.
- I am still trying with Democratic National Committee Chairman Howard Dean who sent me mail and saw me during his 2004 campaign: I caution Mr. Hassell not to escalate tensions since I wrote Howard Feb. 2, 2007: "I have complaints about his excessive requests for testimony and information about my job search from Chicago and Washington, D.C. Democrats."

PROOF OF SERVICE: In U.S. mail to: Mr. Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 21, 2007

*Joseph Slovinec* (signature)

IN COURT FILE FOR CASE 06-1143, SLOVINEC V. AMERICAN UNIVERSITY, IN U.S. DISTRICT COURT

February 2, 2007

Mayor Adrian Fenty
1350 Pennsylvania Av., N.W.
Washington, D.C.

Dear Mayor Fenty:

I send respectful greetings. I am notifying you that I have accused American University of harassment with use of a combination of Republican defense-establishment types and African-Americans to intimidate me from applying for work, and recent actions by its attorneys indicate American University is completely untrustworthy to investigate the complaints on its own. I have already notified both attorneys: Mr. Hassell in this case that it is untrue when he claimed Defendant American University does not feel the First Amendment pertains to it when the Discrimination and Discriminatory Harassment Policy on American University's website claims American University supports "freedom of expression", and I wrote properly in the Feb. 2, 2007 "Message to Mr. Hassell": "Mr. Hassell is informed Mr. Khalid already entered a defense of the barring order to which Mr. Slovinec has objections in Case 06-455, Defendant's Motion for Summary Judgment, Document 48, Dec. 1, 2006 p. 2: "Item 7. One particularly troubling incident occurred in April 2005, when Slovinec disrupted a meeting of the University President's cabinet to warn the President (Benjamin Ladner) that he was in danger of welfare and bankruptcy." J. Slovinec only spoke when he was recognized at a meeting with the Deans which was open to the public: American U. is accused of defamation because in a legal sense disrupted means demonstrating or interfering with the operations of an office with arguing." Hisham Khalid, American U.'s lawyer, implies this was the main reason for a barring order where Ladner's guards threatened to ask the D.C. police to arrest me on false pretenses. I was not properly informed of my right to use American U. harassment complaints which would have caused me to report Ladner for harassment to the Chairman of the Board of Trustees who was Mr. Gottschalk and is now Mr. Abrahamson, and to report Public Safety Chief Michael McNair and his African-American assistant Maurice Carter to Brenda Harner who I believe was Executive Director of Human Resources at the time(the new one is Beth Muha). I inform the D.C. police these false accusations are anguishing since I never favored an illegal demonstration without a permit at any time since 1976: I probably will file a complaint with the D.C. Attorney General which accuses American U. of not informing or deceiving the court since the main reasons were the barring order were a hostile attitude near extortion from Mc Nair over my unpaid bill, and distribution of a letter to U.S. Secretary of Education Margaret Spellings which complained about lack of my financial aid and my impending homelessness after I truthfully said the government of Montgomery County, Maryland told me I could not have access to a homeless shelter if I was evicted during Summer 2005 because I was not mentally ill and not a substance abuser. FIRST PAGE –J. SLOVINEC

*FROM CLNV COPIER*

MEMO TO U.D.C/VAN NESS PATHS PROGRAM-SECOND PAGE OF LETTER TO MAYOR FENTY IN U.S. DISTRICT COURT CASE 06-1143, SLOVINEC V. AMERICAN UNIVERSITY: In addition to an employment age discrimination case, I am accusing American University of harassment where I believe root causes are Republicans who dislike my past involvement in the Democratic Party of Illinois and calls for peace in Iraq, and African-American men who dislike me because I am a white male and want to keep me like a prisoner at the mostly African-American homeless shelter, the Community for Creative Nonviolence.. I therefore ask Mayor Fenty to support these guidelines for Mr. Hassell of Bonner Kiernan, 1233 20th St., N.W., Washington, D.C., American U.'s lawyer: - I have compromised with Mr. Hassell by giving me W-2 forms from my employers to verify my income of only $2700 for 2006: however, I want a "Do-Not-Call" order for American University's attorneys not to call either of them: I suspect administrators with links to the Republican-leaning Ladner could want to harass a liberal labor union who hired me to carry signs in demonstrations for higher wages, and a polling research firm across the street from UDC/Van Ness which pays me about $700 per month yet needs a supplement because I can never end my dependency on food stamps with that salary.- I am currently opposed to Mr. Hassell's conducting discovery on job fairs where American University could intimidate or cause tensions for hosts and where I often gave resumes without applications for jobs and uncertainty if there was an opening: these were the Idealist.org job fair at George Washington University in April 2006, and a job fair with an affiliate of the Democratic National Committee in February 2007. -   I will permit discovery of employers at the D.C. Dept. of Human Services job fair at Gallaudet about September 15, 2006, and the UDC/Van Ness Job Fair of October 2006.However, I request supervision of this discovery and reporting of it to Mayor Fenty and Councilwoman Mary Cheh since I accuse American University of luring me to AU in January 2005 after 15 years of Chicago residency from 1989 to 2004 in hopes of gaining a profit from judgments against my late father's estate if I could not get private loans when I was unemployed.  Even when my savings went down from $8700 to less than $60, and 88 cents in D.C., the Director of my Graduate Certificate in Peacebuilding Ronald Fisher sent a threatening message on Labor Day, September 5, 2005 like a Richard Nixon-type Republican who wanted to threaten white labor union members in Calumet City, Illinois with refusal to consider any financial aid and limiting me to one job reference, Professor Susan Nan who worked at Carter Center, where Fisher deliberately fouled up my job search: there would not be enough references to get hired for a Bachelor's Degree position: I, JOSEPH SLOVINEC, FORMALLY ASK MAYOR FENTY TO INVESTIGATE RONALD FISHER FOR HARASSMENT OF THE HOMELESS, AFTER HE PRESSURIZED ME TO RENT FROM JULIE WEBER AT THE OVERPRICED PARK BETHESDA AT $1393 PER MONTH:" your registration at AU has been cancelled and will remain so until there is payment of outstanding fees. Thus, there is no basis to discuss your registration in the peacebuilding certificate..I did not give you my permission to use my name as a reference in your job search."  I HAVE BEEN COERCED TO STAY AT CCNV WHERE BLACKS FREQUENTLY STEAL MY CLOTHES:I CANNOT AFFORD TO REPLACE THEM WITH ONLY $25 PER DAY IN EARNINGS.

*Joseph Slovinec*
*425 2nd St. N.W.*

-------- Original Message --------
Subject: Re: 609 Registration
Date: Mon, 05 Sep 2005 12:28:53 -0400
From: Ronald Fisher <rfisher@american.edu>
Organization: SIS - American University
To: Joseph Slovinec <js2169a@american.edu>
CC: perillo <perillo@american.edu>
References:
<OF5F9172B5.AEB76BF9-ON85257070.0002F368-85257070.0002F370@american.edu>

Hi Joe, As indicated in my email of April 28, your registration at AU has been cancelled and will remain so until there is payment of outstanding fees. Thus, there is no basis to discuss your registration in the peacebuilding certificate. Also, please note that I did not give you my permission to use my name as a reference in your job search or any future applications you may make. Please address all future inquiries to the Office of the University Counsel. Sincerely, Ron Fisher

Joseph Slovinec wrote:
> From Joseph Slovinec: It is urgent for you to call me at 202-393-1909
> by 10 A.M. Sept. 2 if you want to discuss a fall registration with a
> tuition-and-fee waiver to cover Spring tuition and Autumn 2005 tuition:
> a slight adjustment to complete Graduate Certificate in Peacebuilding by
> Dec. 2005. I am in a homeless shelter after my eviction from Park
> Bethesda with only 88 cents in my only D.C. bank account: I cannot even
> get bus tokens for job trips. I want a clarification of A.U.'s role in
> my job search since you and Professor Nan are only references since
> 12/03 and I can't return to Roosevelt in Chicago with no federal loan:
> there is a chance someone among the 76 jobs I applied for might say yes
> although I arrived in D.C. Jan. 2005

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.
Tel: 202 885 1547
Fax: 202 885 2494

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.

AND TO MAJOR F(?)
FEB 21, 2007

APPENDIX A
U.S SUPREME COURT
(illegible) 2007