IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,                                  06-1143
   Plaintiff,
   Vs.                                       (gk) Judge Kessler
American University,
   Defendant

MEMO ON DISCOVERY OF JOB SEARCH

RECEIVED MAR 0 7 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

1. Plaintiff J. Slovinec is making his best efforts to cooperate with Mr. Hassell's informal requests with voluntary provision of items for discovery about his job search under Federal Rule of Civil Procedure 16. Plaintiff on and after today, is willing to make public all letters and cards of response to his job applications and giving of resumes at job fairs like two responses he received from Human Rights Campaign on Feb. 21, 2007 which said; "We have reviewed your resume…We will maintain your resume for six months. Should a position open that matches your qualifications we will contact you" and from District of Columbia Water and Sewer Authority on Feb. 15, 2007 which said: "Thank you for applying for the Executive Assistant position in the Office of the General Manager, Announcement No. GM-07-06-03, at the D.C. Water and Sewer Authority (DCWASA)." After thefts and unauthorized disposal of his items, Joseph Slovinec has few other items in his possession: Mr. Hassell would need to write Bank of America and Corus, LaSalle, and Citizen Financial Services banks in the Chicago area about his accounts and financial losses during 2005.

2. Confidential items are also being provided to Mr. Hassell which Plaintiff does not want in public court file: Plaintiff refused to sign a release for liability for 'all..schools' including American University form liability for any statements in a background investigation due to this suit: Mr. Hassell is welcome to write letters to several other employers in the original D.C. Superior Court complaint including Joseph A. Bank Clothiers, Filene's Basement, Pier One, and Toys'R'Us where he believes he refused to sign waivers of liability for investigations like he did for Grassroots Campaigns: on the September 18, 2006 list of employers in Case 06-455 he could add Hyatt Regency, Starbucks, and Bethesda Marriott to list.. One of two applications to prominent organizations for Editorial Assistant, a more appropriate positions with Mr. Slovinec's Master's Degrees, is also enclosed confidentially. Mr. Slovinec is liberal in giving Mr. Hassell a confidential list of recent job applications and faxes since they mostly relate to leads from the taxpayer funded- PATHS Food Stamp Employment Training program at University of District of Columbia/Van Ness. I, Plaintiff Joseph Slovinec, have a list of employers at the www.Idealist.Org Job fair at George Washington University of April 11, 2006 and decline to release it at this time since administrators at www.Idealist.Org and George Washington University should be contacted about any potential material damage from release of the list. Mr. Slovinec had not met with U.S. Attorney Patrick Fitzgerald during the Libby trial although a request was under consideration: J. Slovinec had attended the closing arguments in a nearby room with closed-circuit TV and observe a conviction occurred: several individuals were involved in the policy issue of alleged false statements that Iraq obtained uranium from Niger.

DELIVERY BY HAND: To: Mr. Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 March 7, 2007

*Joseph Slovinec*

With Appendix A - Human Rights DCWASA

APPENDIX # 06-1143, 3/7/2007



# DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY

**DCWASA** 5000 OVERLOOK AVENUE, S.W., WASHINGTON. D.C. 20032

February 15, 2007

Joseph Slovinec
425 2nd Stree, NW
Washington, DC, # 20001

Dear Joseph Slovinec:

Thank you for applying for the Executive Assistant position in the Office of the General Manager, Announcement No.GM-07-06-03, at the D.C. Water and Sewer Authority (DCWASA). After careful review of your application, another candidate who most closely fills our requirements has been selected.

We appreciate your interest in employment opportunities at WASA and wish you much success in future endeavors.

Sincerely,

*Rod Dones*

Rod Dones
Employment Services Manager

RD/kg

---

Thank you for your interest in employment at the Human Rights Campaign. We are always glad to hear from talented people who can make a valuable contribution to our organization. We have reviewed your résumé and have carefully considered your qualifications. While your skills are certainly impressive, we have decided to pursue other candidates for the position.

We will maintain your résumé for six months. Should a position open that matches your qualifications we will contact you.

Again, thank you for your interest in the Human Rights Campaign. We wish you success in your employment endeavors!

RECEIVED FEB 23 2007

Human Resources Department
Human Rights Campaign
www.hrc.org

02 1M    $ 00.24⁰
0004221316    FEB 21 2007
MAILED FROM ZIP CODE 20036

Joseph Slovinec
425 2nd Street, NW
Washington, DC 20001