RECEIVED
U.S. DISTRICT COURT

RECEIVED
MAR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,
  vs.
American University,
   Defendant

06-1143
(gk) Judge Kessler

MESSAGES FOR MR. HASSELL: ON STOLEN OR MISSING INTERROGATORIES, ALLEGED MISCONDUCT OF OFFICE OF POTENTIAL WITNESS U.S. SECRETARY OF EDUCATION MARGARET SPELLINGS OR MARY MUNCIE, AND CALL FOR USE OF D.C. GOVERNMENT MEDIATION ON COMMUNITY RELATIONS AND ISSUES

1. This note or a similar text will be given to District of Columbia Acting Attorney General Linda Singer which a request from Joseph Slovinec for her to find a free storage box at a safe location for items in discovery of Case 06-1143 of both Plaintiff Joseph Slovinec and Mr. Hassell. Probably an African-American resident at CCNV stole the copy of interrogatories Mr. Hassell and J. Slovinec and D.C. Police did not take closed-circuit TV or antitheft measures after J. Slovinec's clothing and other items were stolen several time. Judge Kessler's power to make the ruling (probably Item 32) in September 2006 in Case 06-455 was respected for J. Slovinec to keep discovery items in Case 06-455 in his CCNV shelter locker when he stayed there after a threatened transfer to Franklin Shelter did not occur: the locker is now full and CCNV officials have rules which forbid him from keeping more items in it or on the floor. However, judges should not fake like J. Slovinec fits into the mainstream of white society when he was reduced to work and residency like trashy blacks after his student loans were cut off in September 2005: his last paycheck was only $145. J. Slovinec cannot in good conscience fulfull his responsibilities to Mr. Hassell under Court Local Rule 5.2, to serve as custodian of items and allow inspection:.

2. J. Slovinec told the Bank of America he would inform D.C. Acting Attorney General Linda Singer that he received harassing collection notices from collectors for U.S. Secretary of Education Margaret Spellings probably from Greenville, Texas (bank got it, it is missing today) with near-extortion of a threat to collect about $21,000 in costs and fees in addition to a legitimate $71,000 for principal and $12,000 in interest and from Birmingham, Alabama where Spellings' office kept J. Slovinec's Earned Income Tax Credit refund to pay for a loan even though she knew J. Slovinec only earned $2700 in 2006: notices might be illegal since they omit respect for J. Slovinec's rights to declare bankruptcy or ask for court order for Spellings to only take 20% of income (see Edgmon federal court case.) J. Slovinec's most recent paycheck was only $145 and he wants to refuse to pay Spellings without a court order: Spellings already gained Joseph Slovinec's financial destruction with a student loan default on June 22, 2005 during a period of a deferment American U. processed (Mr. Hassell and Mr. Khalid will be asked for discovery and pretrial work on this) and suspected orders to Maurice Carter for barring of J. Slovinec after he distributed a letter to Spellings complaining on lack of access to homeless shelters in Maryland about May 17, 2005: not a violation of American U. rules or any law.

3.. After Mr. Hassell ridiculed Gallaudet in a clerical error which called Defendant Gallaudet, not the term American U., Mr. Hassell is asked to respect J. Slovinec's calls for D.C. government mediation and reports on discovery of businesses after American University insensitivity on community relations, economic development, and sending evicted whites to CCNV issues.
HAND-DELIVERED TO: Mr. Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036 and D.C. Attorney General Linda Singer, 441 4th St., N.W.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 March 27, 2007

*Joseph Slovinec*