IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                  06-1143

   Plaintiff,                       (gk) Judge Kessler

Vs.

American University,

   Defendant

**RECEIVED MAR 2 8 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

FILING OF PAPERS ON EXCESSIVE COLLECTION COSTS OF U.S. DEPARTMENT OF EDUCATION

Plaintiff located these misfiled papers on excessive collection costs of U.S. Department of Education of $21,000 (Appendix A) when they only sent Plaintiff only about three letters about debt: unless American U. settles and hires J.Slovinec, his most recent paycheck was $145, he is still on food stamps, and he cannot even discuss making payments on the debt. These are added to previous filing. Plaintiff intends to write D.C. Councilmember Mary Cheh and Mayor Fenty on community relations and economic development discrimination complaints against American University including reservations areas businesses would have about hearing from Mr. Hassell during discovery where Mr. Slovinec would insist on notifying businesses he believed McNair was deceptive: real reasons for barring were unpaid bill and Republican hostility to him as Democrat for writing letter to Spellings which complained about lack of access to homeless shelters and financial aid. After the letter, discovery could proceed. American U. is accused of bad manners to J. Slovinec as ex-Illinois resident when it makes profits from numerous exchange programs with Illinois colleges: American U. knew J. Slovinec resided in Chicago 1989-2004 before his admission.

HAND-DELIVERY: To: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036

*Joseph Slovinec* (signature)

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 March 28, 2007

P O Box 725169
Atlanta GA 31139-2169

FORWARDING SERVICE REQUESTED

MAR 21 2007

**RETURN THIS PORTION WITH YOUR PAYMENT.**

03006

JOSEPH SLOVINEC JR
425 2ND ST NW
WASHINGTON DC  20001-2003

PA[...]

4 [redacted] 0000004950 00000076    4 [redacted] 0003212007 10542079

| ACCOUNT NO. | PRINCIPAL BAL | INTEREST |
|---|---|---|
| 1118601 | $ 71,680.68 | $ 12,655.93 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $ .00 | $ 21,084.15 | $ 105,420.76 |
| | AMOUNT PAID: | |

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER
ON YOUR CHECK

SEND PAYMENT TO:

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

---

**KEEP THIS PORTION FOR YOUR RECORDS**

THIS NOTICE IS FROM WEST ASSET MANAGEMENT, INC.  THE DEPARTMENT OF EDUCATION HAS PLACED YOUR ACCOUNT WITH THIS AGENCY FOR COLLECTION ACTION.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION.  IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FORM THE CURRENT CREDITOR.

FEDERAL LAW PROHIBITS UNFAIR COLLECTION PRACTICES.  FORMAL COMPLAINTS AGAINST THIS AGENCY MAY BE LOGGED WITH:

U. S. DEPARTMENT OF EDUCATION
ATLANTA SERVICE CENTER - CHIEF, CONTRACT SERVICES BRANCH
ATLANTA FEDERAL CENTER TOWER
61 FORSYTH ST., SW, RM. 19T89
ATLANTA, GEORGIA 30303

CALL OR WRITE OUR OFFICE REGARDING YOUR INTENTIONS TO RESOLVE THIS DEBT AT:

800-270-1022
WEST ASSET MANAGEMENT, INC.
PO BOX 105646
ATLANTA, GA 30348

OUR OFFICE HOURS ARE:    8 AM TO  9 PM (EST) MON. - THURS.
                         8 AM TO  5 PM (EST) FRI.
                         8 AM TO 12 PM (EST) SAT.

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

WEST/24A

APPENDIX A-1
3/28/2007
U.S. CIV CASE 06-1143

FQF150 2005.02.02

NOTE CHANGES ONLY

FIRST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ MI ☐

LAST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

ADDRESS ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

CITY ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   HOME PHONE ☐☐☐-☐☐☐-☐☐☐☐

STATE ☐☐   ZIP ☐☐☐☐☐-☐☐☐☐   WORK PHONE ☐☐☐-☐☐☐-☐☐☐☐

SEND PAYMENT TO:

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

We are required under state law to notify consumers of the following.
This notice does not contain a complete list of the rights consumers have under state and federal law.

### California
"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

### Colorado
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE:
WW.AGO.STATE.CO.US/CAB.HTM .

### Massachusetts
NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

### Minnesota
This collection agency is licensed by the Minnesota Department of Commerce.

### New York City
This collection agency is licensed by the New York City Department of Consumer Affairs, license number 1187934.

### North Carolina
North Carolina Department of Insurance Permit Number 4044, Marietta, GA; Permit Number 4045, Mobile, AL,; Permit Number 4046, Endicott, NY; Permit Number 4047, Fredericksburg, VA; Permit Number 4048, Las Vegas, NV; Permit Number 4049, Cartersville, GA; Permit Number 4050, Texarkana, AR; Permit Number 4051, Earth City, MO; Permit Number 4052, Atlanta, GA; Permit Number 4053, Sherman, TX; Permit Number 4054, Stockton, CA; Permit Number 4055, Norcross, GA

### Tennessee
This collection agency is licensed by the Collection Service Board, State Department of Commerce & Insurance, 500 James Robertson Parkway, Nashville, TN 37243

### Utah
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

OUR CALLS MAY BE MONITORED FOR QUALITY ASSURANCE PURPOSES

Our hours of operation are Monday - Thursday 8 AM ET to 9 PM ET, Friday 8 AM ET to 5 PM ET.

*APPENDIX A-2*
*3/28/2007*
*CASE 06-1143*

FGF151 2005.05.03 REV 02