IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                                        06-1143

   Plaintiff,                                                        (gk) Judge Gladys Kessler
   Vs.

American University,
   Defendant

MESSAGE OF QUESTIONS AND DOUBTS ON AMERICAN UNIVERSITY'S WORKING RELATIONSHIP WITH DEMOCRATIC PARTY: INCLUDING GOALS OF WELFARE REFORM ACT, D.C. HOMELESS SERVICES REFORM ACT, AND DETENTION-TYPE ATMOSPHERE FOR PLAINTIFF AS CRITIC OF IRAQ WAR

1. Plaintiff notifies Judge Kessler he is sending this to Democratic National Committee Chairman Howard Dean and American University Interim President Cornelius Kerwin and legal counsels with respect for preserving most of American U.'s business ties to the Democratic Party and for corrective action in foreign policy areas: yet, Plaintiff is not responsible and wishes to be held harmless if American U. suffers a loss of business or profits if Democrats are antagonized by same issues Mr. Slovinec has complained about in past pleadings: Mr. Hassell's insensitivity to Gallaudet students and rights of free expression at American University and in related Case 06-455, Mr. Khalid's lack of respect for the Clinton Administration's goals in the Welfare Reform Act and Washington, D.C.'s goals in the Homeless Services Reform Act, a main achievement of Mayor Adrian Fenty in the City Council.

MESSAGE TO DEMOCRATIC NATIONAL COMMITTEE CHAIRMAN HOWARD DEAN WITH CC: TO INTERIM PRESIDENT OF AMERICAN UNIVERSITY CORNELIUS KERWIN

2. "To Howard Dean: I send greetings on continued success since 2006 victories. I had a signal you intend to talk to Indian-American activists soon and perhaps Pakistani-American activists. It would please you that I got A grades in 2005 on an American University project on Kashmir peace talks between India and Pakistan for Professor Ronald Fisher. Yet the relationship was severely damaged by quarrels about financial aid and today we eventually prepare for pretrial work in my two lawsuits against American University, 06-1143 on defamation and 06-455 on my EEOC allegations of age discrimination in hiring. Fisher later used an unpaid bill as a pretext to refuse to my grade my term paper on the Arab League, an action which repressed or stifled discussion of these progressive issues for peace with Arabs: the Shatt-al-Arab boundary dispute where Iran released British sailors; the Taif peace agreement on Lebanon; a 1948 incident where Iraq repudiated a defense treaty with Britain after a riot; U.S. military actions against Arabs since 1983; and especially comments where I compared an Arab League vote to support Bush's call to oust Saddam from Kuwait in 1990 to lack of consultations on a March 1, 2003 Arab League refusal to approve a plan of Kuwait and United Arab Emirates to exile Saddam which I called "a better idea than war.": he might seek to contain Chicago peace activists and Fisher caused me to have many doubts on American U.'s ability to work together with liberal Democrats like the out-of-Iraq caucus. I have these main issues for DNC:

A. I would like to inform both trials I wrote both you about April 20, 2005 and Governor Rod Blagojevich about the same time to try to ask someone to raise money to pay my unpaid

RECEIVED

APR 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

tuition bill for Spring 2005 for Ronald Fisher's program in Peacebuilding: my feelings have changed and I am informing President Kerwin I believe this should be paid by a private grant or perhaps a federal grant for low-income or homeless students. There were deficiencies in Ronald Fisher's main Kriesberg textbook with only five pages on Iraq and Kuwait, not enough to study for and about Illinois veterans, and I sensed too much pressure from Dr. Fisher to get someone I knew befor e American U. to pay his bill. I wanted to write you to avoid bad publicity or controversies since I might revive a June 2005 request to the William J. Clinton Foundation for a grant to pay the bill, and in Summer 2005 I wrote a letter to request a grant to pay Fisher's bill of about $11,000 to the Joyce Foundation in Chicago where U.S. Senator Barack Obama is on the Board of Directors and the Joyce Foundation gave about $6 million to an Environmental Working Group: when one reads the Joyce Foundation's website, I note main interests include environment and agricultural causes. Ronald Fisher's staff and SIS staff were totally unwilling to help me develop grant proposals, and when I tried to work totally alone I got zero dollars. I am politely informing President Kerwin I am willing to sign a form for American U. to get a grant or donation to pay my Spring 2005 tuition yet American U. should only use methods which are respected by international high society like foundations who know American U. I can only think of one major foundation which gives grants for foreign affairs from my native Chicago, the Mac Arthur Foundation, and I believ e I did not wrote MacArthur in 2005 since it only gives grants to organizations like the IPCR program, not an individual like myself.

B. I inform Mr. Hassell I lean against discovery of most of the employers at a job fair for a Democratic National Committee affiliate I went to in February 2007 except the Greenberg firm on a previous 06-455 list.. THE MAIN REASON IS ONE PARTICIPANT WAS AMERICAN UNIVERSITY SCHOOL OF PUBLIC AFFAIRS CAMPAIGN TRAINING WEBSITE) I ENCOURAGE PRESIDENT KERWIN TO SEEK TO EARN ANY PROFITS FROM DEMOCRATIC CAMPAIGN CONSULTANTS, YET UNDERSTAND THAT A DISCOVERY PROCESS COULD ENDANGER GOOD WILL FOR AMERICAN U. AMONG POTENTIAL CLIENTS WHO ARE FRIENDS OF HOWARD AND DNC: this would involve my telling them that friends of Benjamin Ladner were deceiving others when they said I disrupted a meeting about April 19, 2005 of him, Cabinet, and Deans when Ladner voluntarily recognized me, took a note, and then callously refused to respond to my request for urgent financial advising to avoid welfare and bankruptcy and also refused to discuss negotiations with Governor Rod Blagojevich to return me to Illinois in circumstances like if I had a financial emergency or illness.

C. Howard, please review existing Democratic Party working relationships with American University and write me about what you think of them, and please react to my ideas for areas of improvement. I inform American U. I read everything I could on AU websites: I noted Professor Thurber of the School of Public Affairs' Center for Congressional and Presidential Studies welcomed Senator Obama to American U., I attended the April 2005 speech of John Edwards and remember John Kerry visited later, and I noted the Campaign Training Institute. The School of Public Affairs listed about 3 student internship or job placements with prominent Democratic U.S. Senators.

2

D. At one time, I had alumni lists from the School of Public Affairs and School of Communications where I noted Congresswoman Diana DeGette hired an AU grad and I especially liked a talk of Michael Cascio of National Geographic: I tried applying for June 2005 Evanston job with National Geographic which might have been tough after 15 years in Chicago and only one semester at American U., I could try their company again in 2007. However, these items were stolen along with many items at the CCNV shelter where I have resided since I was evicted from Park Bethesda, and American U. dorm and this leads to disrespect in the next paragraph.

E. Howard, I would welcome it if you or a leading Democrat would suggest a mediator in the dispute about American U. especially on the issues of my uncompleted Graduate Certificate in Peacebuilding, a sequence of five classes where my financial aid was stopped after criticizing Bush's policies on the Iraq war and where after Sallie Mae gave me a loan deferment in January 2005, U.S. Secretary of Education Margaret Spellings put my loans in default on June 22, 2005 and her aide Mary Muncie had forbidden me from returning to Chicago to attend Roosevelt University in September 2005. Spellings' office recently tried to demand a student loan payment in full of more than $70,000 when I only earned $2700 in 2006, I only earn $421 per month in March and April 2007, and I have less than $74 in the bank. Since Judge Kessler refused to overturn Spellings' actions and order student loans for me to attend Roosevelt in Autumn 2005, I have resided in the Community for Creative Nonviolence homeless shelter with dependency on food stamps. Mr. Kerwin, I need to say many lawyers would say if it did not work out for Ronald Fisher to encourage me to become a Maryland resident in the Park Bethesda, I should have returned to Illinois in September 2005 and probably should consider a return to Illinois today. I have started to work on pretrial opening remarks: "Stan Greenberg told us about the two Americas, and increasing division between rich and poor. I came to American U. with $8700 in the bank and a car: after job search advice from Lochlann Boyle and Ronald Fisher, my savings went down to zero in January 2006 with no 2005 hire and I have never been able to afford to even visit Illinois since June 2005. I became in the poorer of the two Americas due to actions of American U. Assistant Director of Financial Aid Ingrid Valentine: when I did not know I had a bad credit rating in January 2005 due to erroneous listing of a unpaid gas and other bill, and got turned down for private loans, American U. catalog had a policy for both sides to save face since my grades of A and B+ were high enough: the use of a Cafritz, Morgenstern, or Skaskan emergency loan; Ingrid ignored my requests. When I attended Congressman Waxman's committee hearing for Valerie Plame Wilson, I saw Congressman Chris VanHollen (D-Maryland) whose office encouraged Ingrid to fill out food stamp forms after seeming Republican-influenced delay. I definitely see a conflict between goals of Washington, D.C. Mayor Adrian Fenty when he sponsored the D.C. Homeless Services Reform Act and this e-mail from my American U. Professor Ronald Fisher on September 5, 2005 when after I informed him I was in homeless shelter with only 88 cents in my only D.C. bank account and I asked about tuition remission for the poor and homeless, Dr. Fisher repeated a demand for a bill payment like a right-wing United Methodist tithing type.

3

Is this American University an ideal place for liberal Democratic peace activists from Chicago to study about how to end the Iraq war? I respect the leadership of Dr. Said at the International Peace and Conflict Resolution program, the only American U. professor who was mentioned at a Catholic peacebuilding conference in 2005. Yet too few of his colleagues have produced books and research like administrative manuals on U.S. military support for economic development in Iraq's provinces or negotiations for Sunni-Shiite reconciliation to end fighting after Bremer's policies and inability of U.S. Institute of Peace to end fighting after a rumored $10 million grant. Yet American University's financial priorities were elsewhere, and after his committee would not allow me to start school in September 2004 with $23,000 in the bank, Fisher sought to distract attention from my Enron Corporation-type financial collapse. Black neighbors at my CCNV homeless shelter have frequently taken out and read without my permission names of attenders at Lochlann's February 2005 career seminar: from Defense Intelligence Agency, Mr. Wolfowitz's office at the World Bank, and Craig Schmall who works on CIA briefings for President Bush with respect for the fact U.S. Attorney Patrick Fitzgerald cited him as a favorable source against revealing Valerie Plame Wilson's identity in public closing remarks on at the Libby trial. Many students from Dr. Fisher's Summer Institute for Peacebuilding and Development are probably or are eligible for tuition payment from their employers: Organization of American States, United Nations Development Program (or Programme), CARE, United States Agency for International Development, and AID (Graduate Certificate in Peacebuilding:http://www.american.edu, henceforth referred to as American University website)and the American U. website for School of Public Affairs has a section on a recent Key Executive Leadership seminar with Sponsored Students where Dean William LeoGrande welcomed employees who received tuition payments from employers at the Central Intelligence Agency, Department of Defense, U.S. Department of Education, National Security Agency, and Department of Labor's Employment Training Administration: this last choice is central to a hotly bitter debate at the trial: American University's School of International Service and School of Public Affairs are in danger of becoming intolerant, conservative 1950's schools with tactics of John Foster Dulles and his brother Allen Dulles: I have asked Democratic Party leadership and the administration of interim President Cornelius Kerwin toreview my severe objections to American U. Legal Counsel Hisham Khalid's refusal to answer interrogatories for several issues in my 06-455 case:

1. Refusal to answer any questions about American U.'s responsibilities under the Welfare Reform Act to encourage students and evicted recent ex-students to enter worker training program.
2. Refusal to answer any questions about the lack of interest or neglect of Dean LeoGrande and the School of Public Affairs to develop any relationships for students who ran out of money and recent ex-students with job training and economic development programs in either Montgomery County, Maryland or Washington, D.C.. Past employers control most referrals to these programs.
3. After I, Joseph Slovinec, was evicted from the Park Bethesda dorm, conservative white United Methodist affiliates manipulated me into staying at the mostly black CCNV shelter where D.C. Dept. of Human Services employees of Mayor Williams insisted on keeping me on no-cash food stamps programs for several months when I had zero in bank:                              p. 4

if United Methodists want to administer American U., they should use better programs like a shelter they operate at Metropolitan Memorial Church across the street from American U. and United Methodist job training programs for the poor: Mr. Khalid contemptuously refused to answer any questions I had for American U. Trustee Bishop Schol on these areas.

4. Dean Goodman refused to answer any questions I had when I said it was a bad idea for him to keep me on campus with no job and no financial aid: I note he never responded to a letter in December 2004 where I requested a free room.

5. It is troubling for academic freedom when Mr. Khalid refused to answer any questions I had about job advising responsibilities of Dr. Fisher, Dean Goodman, and Lochlann Boyle. Mr. Khalid seems to have an excessive view of saying my questions were unintelligible or perhaps not within admissible evidence: in an EEOC trial, it is relevant to bring up if American University fulfilled any duties under law to advise me, a student, on additional job opportunities to the 18 campus jobs in dispute: these statutes include the Welfare Reform Act where no one helped me to earn enough, $1062 per month, to end dependency on food stamps, bills of Congress for funds for cooperation between federal job training programs and university career centers, and 29 U.S.C. 49 b and c."

(Please understand I need to address recipients by name since these issues could be confusing for Howard Dean). Dr. Kerwin, I need to ask you to write a response on how American University views its responsibilities towards students and recent ex-students in above areas and discuss it with Mr. Khalid: I respect that you want to rely on Mr. Khalid on your legal counsel yet Mr. Khalid's responses are completely unsatisfactory for Democrats with social compassion and many nonpartisan individuals. I NEED TO ASK PRESIDENT KERWIN AND BOARD OF TRUSTEES TO MAKE A STATEMENT OF RESPECT FOR ELECTION OF THE DEMOCRATIC MAJORITIES IN CONGRESS UNDER LEADERSHIP OF SENATOR REID AND SPEAKER PELOSI AND SUPPORT FOR EQUAL RESPECT FOR STUDENTS AND VISITORS FROM BOTH PARTIES ON CAMPUS: any statement or feelings should be shared with Howard Dean. Your financial interests and Dean LeoGrande's relationships indicate discrimination of American University in favor of Republicans with less emphasis on Democrats in Congress. I want to express support for continuation of the Washington Semester program agreements American U. has with several Illinois colleges where those Illinois colleges agreed to line up aid to pay American U. for Washington Semester expenses: however, with lack of any similar agreement for graduate students, I face a tough decision within 10 to 20 days of whether I believe it is safe economically and emotionally for Illinois graduate students to attend Ronald Fisher's Graduate Certificate in Peacebuilding program and the Summer Institute in Peacebuilding and Development: since funding discriminated against me, similar difficulties could occur if liberal Democrats for Barack Obama's campaign for President try to enroll in above programs and we want no more cases of an item in the title, DETENTION-TYPE ATMOSPHERE FOR PLAINTIFF AS CRITIC OF IRAQ WAR. Dr. Kerwin, I want to bring to Howard Dean's attention that I wrote a pleading in December to Senator Reid to see if he wanted to encourage mediation so I could finish Dr. Fisher's uncompleted program:

Senator Reid, like Dr. Abu Nimer, did not respond through official channels, and someone sent me a message from Senator Reid at the Democratic Senatorial Campaign Committee which asked me to favor a message to President Bush to end the Iraq war. I support the bills of him and Speaker Pelosi to withdraw U.S. troops by 2008: I question if American U.'s Programs including Summer Institute on Peacebuilding and Development would discuss our concerns candidly. Democrats could use advising on topics like Speaker Pelosi's visit to Syria which I favored and Steny Hoyer's talks with the Muslim Brotherhood in Egypt which were correctly favored by the U.S. Ambassador after the group renounced violence www.cnn.com April 7, 2007: , I have a greater desire to respect the views of Secretary of State Rice who did not want to visit the Muslim Brotherhood to avoid antagonizing supporters of President Mubarak who favors peace. th
3.REPUBLICAN-INFLUENCED CONFINEMENT OF J. SLOVINEC IN CCNV HOMELESS SHELTER, USE OF AMERICAN U. FINANCIAL AID AND HOUSING STAFFS FOR DONALD SEGRETTI-TYPE DIRTY TRICK OPERATIONS Professor Ronald Fisher taught me well on Cyprus and work on authors Kriesberg and Miall on charts on Cold War and Israeli-Palestinian negotiations and I had an A average in his class: yet, the good of Fisher's work is almost destroyed by bureaucratic hassles and lack of sincerity in supporting my job search after only one semester away from Illinois: I believe I was victimized by a series of Republican-influenced maneuvers like the dirty tricks of the later convicted Donald Segretti in Nixon's re-election campaign: when Ingrid Valentine would not give me an emergency loan, Republican-leaning types did several moves to cause my financial destruction: cancellation of the semester so grades would not be recorded, like Segretti's cancellation of meetings; ability to worsen my credit rating with unpaid bills like rent at Park Bethesda before my eviction; and Julie Weber's incitement of racial hostility with maneuvering me into staying from August 2005 at the mostly African-American Community for Creative Nonviolence shelter with drug abusers and ex-convicts. I suspect AU staff hostility towards Jews and liberal Democrats from the 32nd, 43rd, and 44th Ward of gay Alderman Tom Tunney: If Obama's supporters attend Fisher's workshops, they could end up in homeless shelters with harassment from types like Bishop Owens., Mayor Williams' friend who made an antigay remark (Washington Blade, May 17, 2006). . Nixon used the IRS to harass political enemies: Mr. Kerwin, the Bush Administration had mixed feelings on my visit: I feel someone at American U. who was principled, perhaps Michelle Silberberg, obtained a loan deferment from Sallie Mae for me from Jan. 2005 to August 2008: Michelle did not talk to me, and it was annoying that several William D. Ford loans were not included in the deferment (this was not obvious) and a malicious set of bureaucrats used earlier talk of default in a notice sent to the wrong address a few weeks earlier in December 2004 for a stubborn policy of keeping my loans in default since June 22, 2005: despite the deferment, the fact I have been on food stamps since August 2005, and qualified for federal programs of aid to the poor with less than $73 in the bank earlier today. The default stopped me from returning to Chicago to attend Roosevelt University in September 2005: WHEN MOST DEMOCRATS DID NOT WANT ME TO LEAVE ILLINOIS, SPELLINGS AND REPUBLICANS CREATED TENSIONS BY KEEPING ME IN WASHINGTON WITH ZERO IN THE BANK AND SENDING ME LIKE A BEGGAR TO ASK LEADING DEMOCRATS FOR JOBS TO GET AWAY FROM THE SHELTER AND END DEPENDENCY ON FOOD STAMPS. P. 6

CONCLUSIONS IN MESSAGE TO HOWARD DEAN AND CORNELIUS KERWIN FROM: JOSEPH SLOVINEC

I actually had benevolent intentions in sending this message to Dr. Kerwin to arrive before the last day of class, April 30. It is actually better if he discusses it with student admirers to avoid any perceptions there could be a sneaky, underhanded trial during the summer with little notice or chance to debate issues: Judge Kessler has not yet set a date, and I am not responsible. I ask Howard to work on these goals:

1. WRITING TO ME ON DNC WORKING RELATIONSHIPS WITH AMERICAN U. IF AMERICAN U. LEGAL COUNSEL HISHAM KHALID WRITES YOU ABOUT MY JOB APPLICATION ISSUES IN CASE 06-455, PLEASE SEND A BRIEF ANSWER ON YOUR FEELINGS ON HELPING ME TO SET GOALS TO END DEPENDENCY ON FOOD STAMPS: DNC'S NAME WAS LISTED ON MY JOB SEARCH LIST AFTER SEVERAL SENATORIAL OFFICES.

=I WOULD WELCOME IT IF YOU WOULD TALK WITH FORMER PRESIDENT CLINTON, EX-SECRETARY OF LABOR ROBERT REICH, AND OFFICIALS ON GOALS OF WELFARE REFORM ACT AND INFORM AMERICAN U.: I MAINTAIN IT WAS WRONG UNDER THAT ACT FOR D.C. GOVERNMENT AND AMERICAN U. TO LET ME SIT AROUND CCNV SHELTER FOR SEVERAL MONTHS WITHOUT WORKING OR ATTENDING WORKER TRAINING CLASSES UNTIL JULY 2006: THIS SEEMED TO RESULT MOSTLY FROM TENSIONS OF BUSH DISAGREEMENT WITH DEMOCRATS ABOUT IRAQ WAR

1. I HAVE ASKED MAYOR FENTY TO TALK TO EVERYONE WHO WAS AND IS INVOLVED IN THE PROCESS SINCE MY ARRIVAL IN D.C. IN JANUARY 2005 ABOUT IDEAS FOR THE NEXT PROFESSIONAL TRAINING PROGRAM FOR ME: UDC/VAN NESS PATHS PROGRAM, THE CARPENTERS' UNION WHICH HIRED ME FOR A FEW MONTHS, THE POLLSTER NEAR UDC/VAN NESS WHERE I MOST RECENTLY WORKED FOR $421 PER MONTH, AND I HAVE ASKED DR. KERWIN TO GIVE VIEWPOINTS FOR AMERICAN U. SINCE HE WAS PAST DEAN OF THE SCHOOL OF PUBLIC AFFAIRS AND AN EXPERT ON RULEMAKING WHICH INCLUDES ECONOMIC DEVELOPMENT AGENCY. DR. KERWIN WILL BE ASKED TO DISCUSS ISSUES ON WHETHER I SHOULD CONSIDER A RETURN TO ILLINOIS FOR WORK, PERHAPS WITH DAMAGES IN THIS CASE WHERE A SETTLEMENT IS EASIER FOR BOTH SIDES: SEE GOAL 2.
2. I NOTIFY HOWARD I WROTE GOVERNOR ROD BLAGOJEVICH OF ILLINOIS ON DECEMBER 28, 2006: "I WANT TO ASK YOU AND LISA TO OPPOSE ANY NEW RECRUITING OF ILLINOIS STUDENTS FOR AMERICAN UNIVERSITY'S GRADUATE CERTIFICATE IN PEACEBUILDING UNLESS THE ADMINISTRATION OF INTERIM PRESIDENT CORNELIUS KERWIN IS WILLING TO FAVOR THESE REFORMS AFTER MY DIFFICULTIES WITH RONALD FISHER, ITS DIRECTOR: EITHER CANCELLING THE CLASSES WITHIN THE FIRST TWO WEEKS IF TUITION IS NOT PAID, OR GIVING AN EMERGENCY LOAN TO ILLINOIS STUDENTS AT THE END OF THE SEMESTER,,,FISHER..COULD TRY TO PREY ON WEALTHY PEACE ACTIVISTS IN ILLINOIS. FISHER IS A MILITARY TRAINER WITH PROBABLY CIA LINKS AND SEEMS HOSTILE TO CHICAGO-AREA LIBERAL DEMOCRATS: .,..HE SEEMS TO FEEL I SHOULD PRESSURIZE DEMOCRATIC POLITICIANS OR CHICAGO BUSINESSES TO PAY HIS BILL, AND SINCE I WAS UNABLE TO PAY IT, FISHER DOES NOT WANT TO EFFECTIVELY AID

MY JOB SEARCH.. CREATED PRESSURES FOR ME TO SIT AROUND HOMELESS SHELTER AND USE FOOD STAMPS.". I DO WANT TO ASK HOWARD DEAN'S OFFICE TO TALK TO ILLINOIS OFFICIALS AND EXPLORE OPTIONS FOR MY RETURN TO ILLINOIS WITH PERHAPS PRIVATELY-FUNDED GRANTS TO SUPPORT MY JOB SEARCH OR ATTENDING EDUCATION CLASSES AT ROOSEVELT'S: IT WOULD BE EASIER TO APPROVE A RENTAL WITH A HISTORY OF PAST RENTAL PAYMENTS IN ILLINOIS. I INFORM DR. KERWIN THAT JULIE WEBER'S EVICTION ACTUALLY STUCK AMERICAN U. IN A LONG-TERM ROLE OF DISCUSSING MY REHABILITATION INTO NORMAL HOUSING WITH MAYOR FENTY, AN ISSUE I CANNOT IGNORE AFTER AMERICAN U. ENCOURAGED MY MIGRATION HERE.

3. COLUMBIA COLLEGE AND WORK ON MEDIA ISSUES: I have considered making overtures to Columbia College's administration in Chicago to encourage my involvement in media research either with work in both Washington, D.C. or Chicago or a return to Chicago, and I have considered asking Dr. Kerwin to support this process since he has visited to Chicago. I am informing Howard that if we could later agree for mediation or a settlement in the lawsuit, there are a limit number of options or conduits for Dr. Kerwin's office and me to agree on a potential employer in Chicago: only Columbia College in Chicago is in American University's Washington Semester Program and the rest of the colleges are Downstate Illinois including Republican areas in DuPage County. At this point, I am more philosophically in agreement with American University's School of Communications where I actually learned about issues of Columbia's Journalism School and did an internship on U.S. media coverage of the Third World at Council of International and Public Affairs in New York: I do not totally disagree with WAMU's decision to hire a producer who was qualified with experience on the Diane Rehm show. Mr. Kerwin, the reason I addressed this to you is that Hisham Khalid's legal work resulted in worsening of my disputes with the Dean's offices and staff of American University School of International Service and School of Public Affairs: neither seems to care about, or understand, that I could not pay American U. and go home in September 2005 to pay more tuition to Roosevelt, American U. had a duty to help me find some type of work in the D.C. area under the Welfare Reform Act even if I was only at American U. for one semester: I inform Howard that Hisham put too much emphasis on saying I was not qualified for several positions at School of International Service and School of Public Affairs because I was never a receptionist: this statement is not true: I did my own receptionist scheduling duties at the Illinois Dept. of Human Services which I sued:: Hisham seemed to have sympathies for Illinois Republican Attorney General James Ryan's support of my layoff from cronies of convicted Governor George Ryan including Hisham's quoting of Illinois Executive Director of Illinois Labor Relations Board Brian Reynolds' criticism of my "behavior" with false accusations I did unannounced nursing home inspections, a nurse's function, when I only did previously scheduled visits on medical assistance as Medicaid caseworker. Howard's office probably did not understand my notes that in 2004 it was an irritant to me when Illinois Attorney General Lisa Madigan kept James Ryan's deputy, Deborah Allen, on the case. Where she had conservative views including no respect for Personnel Code.
HOWARD IS ASKED TO DISCUSS NEW GOALS FOR MY RESEARCH. P. 18·

APPENDIX A  (after 1-7)                April 26, 2007

Professor Susan Nan
George Mason University
3330 Washington Blvd.
Arlington, Virginia

Dear Professor Nan:

   I, Joseph Slovinec, am including this letter in the court file to inform you I have asked for advising of Democratic National Committee Chairman Howard Dean on issues relating to my job search and research which resulted from my lawsuit against American University. George Mason's Institute for Conflict Resolution has responsibly favored peace work on community and local issues. My differences with American University included lack of job placement assistance and financial aid discrimination including my objections to a Labor Day 2005 e-mail from Ronald Fisher which tried to demand a bill payment when I told him I resided in a homeless shelter with only 88 cents in my only D.C. account: Dr. Fisher seemed like he was leaned on by followers of ex-President Benjamin Ladner who seemed to say if offices or supporters of Former President Carter with a reference from you or the Clintons or Democrats would help me find work, they had to do it with no support from anyone else at American U.. Howard is also informed this is why I am asking Mayor Adrian Fenty to contact all concerned individuals in my desire for a new professional job or worker training program to end my dependency on food stamps since August 2005: these include you, Dr. Kerwin for American U., the UDC/Van Ness Food Stamp Employment Training program, the carpenters' union for whom I worked, and the polling firm at UDC/Van Ness where my highest income was only $421 per month. Howard and DNC would have more interest in my past in Illinois from 1989 to 2004 when Howard wrote me letters about his campaign for President and desire to end the Iraq war. I hope to write a more detailed report for DNC later: I am informing Howard than I had an A average in Dr. Fisher's class with high grades on my reports about Kashmir's peace talks and an A- on my talk about the Carter Center's work on Venezuela and election observers, and about 88% in your class with 100% on a talk about Hussein Hassouna's book including the 1961 Iraq-Kuwait crisis (together with a talk on OAS and El Salvador-Honduras war), a nongraded role play on Northern Ireland's parades, and research on Colombia's 2002 peace talks with the FARC rebels. Chicago officials would respect U.S. Attorney General Gonzales' indictments of FARC rebels for drug trafficking: Dr. Fisher did not seem tuned into helping me get grants from Chicago sources, or Chicago's need for advising about U.S. Drug Enforcement Administration and Catholic Church's views on Colombia. American U. sponsors Washington Semesters for Illinois students.   Please consider issues in future talks..
PROOF OF SERVICE: To: American U. Interim President Cornelius Kerwin, 4400 Massachusetts Av., N.W., Washington, D.C. and Legal Counsels (in related 06-455( Hisham Khalid, 3201 New Mexico Av. N.W., and Christopher Hassell of Bonner Kiernan, 1233 20th St. N.W.
Copy to DNC Chairman Howard Dean, 430 South Capitol Street, SE
Joseph Slovinec to court, 425 2nd St., N.W., Washington, D.C. 20001  April 26, 2007

*[signature: Joseph Slovinec]*

TO ICAR: SARRY, DEFECT          LINE IVCCNV PAPER

*[Handwritten at top:]* APPENDIX B, OF 4/25 (ALSO 4/26/07) D.C. CITY COUNCIL FEB 21 REQUEST TO MAYOR FENTY FOR INVESTIGATION OF R. FISHER FOR HARASSMENT OF HOMELESS (AMERICAN U. POLICY VIOLATION) WHEN APPENDIX A SEE A.U. HAS EMERGENCY LOANS /Slovinec

```
-------- Original Message --------
Subject: Re: 609 Registration
Date: Mon, 05 Sep 2005 12:28:53 -0400
From: Ronald Fisher <rfisher@american.edu>
Organization: SIS - American University
To: Joseph Slovinec <js2169a@american.edu>
CC: perillo   <perillo @american.edu>
References:
<OF5F9172B5.AEB76BF9-ON85257070.0002F368-85257070.0002F370@american.edu>
```

Hi Joe, As indicated in my email of April 28, your registration at AU has been cancelled and will remain so until there is payment of outstanding fees. Thus, there is no basis to discuss your registration in the peacebuilding certificate. Also, please note that I did not give you my permission to use my name as a reference in your job search or any future applications you may make. Please address all future inquiries to the Office of the University Counsel. Sincerely, Ron Fisher

Joseph Slovinec wrote:
> From Joseph Slovinec: It is urgent for you to call me at 202-393-1909
> by 10 A.M. Sept. 2 if you want to discuss a fall registration with a
> tuition-and-fee waiver to cover Spring tuition and Autumn 2005 tuition:
> a slight adjustment to complete Graduate Certificate in Peacebuilding by
> Dec. 2005.   I am in a homeless shelter after my eviction from Park
> Bethesda with only 88 cents in my only D.C. bank account: I cannot even
> get bus tokens for job trips.  I want  a clarification of A.U.'s role in
> my job search since you and Professor Nan are only references since
> 12/03 and I can't return to Roosevelt in Chicago with no federal loan:
> there is a chance someone among the 76 jobs I applied for might say yes
> although I arrived in D.C. Jan. 2005

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.
Tel: 202 885 1547
Fax: 202 885 2494

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.

*[Handwritten at right:]* MR HASSELL: PLEASE LIMIT MOST DISCLOSURE TO APPLICATIONS I MADE BEFORE N. SNAM SENT THIS ABOUT DEC. 2006. I HAVE NOT USED HIS REFERENCE SINCE N. SNAM SAID HE WANTS SLOVINEC TO WRITE TO MAYOR FENTY FEB 21, 2007 AN APPROPRIATE LETTER

APPENDIX A U.S. SUPREME COURT NOV. 2, 2006