IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                    06-1143

   Plaintiff,                                        (gk) Judge Kessler

vs.

American University,

  Defendant

MOTION FOR STATUS HEARING DURING JULY AND SETTING OF SCHEDULE FOR DISCOVERY

1. Plaintiff Joseph Slovinec motions the court for a status hearing during July with Mr. Hassell And asks for most discovery during July and August: he might try to attend school at Roosevelt University in Chicago, Illinois, in September 2007: he asks for more court attention to his scheduling needs since court delays in Washington, D.C. have become a severe detriment to his career. If he cannot attend Roosevelt U., J. Slovinec needs to complete his Graduate Certificate in Peacebuilding at American University as only pending offer for graduate or professional school: it is severely discriminatory if J. Slovinec is not allowed to attend it with need-based scholarships which are available for Summer Institute where J. Slovinec has zero income after a June 21, 2007 layoff : his only other reference is from UDC Food Stamp Employment Training.
2. Plaintiff respects Mr. Hassell's earlier efforts at a discovery plan without court approval and a conference: he refuses both because the Public Safety unit including African-Americans seem to have a vastly exaggerated idea that J. Slovinec is wealthy when he is a pauper with less than $240 in his account who lives at a homeless shelter: Judge Kessler is asked not to go along with American University's ignoring of the fact J. Slovinec has lived in a detention center-type setting at CCNV shelter since August 2005. Plaintiff wants to have all discovery turned into court with thefts of interrogatories at CCNV in addition to his business suits and shaving equipment: D.C. Mayor Anthony Williams put J. Slovinec into CCNV where African-Americans, including substance abusers and ex-convicts, have been sabotaging his job search.
3. Plaintiff gives permission for Mr. Hassell to conduct discovery on Washington Nationals baseball team and Urban Institute at this time since J. Slovinec signed statements for both which said he would not release American U. from liability for statements during a background investigation: they did not hire J. Slovinec, and if they learned Michael McNair and Maurice Carter issued barring orders, this would have discouraged them from hiring J. Slovinec. These are among reasons for defamation lawsuit.
4. Plaintiff is giving Mr. Hassell an opportunity to confer with American University Vice President and General Counsel Mary Kennard on J. Slovinec's request for a Temporary Restraining Order in new D.C. Superior Court case 07-CA- 4325 hearing July 2 in D.C. Superior Court to order discontinuing the barring order at least temporarily so J. Slovinec could attend classes at

RECEIVED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Summer Institute for Peacebuilding and Development at American University July 2-7, or any classes where American University School of International Service can agree with him on attendance with financial aid. J. Slovinec earlier told Mr. Hassell his doubts on removal which he opposes on Case 07-CA-4325 with D.C. jurisdiction over D.C. Code 22-3302 in barring order.

5. Plaintiff is somewhat sympathetic Ms. Kennard and Mr. Hassell might not understand the reasons which led to the request for Temporary Restraining Order. In related case U.S. District Court case 06-455, American U. Legal Counsel Hisham Khalid said he was J. Slovinec's contact at his office: it is presumed Dean Louie Goodman and officials of above Summer Institute were neutral or not opposed to J. Slovinec's request to attend classes since they did not respond to J. Slovinec's messages on topic and they did not refuse: Mr. Khalid had already done partial discovery on the barring order where J. Slovinec said he was falsely accused of disrupting Ladner's hearing: J. Slovinec had due diligence in sending these messages in U.S. District Court case 06-455, Item 67, May 17, 2007, Offer of Settlement: Dean Goodman and Dr. Abu Nimer were asked to respond if J. Slovinec could take Summer Peacebuilding classes; and Mr. Khalid was requested to talk to Financial Aid office to ask if funds could be received from only grant source J. Slovinec could find, Washington City Paper, Oct. 13, 2006, p. 118: $5,000-$100,000 free cash for personal bills, schools, and business and housing at 1-800-592-0362 ext. 235, 1-800-274-5086 ext. 235 also in Item 70 of June 13, 2007. A request was made for Mayor Fenty and Kathy Lanier to review the civil liberties issues in the barring order in Item 68 of May 17, 2007 in Case 06-455: no response was received and any advice from these officials would be respected. J. Slovinec respects Judge Kessler's efforts yet the pace of this case was too dilatory and only covers 2005 and 2006 barring orders on defamation issues: with confusion and uncertainty on American U.'s attention, J. Slovinec requested the Temporary Restraining Order.

6. Ms. Kennard is asked to accept service on TRO in D.C. Superior Court Case 07 CA 4325 even if less than ideal: J. Slovinec sent a certified mail copy and expects to ask for police delivery: use of a process server would be bad after Maurice Carter's order. Maurice Carter's lack of response to the appeal proves he is in bad faith and gives evidence he is a black in a black vs. white racial struggle with J. Slovinec to cover up the role of American University Housing and Dining Director Julie Weber in aiding wealthy Republicans in ruining J. Slovinec's career with evicting him and pressurizing him to reside in the CCNV shelter with thieving blacks: Republicans were hostile to J. Slovinec in Illinois when supporters of ex-Governor George Ryan manipulated his layoff from a black supervisor, Cynthia Faleti, on June 30, 2000 and J. Slovinec has never found full-time work since then with use of inheritances until his savings went to zero in January 2006. J. Slovinec's residency in CCNV shelter is a human rights violation like if Zimbabwe Prime Minister Robert Mugabe imprisoned white minority farmers without cause. Maurice Carter disrespected J. Slovinec's arguments on May 22, 2007 that he needed to talk to crisis mediator Mr. Kumar in an exploitative rental stay arranged by American U. Professor Ronald Fisher and a nurse.

PROOF OF SERVICE IN U.S. MAIL: To: American U. Vice President and General Counsel Mary Kennard, 3201 New Mexico Av., N.W., Washington, D.C. 20016 and Counsel Christopher Hassell of Bonner Kiernan, 1233 20th St., N.W., Washington, D.C.

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. (also called Mitch Snyder Pl.) 20001   June 26, 2007

*Joseph Slovinec* [signature]

APPENDIX A in CASE 06-1143

Memo

To: American U. Financial Aid Office

From: J. Slovinec    *J Slovinec*

    Please discuss with Mary Kennard and Hisham Khalid from Legal Counsel's Office. I can only pay Spring 2005 if you agree to assist me in writing a letter to claim funds in the Washington City Paper, Oct. 13, 2006, p, 118: $5,000-$100,000 amounts in free cash grants if you call 1-800-592-0362 ext. 235 and 1-800-274-5086 ext. 235. I was laid off June 21 with only $222 in the bank: I cannot afford to pay the bill or any student loans from my own funds. The Legal Counsel and Mr. Hassell is cautioned the Public Safety unit cannot use pressurizing to get anyone else to pay the funds: American U. can request a grant or you could provide new ideas..

May 22, 2007

Mr. Maurice Carter
Administrative Coordinator
Department of Public Safety
American University
4400 Massachusetts Av., N.W.
Washington, D.C.

Dear Mr. Carter:

   I am appealing your barring order 15 days after it was issued: this deserves a fair hearing since I only received it in the mail yesterday, May 21. It is important to ask you either to send me a letter where you say you accept my presence at American University for court-ordered discovery activity in my lawsuits against American University in U.S. District Court 06-455 and 06-1143 or accept the voluntary access agreement I sent to Mr. McNair, Mayor Fenty, and D.C. Police Chief Cathy Lanier last week with the addition that I would voluntarily agree to not use University shuttles with unpaid charges. If you do not take either of these actions, I could ask for proceedings for contempt of court if Judge Kessler issues a discovery order and you refuse to obey it. Barring someone for three years is like a probation agreement and you imply I violated terms like probation during the past year. During the past year since May 17, 2006, I have only visited campus and an American University office for legitimate business once about September 26, 2006, for a deposition with American U. Legal Counsel Hisham Khalid pursuant to court order. Hisham claimed your office concurred with or did not object to the visit: these informal assurances are no longer enough to tolerate occasional visits with reasons during barring like my visit to Lt. Spencer in June 2005 to give food stamp items to Ingrid Valentine for Financial Aid. The discovery process was irresponsibly used about December 2006 when Mr. Khalid entered a false or misleading statement I disrupted a meeting of ex-President Ladner's cabinet when he voluntarily accepted a note from me and I did not argue with him: Ladner seemed hostile to answering questions on returning me to Illinois if I had a medical emergency before I got a Maryland ID on or about April 27, 2005 and about my layoff from Cynthia Faleti at convicted Republican Governor George Ryan of Illinois' administration: I can still accuse him of harassment. There was no time when either a court since my case with Judge Urbina or your office had a fair hearing with evidence on my distribution of a May 12, 2005 letter to Secretary Spellings to Amanda Taylor with a FERPA request, Financial Aid, Darryl Cook of Student Accounts, Carrie Trybulec of IPCR, and probably in a related visit to April Hornung of Human Resources during May 17, 2005": no rule was violated. I also saw a crisis mediator, Mr. Kumar, on May 17 and your order had forbidden me from access to the campus nurse when I needed medicine for hypertension.
   I am only asking you to permit, or not interfere, with my attending classes if an agreement can be reached to pay for past and future charges, or by agreement.. The present barring order declares I am totally unfit to attend any classes during nearly all of the remaining period for completion of the offer of Graduate Certificate of Peacebuilding from Dr. Ronald Fisher: these types of exclusions are only justified by criminal actions, a disease like AIDS, or behavior which threatens health and safety of other students. It is unfair to threaten order to arrest me if I visit campus for any reason during public hours.

Cc: Mr. Khalid, Mr. Hassell- counsels

Sincerely yours,

Joseph Slovinec

JUNE 26, 2007 - MAURICE REFUSED TO RESPOND TO THIS REASONABLE APPEAL A//HAS 5/17/2007 ORDER

# American University

RISK MANAGEMENT & SAFETY SERVICES
PUBLIC SAFETY

## BARRING NOTICE
### CASE NUMBER: 050425

NAME: Joseph Slovinec

IS OFFICIALLY BARRED FROM

Main Campus and University Shuttle

OF THE AMERICAN UNIVERSITY

BARRING EFFECTIVE FROM 05/17/2005 THROUGH 05/17/2008



SHOULD THE ABOVE NAMED SUBJECT RETURN, THE SUBJECT WILL BE ARRESTED AND CHARGED WITH UNLAWFUL ENTRY, UNDER 22-3302 OF THE DC CODE.

SUBJECT: _Joseph Slovenic_

SUPERVISOR: _[signature] 005_

WITNESS: _[signature]_

DATE: 05/17/2005        TIME: 12:00:00 PM

Any person who has received a University Barring Notice may file a written request to have the Barring Notice reviewed. This appeal must be filed with the Director of Public Safety not later than fifteen (15) calendar days after the Barring Notice was issued. If an appeal is not filed within this time, the Barring Notice is deemed final.

Public Safety Building / 4400 Massachusetts Avenue NW / Washington, DC / 20016

# AMERICAN UNIVERSITY
W A S H I N G T O N ,   D C

PUBLIC SAFETY

American University
Public Safety - Office of the Chief
4400 Massachusetts Avenue, NW
Washington DC 20016


Joseph Slovinec
425 2nd Street, NW
Washington, DC 20001

May 7, 2007

Mr. Slovinec,

This letter is to advise you that your barring from American University (AU) Main Campus and the University Shuttle Services effective 05-17-2005 has been extended for additional year and will remain effective until 05-17-2008. The University reserves the right to deny access to the property and services at its discretion. If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the DC Code.


Sincerely,

*Maurice X Carter*
Administrative Coordinator
Department of Public Safety




cc:   University Counsel
      AUPS Case File (#050425)