IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,  06-1143

   Plaintiff,  (gk) Judge Kessler

Vs.

American University,

   Defendant

BRIEF ON AMERICAN UNIVERSITY ATTORNEY HASSELL'S STATEMENTS

1. This identical brief is filed in U.S. District Court and D.C. Superior Court. U.S. District Court Judge Kessler is asked to correspond with Plaintiff on his view he can ask for a D.C. Superior Court Temporary Restraining Order to attend classes at American U. due to a long wait of over a year for a trial in 06-1143: it was limited to only attending classes and could be revived to cover classes at all institutions since it appears Plaintiff will probably need to attend school to end his current poverty on $340 per month of unemployment insurance: no school for him is not in public interest. After delays, Plaintiff cancelled a July 6, 2007 TRO hearing at D.C. Superior Court only one days before end of summer classes. Mr. Hassell claims a TRO can only be heard before Judge Kessler.

2. Mr. Hassell's representations to D.C. Superior Court contains a false statement that J. Slovinec was not admitted to Graduate Certificate in Peacebuilding program when the attached document from American U.'s official file indicates he was; Mr. Hassell seeks to mislead the court into believing financial aid for Mr. Slovinec was forbidden when American University's Summer Institute for Peacebuilding and Development program has a website which says, "limited number of need-based tuition scholarships" are available, mostly for foreign students.

3. Mr. Hassell tries to support an oppressive, burdensome policy of Benjamin Ladner's administration to coerce J. Slovinec into paying from nonexistent personal funds when he had zero in the bank in January 2006, and less than $200 today or to demand a personal gift from some rich white in Washington; American U. discriminated against Plaintiff for age of 47 and because he was Chicago Democrat with refusing to answer his 2005 inquiries on getting Cafritz, Morgenstern, or Skaskan emergency student loan and Dean Goodman gives tuition remissions for minorities ( in items which were torn up at CCNV shelter) and many employees: many students get tuition payments from employers and loans, and American U. seeks to unfairly blackball J. Slovinec from attending school anyplace when most students are not required to pay from personal savings like he was. These are issues for future briefs.

SERVICE IN U.S. MAIL: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   July 19, 2007

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

D.C. SUPERIOR COURT CASE IS 2007 CA 004325B

# School of International Service
# American University

## GRADUATE ADMISSIONS REPLY FORM

Joseph Slovinec
AU ID: 1652169
Program*: Peacebuilding and Development Certificate

_____ I accept the offer of admission to the School of International Service for Spring 2005.

_____ I decline the offer of admission to the School of International Service for Spring 2005.
*If you plan to attend another academic institution, please indicate here:*

Please provide reasons why you have accepted or declined our offer of admission.
_____
_____
_____

**Entering students:** Please indicate your current address and telephone number.
**Address:** _____
_____
_____

**Telephone Number:** (_____) _____ **Email:** _____

Please complete this form and return with your deposit by December 15, 2004 to:
Graduate Admissions Office
School of International Service
American University
4400 Massachusetts Avenue, NW
Washington, DC 20016-8071
Fax (202) 885-1109

**Reminder:** Deadline for payment of the $400 non-refundable deposit is December 15, 2004. Please submit a check payable to American University along with this form to the above address. Current SIS BA/MA students are not required to pay the deposit. Washington College of Law JD/MA students are required to pay the law school deposit only. Please note that this constitutes an offer of admission from the School of International Service only. Applicants to the dual degree programs must be admitted separately to each program. <u>Washington College of Law JD/MA students are required to pay the law school deposit only by the required deadline.</u>

\* Field of Study Key: CRS-Comparative & Regional Studies; DVMG-Development Management; GENP-Environmental Policy; INCO-Int'l Communication; INDV-Int'l Development; IEP-Int'l Economic Policy; IPOL-Int'l Politics; IPCR-Int'l Peace & Conflict Resolution; USFP-U.S. Foreign Policy; MIS-Master of Int'l Service executive degree program; ETHP-Ethics and Peace; NRSD - Dual master's degree program with the University for Peace; RU-Dual master's degree with Ritsumeikan Univ; KU-Dual master's degree with Korea Univ; MAT-Dual master's degree with the School of Education; MTh-Dual master's degree with the Wesley Theological Seminary; MAIA/MBA-Joint degree program with Kogod School of Business; JD/MA-Joint degree program with Washington College of Law

*[handwritten:] IN D.C-1143(U.S.) AND 2M7 CA ND 4325B(DC)*
*APPENDIX A: FROM AMERICAN U. OFFICIAL FILE*

**SCHOOL of INTERNATIONAL SERVICE**
American University · Washington, D.C.

# GRADUATE CERTIFICATES -- CERTIFICATE IN PEACEBUILDING

The practice of peacebuilding is evolving in challenging directions, requiring an understanding of the connection between international development, humanitarian assistance, conflict analysis and resolution, democratization, human rights, and civil society. Within this context, the Graduate Certificate in Peacebuilding is designed to provide early and mid-career practitioners with an opportunity to gain knowledge and skills in peacebuilding, with a concentration in conflict resolution, conflict and development, or human rights. The certificate is designed for professionals working in non-governmental organizations, government departments or agencies, or international organizations, who wish to extend their existing skill set or acquire tools in a related area of practice.

**Graduate Certificates**

- Cross-Cultural Communication
- International Economic Relations
- Certificate on the Americas
- **Certificate in Peacebuilding**

Through a participatory and interactive learning environment, the certificate program engages participants as active learners and as resources for each other in a community of scholar-practitioners. The faculty are professionals with experience in various forms of practice, including training, facilitation, post-conflict reconstruction and conflict intervention, and who are knowledgeable about the theoretical underpinnings of their work.

**The Certificate.**

- Provides an understanding of the connections between peacebuilding, conflict resolution, development and human rights,
- Supports analysis and action on complex problems, including intractable violent conflict, poverty, AIDS, and terrorism,
- Blends theory with practice to enhance professional development,
- Allows mid-career professionals to augment current education and training, and
- Provides graduate students with training in related fields of interest.

**Requirements**

- A total of 15 credit units of graduate level coursework  *(TOOK 6 UNITS IN 2005)*
- Completion of 5 credit units at one or more Summer Institutes in Peacebuilding and Development and Human Rights  *(LAST CHANCE SUMMER 2008)*
- Completion of program in one to four years  *(DEC 2004 - DEC 2008)* (A-2) *f. Horner*



# Peacebuilding & Development Institute



Summer Professional Training Program

**Home**

**About Us**

**Trainings & Symposia**

**Summer Institute 2007**

**Children...**

**Peacebuilding Forums**

**International Programs**

**Photo Album**

**Staff**

**Contact**

## About the Summer Program

The Summer Professional Training Program provides trainings to foreign aid workers, government officials, conflict resolution practitioners, and others working in conflict zones to complement their daily field work.

Experienced trainers guide participants through ways to explore the relationships between religion, culture, human rights, and applied theories in peacebuilding and development work. Participants explore innovative methods, while expanding their knowledge and skills in a participatory and interactive learning environment.

The Summer Institute is one of the first academic programs specifically organized to bridge the fields of peacebuilding and development.

*Courses for the Summer Institute 2007*
You may choose one course per each week. The courses run from 9am - 5pm each day. Follow the links headings for course descriptions:

### Week 1: June 18-22, 2007

Religion & Culture in Conflict Resolution
with Mohammed Abu-Nimer

Applied Conflict Analysis & Resolution
with Ron Fisher and Anthony Wanis-St. John

### Week 2: June 25-29, 2007

Training for Trainers in Peacebuilding & Development
with Mohammed Abu-Nimer

Creative Approaches to Peacebuilding & Development in Conflict Areas
with Lisa Schirch and Mary Hope Schwoebel

**Download Application**

**Week 1 Courses**
June 18 - 22, 2007

**Week 2 Courses**
June 25 - 29, 2007

**Week 3 Courses**
July 2 - 7, 2007

**Instructor Bios**

**Tuition Information**

**Housing Information**

**International Participants**

**Sponsor a Peacebuilder**

**Stories from Past Participants**

Summer Institute Reports:
2006 - 2005

Photo Albums:
2006 - 2005


(A3)

Reconciliation & Forgiveness in Post-Conflict
Environments
with Eileen Borris

How Can Educators Build Peace in Their Own
Communities?
with Patricia Mische

## Week 3: July 2-7, 2007

Building Monitoring and Evaluation into Program
Operations: Methods for Peace Builders and
Development Workers
with Sarah Cohen

Trauma, Conflict & Peacebuilding
with L. Randolph Carter

Positive Approaches to Peacebuilding &
Development
with Mark Chupp with Claudia

School of International Service · Peacebuilding & Development Institute
4400 Massachusetts Ave, NW · Washington, D.C. 20016-8071 · © 2006 American University



A-4

# Peacebuilding & Development Institute



Summer Professional Training Program

**Home**

**About Us**

**Trainings & Symposia**

**Summer Institute 2007**

**Children & Youth Division**

**Peacebuilding Forums**

**International Programs**

**Photo Album**

**Staff**

**Contact**

## Tuition Fees

Tuition:
Aware of the difficulties many  undermatriculants face in finding funds for our p…  … rates in five years.

Non-credit Tuition:

Financial Aid
…ere are a limited number of need-based tuition scholarships available. The … will pay … week of tuition, and participants will be responsible for paying for the second week, at least. Please note that PDI can only provide scholarships for tuition; we are unable to cover airfare, housing or other additional costs. The scholarship deadline is Friday, April 20th 2007.

Scholarship applications are reviewed through a … committee, and … based on the applicant's … and academic excel… Priority consideration … given to ea… applicants.

To be eligible …  …:

- Submit a complete scholarship application
- Demonstrate financial need
- Currently live or work in a conflict or transitional setting
- Provide reasons why she/he qualifies for a scholarship, and
- Outline what she/he would do upon returning home.

PDI will also provide … guidance on funding options through our … sources in an effort to ensure that all applicants have the opportunity to participate in the Summer Institute.

### Sponsor a Peacebuilder
Many applicants for PDI's Summer Institute come from situations where covering the cost of tuition can be a significant financial burden, yet they meet all other qualifications for participation and are often in a prime position to put the knowledge and skills gained through the institute into practice. Financing by sponsoring a participant in the Summer Institute provides an excellent opportunity to personally support the cause of peacebuilding on a global scale.

Download Application

Week 1 Courses
June 18 - 22, 2007

Week 2 Courses
June 25 - 29, 2007

Week 3 Courses
July 2 - 7, 2007

Instructor Bios

Tuition Information

Housing Information

International Participants

Sponsor a Peacebuilder

Stories from Past Participants

Summer Institute Reports:
2006 - 2005

Photo Albums:
2006 - 2005





(A-5)