IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                              06-1143

    Plaintiff,                          (gk) Judge Kessler

    Vs.

American University,

    Defendant

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 AUG 20 PM 8: 49
NANCY MAYER-WHITTINGTON
CLERK

RECEIVED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPORT TO COURT OF MESSAGES FROM EMPLOYEES OF PROSPECTIVE WITNESS U.S. SECRETARY OF EDUCATION MARGARET SPELLINGS OR MARY MUNCIE: UNCERTAINTY, INTENT TO ASK FOR COURT SANCTIONS AGAINST U.S. DEPARTMENT OF EDUCATION AND AMERICAN UNIVERSITY IF THERE IS CONTINUED DISRESPECT OF PLAINTIFF'S RIGHT TO DECLARE BANKRUPTCY AND POVERTY1. Plaintiff continues to bring conduct of U.S. Department of Education to court's attention since Plaintiff believes unpaid bill and distribution of his May 12, 2005 letter to U.S. Secretary of Education were main causes of barring order: Spellings' aide Mary Muncie is accused of aiding the administration of Montgomery County Executive Douglas Duncan in covering up harassment of evicted American U. students with violation of McKinney Vento Act standards in telling American U.s tudents they could not use Maryland homeless shelters only for mentally ill and substance abusers. Spellings' collector sent a partially respectable message where West Collection Agency offered to consider accepting payments for student loans of $50 per month which Plaintiff might accept if income was high enough: Spellings' office recently honestly admitted they could not garnish more than 15% in wages. However, Plaintiff is currently receiving unemployment insurance of $340 per month or about $11 per day with only $25 per month in food stamps so Plaintiff can usually not afford to buy pants, toiletries, a watch or alarm clock or essential items for job search. In a court case, the court ruled a defendant Edgmon could only be garnished Social Security benefits with a t least about $600 a month for clothing, etc. Indeed, J. Slovinec contacted Congressional oversight committees with his idea for requests for West ___ to drop $23,000 in excessive collection charges when they only sent about 7 or 8 letters. Tensions worsened when Spellings' department encouraged Illinois Designated Account Purchase Program to present an outrageously high demand of $41,000 in an offset for unnamed federal funds which have not been promised: J. Slovinec would seek a court order to prevent prohibition of his use of federal grants which Congress specifically intended to end his poverty and homelessness. A complaint is sent to Illinois Attorney General Lisa Madigan and to IDAPP to cease these outrageous demands above and beyond an agreement which D.C. Attorney General Linda Singer negotiated with IDAPP to pay $20 per month until his income improves: a payment today of $20 will bring payments current to July 31: J. Slovinec would pay the Aug.1-31 payment of $20 a little late during September for a total of $40.Mr. Hassell is informed American University is accused of a conspiracy with sympathizers of ex-Illinois Attorney General James and George Ryan to ruin J. Slovinec's life and career with the barring notice, cancellation of registration, and an e-mail from Ronald Fisher with near refusal to support J. Slovinec's job search: American U.'s lawyers covered up J. Slovinec's complaint of hostile mail from Deborah Allen who worked for James Ryan and Illinois Attorney General Lisa Madigan In J. Slovinec's lawsuit on a 2000 layoff from Illinois government: Lisa Madigan is cautioned her office still faces questions in American U. case about his job duties since the U.S. Department of Justice lists above lawsuit 02 C4124 under Freedom of Information..

PROOF OF SERVICE: In U.S. mail to : Christopher Hassell of Bonner Kiernan, 1233 20th St. N.W.Washington, D.C. 20036 From:Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 August 20, 2007

*Joseph Slovinec*

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| 1118601 | 571680.88 | $14450.90 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $0.00 | $21532.90 | $106803.16 |
| AMOUNT PAID: | | |

PO Box 105646
Atlanta GA 30348-5646

FORWARDING SERVICE REQUESTED

RETURN THIS PORTION
WITH YOUR PAYMENT

August 6, 2007

*CASE 06 1143,*
*APPENDIX A, 8/21/07*

1118601-104/24E   0375732   0085116-26 2056

Joseph Slovinec Jr
425 2Nd St NW
Washington DC 20001-2003

SEND PAYMENT TO:
National Payment Center
US Department of Education
PO Box 4169
Greenville TX 75403-4169

DO NOT SEND CASH. MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK.

2  323605651269  0000004950  00000576     2  323605651269  0008072007  106803165

---

KEEP THIS PORTION FOR YOUR RECORDS

This notice is from West Asset Management, Inc. The Department of Education (ED) has placed your account with this agency for collection action.

We have reviewed your account and have determined that you may qualify for a reasonable and affordable payment plan.

For a limited time we are offering you an opportunity, depending on your loan and financial status, where you may be eligible for a payment plan for as little as $50.00 per month.

This is a great opportunity for you to get your loan into repayment status.

You may also qualify for settlement, rehabilitation, or consolidation options.

Please contact a West Asset Management, Inc. account representative at 800-270-1022 as soon as you receive this notice. We will be happy to assist you in obtaining a reasonable and affordable repayment plan.

For your convenience, we offer payment by the following methods:

*Check by Phone
*All major credit cards - Visa, American Express, MasterCard

Call or write our office regarding this matter at:

800-270-1022
West Asset Management, Inc.
PO Box 105646
Atlanta GA 30348-5646

Our office hours are:   8 AM to  9 PM (EST) Mon. – Thurs.
                        8 AM to  5 PM (EST) Fri.
                        8 AM to 12 PM (EST) Sat.

*SENT TO WEST IN MAIL*
*I consider your offer of $50 since I only have $345 of unemp. payment insurance per month. I urgently seek food stamps and unemployment deferments. I need to show this in Juvale[?] [illegible]*

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. To ensure professional service and legal compliance, all incoming and outgoing telephone calls to this facility are subject to recording and/or monitoring.

2ONWEST26104/24E

*I could consider your offer of $50 after August 31 when I see what my income [illegible]*
*Joseph Slovinec*

*** SEE REVERSE SIDE FOR IMPORTANT INFORMATION ***



**Illinois Student Assistance Commission**

CASE 06-1143, APPENDIX B/8/20/07

JOSEPH G SLOVINEC
425 2ND ST NW
WASHINGTON DC 20001

(850)

Stoke

(Unanimous)

Date of Notice: August 11, 2007
SSN: REDACTED

Dear Joseph:

The U.S. Department of Education (ED) holds a claim against you for the defaulted student loan(s), referenced below, which it intends to collect by offset. ED will request the Treasury Department to offset this loan debt against any Federal and/or State payments that you are entitled to receive in the future. Please read the attached Notice of Proposed Treasury Offset of Federal Income Tax Refund and Other Federal and/or State Payments which describes your rights and the manner in which you must exercise them to avoid offset. ED will use the procedures described in the Notice (See Attachment A) for objections to any of the offsets described here. Any in-person hearings will be held in Chicago, Illinois (see enclosed Notice). The basic reasons for protest are: mistaken identity, account paid in full, death, total and permanent disability, dischargeable bankruptcy, or attending a school closed by ED.

Illinois Student Assistance Commission (ISAC) records reflect the information on the loan(s) referenced below:

|  |  |
|---|---|
| Region: | V |
| Current Principal: | $37,880.68 * |
| Current Interest: | $3,555.49 * |
| Total Payments: | $0.00 |
| Amount Last Paid: | $0.00 |
| Date Last Paid: |  |
| ED Intends to Offset: | $41,436.17 ** |

\* This amount does not include collection costs and other fees for which you may be responsible.
\*\* ED will include in the amount to be collected by offset, interest that accrues on this debt, as well as any amount that is refunded after the date of this notice.

Additional information may be found in records maintained by ISAC. See the enclosed instructions on how to request additional information and send any request for documents in writing by September 07, 2007. Also, send any request for documents, for a review of objections, for a hearing, or for a repayment agreement in writing to:

Treasury Offset Specialist, L-6
Illinois Student Assistance Commission
1755 Lake Cook Road
Deerfield, Illinois 60015-5209





COLLEGEZONE
Powered by
ILLINOIS STUDENT ASSISTANCE COMMISSION
collegezone.com

Toll Free 800-934-3572
1755 Lake Cook Road, Deerfield, IL 60015-5209