IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC,            )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>AMERICAN UNIVERSITY          )<br>                             )<br>     Defendant.              )<br>_____) | Civil Action No. 06-1143<br>Judge Kessler |

## ORDER

Upon consideration of Defendant American University's Motion for Summary Judgment, any Opposition thereto, and the entire record in this matter, it is hereby:

ORDERED that Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that Plaintiff's claims are dismissed with prejudice.

SO ORDERED.

Entered this _____ day of _____, 2007.

_____
Judge Kessler, U.S. District Court for the District of Columbia

cc:

Christopher E. Hassell, Esq.
Christine S. Ramapuram, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*