| | | |
|---|---|---|
| **Maurice Carter**/mcarter/AmericanU<br>05/17/2005 03:48 PM | To | Barring Notifications |
| | cc | Benjamin Bishop/bbishop/AmericanU@AmericanU, William Esper/wesper/AmericanU@AmericanU, Leslie Wong/lwong/Staff/President/AmericanU@AmericanU, David |
| | bcc | |
| | Subject | Barring Notification - Slovinec |

---

### RISK MANAGEMENT & SAFETY SERVICES
### PUBLIC SAFETY

# BARRING NOTICE
### CASE NUMBER: 050425

**NAME:** Joseph Slovinec

IS OFFICIALLY BARRED FROM

**Main Campus and University Shuttle**

OF THE AMERICAN UNIVERSITY

**BARRING EFFECTIVE FROM 05/17/2005 THROUGH 05/17/2006**



**DATE:** 05/17/2005                **TIME:** 12:00:00 PM

---

Public Safety Building / 4400 Massachusetts Avenue NW / Washington, DC / 20016



DEFENDANT'S EXHIBIT