IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1143 |
| ) | Judge Kessler |
| AMERICAN UNIVERSITY ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF MICHAEL MCNAIR

1.  My name is Michael McNair and I am the Director of the Chief of Police for the Public Safety Office of American University.

2.  American University is a private educational institution located in the District of Columbia.

3.  On May 17, 2005, I issued a Barring Notice which barred Joseph Slovinec from the Main Campus and University Shuttle of the American University. (See Exhibit A to Motion for Summary Judgment, Barring Notice.)

4.  The Barring Notice was issued because Plaintiff had engaged in disruptive activity at various university offices.

5.  Due to concern about Plaintiff's unpredictable and erratic behavior, the University determined it prudent to bar Plaintiff from campus to protect University employees and students.


DEFENDANT'S EXHIBIT 8

6. The Barring Notice was forwarded to safety officers and other administrators on campus who had a duty to protect university employees and students. The Barring Notice was not distributed to students or posted in public view.

7. The Barring Notice was not intended to injure Plaintiff's reputation in any way.

**I swear and affirm that the foregoing is true to the best of my knowledge and belief.**

This the 5 day of September, 2007.

*Michael D McNair*
Michael McNair, Chief of Police – Director
Public Safety Office, American University

Sworn and subscribed before me, this the 5th day of September, 2007.

*Patricia Y Kulekian*
Notary Public

My Commission Expires: 08/14/09

2

171403-1