**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JOSEPH SLOVINEC,               :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 06-1143 (GK)
                               :
AMERICAN UNIVERSITY,           :
                               :
        Defendant.             :
```

**ORDER**

It is hereby

ORDERED that Plaintiff's Motions "to Reconsider Denial of Motion to Consolidate 06-1143 and 06-455" [#21], to "Extend Schedule of All Discovery in 06-1143 and Answers to Interrogatories in 06-455 to December 15" [#21], and for a status hearing [#34] are DENIED.

SO ORDERED.

                                                               /s/
                                             GLADYS KESSLER
                                             United States District Judge

Date: September 11, 2007