IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA: due to scheduling difficulties, IDENTICAL PLEADING WILL BE FILED IN D.C. SUPERIOR COURT (CASE 07-4325)

Joseph Slovinec,                    06-1143            **RECEIVED**

Plaintiff,                    (gk) Judge Kessler Vs.    SEP 2 4 2007

Vs. American University, Defendant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PARALLELISM: MR. HASSELL IS CAUTIONED HE COULD FACE SANCTIONS ON OVERLAPPING ISSUES IN THIS COURT AND D.C. SUPERIOR COURT ACCORDING TO U.S. EX.REL. HARTIGAN V. PALUMBO BROS. The U.S. District Court is informed there is still an ongoing related action in D.C. Superior Court: in D.C. court, the request is for a barring order removal so J. Slovinec could attend class, and J. Slovinec will ask the court to concur that Democratic Presidential candidates, other candidates, and officials should disregard the barring order since American U. is covering up its main purpose was retaliation for writing a letter to U.S. Secretary of Education Margaret Spellings which complained about no homeless shelters for evicted American U. students and lack of financial aid, and could have been also influenced by supporters of ex-Illinois Attorney General James Ryan because J. Slovinec gave William Esper of American U. a letter which complained on work of Ryan's deputy Deborah Allen, who manipulated Lisa Madigan's office to hire her, on U.S. District Court Case 02 C 4124 in Il. Where George Ryan's appointee Brian Reynolds made false statements with no witnesses that J. Slovinec made "unannounced inspections" of nursing homes, an example of bad "behavior": A Misleading term Mr. Hassell uses in the McNair affidavit. JUDGE KESSLER WILL HANDLE TALK OF ENDING THE BARRING ORDER SO J. SLOVINEC CAN WORK AT AMERICAN U. AND WHETHER MCNAIR DEFAMED J. SLOVINEC BY PORTRAYING HIM AS A DEMONSTRATOR-TYPE, AN UNTRUE CHARGE, AND THEREFORE UNDESIRABLE FOR HIRING OR VISITING ANYONE ON CAMPUS. Mr. McNair's affidavit is still under review until Oct. 12 . J. Slovinec still believes his reputation was damaged when Ms. Harner talked. Mr. Hassell is cautioned Judge Kessler is entitled to information on both her and D.C.'s related cases, partially to avoid deception, under the paralleIism theory of U.S. EX.REL. HARTIGAN V. PALUMBO BROS., INC. 797 F.Sup.624 (N.D. Il.1992) and Mr. Hassell tried to mislead the D.C. Superior Court when he wrote the balance of hardships was in American U.'s favor: Benjamin Ladner allegedly wasted $400,000 and American U. has a large budget: J. Slovinec has less than $80 in savings and earnings were zero in 2005, income was $2700 IN 2006; and earnings were only about $4000 in 2007 before a layoff. Sanctions could be requested to counteract deception in related cases: these could include discrepancies between Mr. Hassell's writing and American U. website on "free expression" in anti-harassment policy: in above D.C. Superior Court memo, most of Mr. Hassell's writing was competent yet he is not candid on a conservative AU decision after the Hamas election win that J. Slovinec could not attend a Summer Institute with Palestinian Professor Abu-Nimer. This memo was torn up by a CCNV shelter resident and J. Slovinec will try to handwrite a note on whether D.C. Superior Court still wants a Sept. 27 court date. D.C. JUDGE: Please make sure Mr. Hassell files an appearance form after talks with Ms. Kennard, a Vice-President. PROOF OF SERVICE IN U.S. MAIL TO: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C.

*Joseph Slovinec*

Joseph Slovinec, 425 2nd St., N.W. Washington, D.C. 20001 September 24, 2007

HEARING: JUDGE LEIBOWITZ, COURTROOM 312, D.C. SUPERIOR COURT, CIVIL DIVISION, 9:30 AM-10:30 A.M., FRIDAY, SEPTEMBER 28, 2007 INITIAL SCHEDULING CONFERENCE