# AMERICAN UNIVERSITY

OCS VPE PIRLAVA
5/10/2M6

PUBLIC SAFETY

American University
Public Safety – Office of the Chief
4400 Massachusetts Avenue, NW
Washington DC 20016

Joseph Slovinec
5325 Westbard Avenue
Apartment 205A
Bethesda, MD 20816

Mr. Slovinec,

This letter is to advise you that you have been barred from American University (AU) Main Campus and the University Shuttle Services effective 05-17-2005 for disruptive activity at various university offices. The University reserves the right to deny access to the property and services at its discretion. If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the DC Code.

Any person who has received a University Barring Notice may file a written request to have the barring notice reviewed. This appeal must be filed with the Director of Public Safety not later than fifteen (15) calendar days after the Barring Notice was issued. If an appeal is not filed within this time, the Barring Notice is deemed final.

Regards,

Micheal McNair
Chief of Police – Director
Public Safety Office of the Chief



DEFENDANT'S EXHIBIT A



(A) 10/10/07

RISK MANAGEMENT AND SAFETY SERVICES
4400 MASSACHUSETTS AVENUE, NW   WASHINGTON, DC 20016-8068   202-885-2527   FAX: 202-885-1867