IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVED

Joseph Slovinec,    Plaintiff,                                         06-1143

    vs.                                         OCT 2 9 2007

American University, Defendant                                    Judge Gladys Kessler (gk)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF MADE TESTIMONY UNDER OATH BEFORE D.C. SUPERIOR COURT
JUDGE LEIBOWITZ:
INTENT TO FILE MOTION FOR REMOVAL OF THAT CASE TO 06-1143:
REQUEST FOR HALT IN RULINGS FOR 20 DAYS TO ALLOW NOTICE TO D.C.
ATTORNEY GENERAL, RESPONSE

1.    Plaintiff notifies court he made testimony under oath at September 2007 hearing
before D.C. Superior Court Judge
Lynn Leibowitz where she correctly remembered Plaintiff said letter to Secretary
Spellings, views on Iraq war (Fisher's refusal to correct paper) and partisan affiliation
were among causes of barring (see opinion).    Plaintiff accepted her decision to deny
what she believed was a hearing on same issues and will not appeal yet feels it is
important to file a Motion for Removal of the case here which seems consistent with Mr.
Hassell's belief these are federal issues.  Plaintiff will ask about Judge Leibowitz's records
which would normally carry more weight with a court than a notarized affidavit J.
Slovinec will make in a few days.  Yet Plaintiff still asks the court to deny a Motion for
Summary Judgment with the total injustice of American University's past refusal to
cooperate in J. Slovinec's requests for a discovery process with fair testimony from Mr.
Kumar, Ms. Trybulec, and other witnesses on whether J. Slovinec disrupted their offices.
J. Slovinec gave a first informal verbal notice to D.C. Attorney General Linda Singer
today that he wants to call for her office to review information on the case with potential
investigation of Maurice Carter's demand for a third barring notice in May 2007 when J.
Slovinec's only visit to an American University office after 2005 was to Mr. Hisham
Khalid's legal office in September 2006: she handles disputes on excessive force in
arrests.  J. Slovinec is in disastrously bad financial shape with less than $100 in the bank
and only $11 per day in unemployment insurance with near inability to purchase business
clothing.  J. Slovinec was burdened with a search for an attorney in D.C. Office of
Administrative Hearings Case No. HS-P-07-200328, J. Slovinec v. Community for
Creative Nonviolence where Judge Handy corrected an error he made and J. Slovinec
wrote Mayor Fenty that in February 2007: :"I sent a message to ask you to call or write
schools I attended: American University President Cornelius Kerwin, UDC/Van Ness
PATHS Program Director Dr. Nowell, and National Research LLC President Becky Craig
who laid me off June 21, 2007 after 8 months with zero job offers in a nearly hopeless job
search since then: all three have caused barriers in my efforts to end food stamp
dependency and get a job under Food Stamp Act." Since Plaintiff's relations were strained
after criticism of Mr. Hassell, J. Slovinec will try to write Mr. Khalid about his request to
Mayor Fenty to study job training ideas of Democratic Presidential candidates and about
future talks with Howard Dean on whether American U. believes in advising Democrats
on peace in Iraq and compliance with Welfare Reform Act: Mr. Kerwin should answer on
DNC issues..
PROOF OF SERVICE: In U.S. mail to: Christopher Hassell, Christine Ramapuram,
Bonner Kiernan et al, 1233 20th St., N.W., Washington, D.C. 20036

JOSEPH SLOVINEC, Joseph Slovinee, 425 2ND ST, N/W
WASHINGTON DC 0 CT. 29 2007