IN THE DISTRICT COURT FOR THE U.S. DISTRICT OF COLUMBIA

Joseph Slovinec, Plaintiff,                                    06-1143

Vs. American University, Defendant            (gk) Judge Kessler

FILING OF SECTIONS OF PLAINTIFF'S PAPER FOR RONALD FISHER ON ARAB LEAGUE WHICH WERE
AMONG PROBABLE CAUSES OF BARRING ORDER IN SPELLINGS LETTER

Please file this since rest of paper was stolen by CCNV homeless shelter residents and American
U. was dilatory in releasing it under FERPA request to Justin Perillo and Hisham Khalid about Feb. 2007.

Fisher's refusal to grade it makes him much more conservative than the views of President Bush and
U.S. State Department who responsibly host many Arab League countries at the Annapolis peace
summit today.  Plaintiff's severe financial crisis caused inadvertent delays in mailing a few earlier
pleadings to American U..  Dr. Fisher worked on Cyprus and probably knew pro-Rumsfeld types who
might not have liked attached paper's belief it would have been better to ask Arab League to support
peaceful exile of Saddam in March 2003 as a better idea than war, criticism of the U.S. bombing of
Kaddafi in 1986, and skepticism of British meddling in Iraq which caused a 1948 riot in Iraq.  Thank you.


PROOF OF SERVICE: In U.S. mail to: Christopher Hassell, Bonner Kiernan, 1233 20th St. N.W., Washington,
D.C. 20036

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 November 28, 2007

*Joseph Slovinec*

*APPENDIX Arab League writing samples* *Joseph Slovinec J. SLOVINEC*

## Lebanon

Lebanon had a peaceful era between 1945 and 1975 and has been enshrouded in a civil war of 1975-1991 and controversies since then. A summary of events in Lebanon is best in a study with desires to cover all members. Fact-finding was especially important in the Lebanon crisis of 1958 since it was difficult to know what exactly occurred with many rumors. When Lebanon accused the United Arab Republic of "arms smuggling" and "infiltration of armed personnel" from Syria into Lebanon,15 (Hassouna p. 61), during U.N. fact-finding the United Arab Republic representative "rejected the Lebanese charges as unfounded" and "propaganda" which was not given to the Arab League in good faith. Egypt felt more pressurized with U.N. Security Council criticism since Egypt hosted the Arab League headquarters. The U.S. was suspicious of Nasser because Americans felt Nasser became too radical and bought Soviet arms. Hassouna reported on p. 68 how tensions worsened after a pro-Soviet General Kassem overthrew and murdered the pro-American and pro-British King Feisal II of Iraq in a coup and on the next day, July 15, 1958, President Eisenhower sent U.S. troops into Lebanon at President Chamille Chamoun's request. Eisenhower sent troops basically to tell the Communists to stay out of Lebanon and Jordan. The 1961 crisis proved Kassem and somewhat more democratic Nasser did not work together when Nasser sent troops to protect Kuwait's independence yet Lebanon implied the opposite during 1958. Lebanon lacked solid evidence and without a real war Lebanon decided to end the accusations against the UAR in October 1958.

9

*Appendix A-1 Written by: Joseph Slov*

**Iraq since 1980 and disputes with Iran**

Iraq had a multiparty democratic system to select the lower house of its parliament during the monarchy before 1958.  Iraq had three kings: Feisal I, Ghazi I, and Feisal II.  There were anti-British tensions during the monarchy including a riot which caused Feisal II's regent to repudiate a British-Iraqi 1948 defense treaty in the 1949 Brittanica Annual.   These were a factor in the pro-Communist coup of Kassem in Iraq in 1958.  After 1968, President Bakr of Iraq and Saddam Hussein as his deputy were more neutral with business friendships with France and the Soviet Union.  Zacher describes how the Shah of Iran first fomented tensions with Iraq on the Shatt-al-Arab border dispute in 1969 when the Shah abrogated his father's treaty of 1937 with King Ghazi of Iraq on the border.   Tensions continued until 1975 until Saddam signed a peace agreement with Iran on a Shatt-al-Arab border and the Shah agreed to stop funding Kurdish rebels in Iraq.  The conservative, pro-American Shah of Iran was not fond of Saddam and yet would do business with him to preserve peace.  This is in contrast to Ayatollah Khomeini of Iran who made statements and broadcasts nearly inciting Shiite Moslems in Iraq to overthrow Saddam with a revolt during 1980, according to New York Times index.   Americans would not like either the Shah's decision to disregard his 1937 treaty or Saddam's decision to renounce his 1975 Shatt-al-Arab agreement with the Shah with his 1980 invasion of Iran.  U.S. credibility was affected with rumors of a secret U.S. tilt towards Iraq in the war with Iran which took U.S. hostages, and later U.S. recent jailing of Saddam without a trial and when no weapons of mass destruction were found.  Joseph Slovinec had called for an end to the Iraq-Iran war in 1987, and this happened in

11

*(handwritten note at top: "(P.2) Yslavinec Arab vague term paper - Dr. Fisher did not grade it probaby becuse conservatives do not like it. Joseph Nonnier")*

1988.

It was unfortunate Saddam did not maintain peace, and Saddam's invasion to take over Kuwait was largely a repeat of Kassem's complaints of 1961. The Arab League overwhelmingly voted for Iraq to withdraw its troops from Kuwait in 1990. George H.W. Bush had given Saddam 5 months to get out of Kuwait before the Jan. 15, 1991 U.S. intervention. This contrasted to the March 1, 2003 Arab League meeting when the Arab League refused to consider a pro-Bush proposal by Kuwait and United Arab Emirates for Saddam to resign and go into exile without a trial, a better idea than war. The Bush Administration antagonized many with an invasion to remove Saddam from office without a supporting vote from either the U.N. or Arab League. Circumstances worked better when Arab rulers planned their own elections. The Jan. 2005 elections did go on and Dr. Jaafari can hopefully achieve progress as the new Prime Minister..

**Additional issues of Arab League in 1980's and 1990's**

It is better to summarize main trends in a period with a few major conflicts and less of the minor mediations where the Arab League succeeded in the 1960's and 1970's. In 2005 the U.S. needs to concentrate on the individual identity of each Arab nations and relationships with the U.S.. In its earlier years, the Arab League was frequently used to criticize Israel and we do not want to dwell on these statements. The Arab League had wanted what President Assad of Syria called a comprehensive peace in 1977. When Egyptian President Sadat made a separate peace with Israel, this infuriated other Arabs especially Jordan and PLO who suspended Egypt's active involvement in the Arab

12

*(handwritten: Appendix A-3 Written by Joseph Nonnier)*

League from 1979 to 1989. Keesing's and Facts on File give specific details of events

when the Arab League gave diplomatic positions in statements which usually did not

involve mediation efforts. In 1985, King Hussein of Jordan and Yasir Arafat of the PLO

agreed on a joint negotiating strategy with praise at an Arab League summit and

encouragement from President Hosni Mubarak of Egypt. In 1989, the Arab League

again criticized U.S. military threats against Kaddafi in Libya 3 years after the U.S.

bombed Kaddafi's headquarters in an excessive response to rumored Libyan implication

in a West Berlin disco attack with little evidence. This seemed wrong since Kaddafi's

record in the Arab League is mostly peaceful towards his neighbors. The Arab League

actually made gains with indirect support for U.S. President William Clinton's mediation

of peace between Israel and Jordan and Israel and the Palestinians, and we do not want to

repeat extensive writing in Kriesberg, Miall, Cohen, and many on those talks. Mr.

Mubarak was able to resume Egyptian leadership in the Arab League. In 1993 there was

a dispute between Iran and the United Arab Emirates when Iran moved personnel to a

police station in jointly administered islands: the Arab League supported U.A.E. in that

instance, yet it needs to learn to negotiate better with Iran. The Arab League tried

Ethiopia-Somalia peace talks. The Arab League felt obligated to ask the U.N. to

investigate the Clinton Administration's bombing of Sudan yet the U.N. refused since

conventional wisdom of the 1990's said the U.S. might have to use Air Force bombing

raids of selected terrorist targets of one or two days without a ground war. Sudan's

reputation in the international community has worsened with African Union scrutiny of

accusations of genocide in Darfur, Sudan in 2005. In recent years, the Arab League was

13