IN U.S DISTRICT COURT FOR DC.

RECEIVED

DEC 31 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

CLERK
US DISTRICT & BANKRUPTCY
COURTS
2007 DEC 31 PM 12:51
RECEIVED

Joseph Slovinec, Plaintiff

V.

American University
Defendant

06-1143

(gk) Judge Kessler

AGENDA OF MAYOR FENTY'S MEETING ON WARD 3

Plaintiff remembers calling the office of President Cornelius Kerwin about this meeting and Neil Richardson said American U. did not respond or send anyone to Mayor Fenty's transition meeting. It included Public Safety, and is the basis for any future talks. I won't request a campus visit, so

It seems this was returned after someone read it without my permission. I brought up: Tenleytown Library, and parking near School of International Service. My building typing room was closed: sorry about handwriting which is difficult to read.

SERVICE to Christopher Hassell, Bonner Kiernan, 1233 20th St, N.W,    Joseph Slovinec

Joseph Slovinec 425 2nd St. N.W. Washington DC

**FENTY**
TRANSITION

## Mayor-elect Adrian Fenty's
## Transition Town Hall Workshop

## Agenda

- Welcome and Introductions
- The Fenty Administration's Vision for the District of Columbia
- Introduction and Citizen Discussion of the Fenty Transition Themes
  - Schools and Education
  - Public Safety
  - Healthcare and Human Services
  - Economic Development and Affordable Housing
  - Environment and Infrastructure
  - Citizen Recommendations on Other Areas
- Closing

## Ground Rules

*We ask everyone to please follow these suggestions to make our meeting a success:*

- Listen carefully and respectfully
- Participate openly, honestly, and with good manners
- Respect diversity of individuals and viewpoints
- Listen closely before responding
- Respond to the question at hand
- Keep responses short and to the point
- Turn off (or switch to vibrate) all phones and electronic mobile devices

*The role and responsibilities of your Table Facilitator:*

- A neutral guide for your table
- Keeps the table focused and on task
- Makes sure everyone participates and all voices are heard at the table
- Helps ensure respect and good manners at the table
- May make suggestions to help the table discussion