CLERK
US DISTRICT & BANKRUPTCY
COURTS

2008 JAN -4 PM 10: 50

RECEIVED

RECEIVED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
    Plaintiff,

06-1143
(gk) Judge Kessler

Vs. American University,   Defendant

MESSAGE TO NATIONAL PAYMENT CENTER, U.S. DEPARTMENT OF EDUCATION, P.O. BOX 4169, GREENVILLE, TEXAS 75403-4169 SINCE INFORMATION WILL BE REQUESTED FROM U.S. SECRETARY OF EDUCATION MARGARET SPELLINGS IN ABOVE CASE

1. Evidence is attached for the court of the second $10 payment in a repayment plan which someone in the neighborhood persuaded me, the Plaintiff, to sign. I was informed the U.S. Department of Education could take the federal loans out of default if I, Plaintiff Joseph Slovinec, made payments of $10 for six months. I, Plaintiff Joseph Slovinec could promise to pay $40 more during January if the U.S. Department of Education would promise to take federal loans out of default so I could borrow federal Perkins or private loans to attend Roosevelt University with an offer to start school on January 28, 2008 in the Graduate Program in Education or another graduate program which was not yet disclosed to Judge Kessler.

2. The U.S. Department of Education is encouraged to accept this agreement as the only alternative to bankruptcy or a bankruptcy consultation which could be requested in a few days. Plaintiff has only $243 in savings today and was pledged only one more unemployment compensation check, his last, of $186. Plaintiff only has a few clothing items and no personal belongings of any significant financial worth. Plaintiff is unemployed with zero promises of income or future assets so he must make this decision carefully. Plaintiff is only totally willing to agree that the debt is $85,000: before December 1, 2007, Plaintiff refused payments due to disagreements with efforts of West Management in Atlanta, Georgia which unfortunately, after a pause, were revived by Progressive Financial Services to add more than $20,000 in exorbitant, excessive collection costs for only about 10 letters about the debt.

3. U.S. Department of Education should inform Progressive Financial Services of Plaintiff's earlier lawsuit against the U.S. Department of Education to seek a court order for Perkins Loans to attend Roosevelt University in September 2005 and above 06-1143 case where Plaintiff feels American University unjustly barred Plaintiff from visiting campus for distributing an institutional grievance which a phone answerer at your Department said Plaintiff could file: it complained about financial aid and American University is accused of intimidating Plaintiff for complaining to Secretary Spellings about policies which violated President Bush's decision to support funds for the McKinney-Vento Act: it later came true that when American University evicted Plaintiff from the Park Bethesda dorm, Montgomery County, Maryland refused to let Plaintiff into any homeless shelters because they were only for certain illnesses and substance abusers, and Plaintiff was virtually coerced into residing at the Community for Creative Nonviolence homeless shelter, 425 2nd St. N.W. Washington, D.C. on food stamps for the past 2 years with income of zero in 2005, $2700 in 2006, and $4000 in 2007: this was a result of the decision of Mary Muncie, aide to Secretary Spellings, to stubbornly keep Plaintiff J. Slovinec's loans in default after June 22, 2005. Above relocation forced J. Slovinec's dependency on two American University professors for references for work in 2005 and separated J. Slovinec under economic duress from all potential references and clients in Illinois where he resided for 21 years from 1984 to Feb. 1, 2005. Plaintiff J. Slovinec wrote President Bush to ask for mediation including a grant to American University on December 29, 2007: Ms. Spellings ignored a request to respect J. Slovinec's support for President Bush's work on Israeli-Palestinian peace talks and CAFTA in AU work. PROOF OF SERVICE: In U.S. mail to Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036
From: Joseph Slovinec, 425 2nd St.., N.W., Washington, D.C. 20001   January 4, 2008

*Joseph Slovinec*   ATTACHMENTS   *Joseph Slovinec*

## STATEMENT OF FINANCIAL STATUS – PAYMENT AGREEMENT

YOUR NAME: Joseph Slovinec Jr.     YOUR SSN: _____

1. AMOUNT YOU ARE PROPOSING TO PAY EACH MONTH: $ 10 *DURING UNEMPLOYMENT INSURANCE*

****************** HOUSEHOLD AND EMPLOYMENT INFORMATION ******************

2. YOUR ADDRESS: 425 Second Street N.W.
   Washington, DC 20001-2003

3. COUNTY IN WHICH YOU LIVE: _____   HOME PHONE: 202-393-1909

4. EMPLOYER'S NAME: NONE

5. EMPLOYER'S ADDRESS: _____

6. EMPLOYER'S PHONE: _____ YOUR JOB TITLE: _____

7. NUMBER OF DEPENDENTS (AS DEFINED BY IRS) INCLUDING SELF: ONE

8. MARITAL STATUS (MARRIED, SINGLE, DIVORCED): SINGLE

9. SPOUSE'S NAME AND SSN: _____

********************* MONTHLY INCOME *********************

NOTE: GROSS INCOME IS INCOME BEFORE ANY DEDUCTIONS SUCH AS TAXES. NET INCOME IS YOUR TAKE-HOME PAY. INCLUDE RECENT PAY STUBS AND TAX RETURNS.

10. YOUR AVERAGE MONTHLY INCOME   GROSS $ *NO PAY– ONLY $340 PER MONTH UNEMPLOYMENT INSURANCE*   NET $ _____
11. YOUR SPOUSE'S AVG MONTHLY INCOME   GROSS $ _____   NET $ _____
12. OTHER CONTRIBUTING RESIDENT(S) AVG MONTHLY INCOME   NET $ _____
13. OTHER (ALIMONY, ETC. DESCRIBE _____ )   NET $ _____

********************* MONTHLY EXPENSES *********************

14. RENT/MORTGAGE (TO WHOM: *IN HOMELESS SHELTER* )   $ ZERO
15. PROPERTY TAX   $ 0
16. HOME/RENTER'S INSURANCE   $ 0
17. FOOD *STAMPS ONLY $3 PER DAY, $92 PER MONTH*   $ 80
18. CLOTHING *USUALLY ASK FREE CHARITY DONATION*   $ 10
19. ELECTRICITY   $ 0
20. NATURAL GAS/HEATING OIL/PROPANE   $ 0
21. WATER/SEWER/TRASH DISPOSAL   $ 0

- CONTINUED ON PAGE 2 -

ATTACHMENT APPENDIX A

STATEMENT OF FINANCIAL STATUS PAGE 2 - MONTHLY EXPENSES CONTINUED

22. BASIC PHONE SERVICE                                           $ 0
23. CAR PAYMENT (FIRST CAR)                                       $ 0
24. CAR PAYMENT (SECOND CAR)                                      $ 0
25. AUTO FUEL AND MAINTENANCE                                     $ 0
26. PUBLIC TRANSPORTATION                                         $ 60
27. AUTO INSURANCE                                                $ 0
28. MEDICAL INSURANCE PAYMENTS NOT DEDUCTED FROM PAYCHECK         $ 0
29. MEDICAL PAYMENTS AND EXPENSES NOT COVERED BY INSURANCE        $ 0
30. CHILD CARE EXPENSES    (NUMBER OF CHILDREN: ___)              $ 0
31. CHILD SUPPORT          (NUMBER OF CHILDREN: ___)              $ 0

LIST ANY OTHER MONTHLY EXPENSES BELOW:

32. PERSONAL ITEMS - DEODORANT, SOAP, NOTEBOOKS    $ 50
33. _____ $ __
34. _____ $ 30

*************************** ASSETS ****************************

35. BANK ACCOUNT 1 (BANK NAME: BANK OF AMERICA CHECKING) $ 1.50
36. BANK ACCOUNT 2 (BANK NAME: BANK OF AMERICA SAVINGS) $ 3.00
37. BANK ACCOUNT 3 (BANK NAME: _____) $ 0
38. STOCKS/BONDS   (BANK NAME: _____) $ 0
39. HOME                              VALUE $ ____ OWED $ 0
40. OTHER REAL ESTATE                 VALUE $ ____ OWED $ 0
41. CAR 1(YR,MAKE,MODEL: _____)    VALUE $ ____ OWED $ 0
42. CAR 2(YR,MAKE,MODEL: _____)    VALUE $ ____ OWED $ 0

*********************** SWORN STATEMENT ***********************

I DECLARE UNDER PENALTIES PROVIDED BY 18 U.S.C. SECTION 1001, THAT THE ANSWERS AND STATEMENTS CONTAINED HEREIN ARE TO THE BEST OF MY KNOWLEDGE AND BELIEF TRUE, CORRECT AND COMPLETE.

43. SIGNATURE: _Joseph Marinee_  DATE: _Nov 12, 2007_

WARNING: 18 U.S.C. 1001 PROVIDES THAT "WHOEVER...KNOWINGLY AND WILLFULLY FALSIFIES, CONCEALS OR COVERS UP BY ANY TRICK, SCHEME, OR DEVICE A MATERIAL FACT, OR MAKES ANY FALSE, FICTITIOUS OR FRAUDULENT STATEMENTS OR REPRESENTATION...SHALL BE FINED NOT MORE THAN $10,000.00, OR IMPRISONED NOT MORE THAN FIVE YEARS, OR BOTH".

RETURN THIS FORM AND ALL REQUIRED DOCUMENTATION TO:

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 5609
GREENVILLE, TX  75403-5609

(B)

Case 1:06-cv-01143-GK Document 51 Filed 01/04/2008 Page 4 of 9

W FAIRMONT - SUITE 8
PE, AZ 85282
BOX 24098
MPE, AZ 85285

| ACCOUNT NO. | PRINCIPAL BAL | INTEREST |
|---|---|---|
| 4048426309 | $71,680.68 | $13,963.02 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| | $ | $85,643.70 |
| AMOUNT PAID: | | |

10/23/07

0000004539

JOSEPH G SLOVINEC JR
425 2ND ST NW
WASHINGTON, DC 20001-2003

RETURN THIS PORTION WITH YOUR PAYMENT.

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY
NUMBER ON YOUR CHECK

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE, TX 75403-4169

4  32360565l269  0000004950  00000069        4  32360565l269  0010232007  0085643706

---

**KEEP THIS PORTION FOR YOUR RECORDS**

10/23/07

PROGRESSIVE FINANCIAL SERVICES
PO BOX 24098
TEMPE, AZ 85285
1-602-453-8904
1-800-745-2345

CREDITOR: US DEPARTMENT OF EDUCATION
ACCOUNT: 4048426309
AMOUNT DUE: $85,643.70
BORROWER NAME: JOSEPH G SLOVINEC JR
SOCIAL SECURITY:

THIS NOTICE IS FROM PROGRESSIVE FINANCIAL SERVICES.

THE U.S. DEPARTMENT OF EDUCATION HAS, EFFECTIVE WITH THIS NOTICE, ASSIGNED YOUR ACCOUNT WITH:

PROGRESSIVE FINANCIAL SERVICES, INC
P. O. BOX 24098
TEMPE, AZ 85285
(602) 453-8904 OR CALL TOLL FREE 1-800-745-2345
HOURS OF OPERATION: MON-THU 7AM-7PM, FRI 7AM-4PM, SAT 7AM-11AM MOUNTAIN TIME

IN ADDITION TO PRINCIPAL, INTEREST AND ADMINISTRATIVE FEES, YOU ARE NOW RESPONSIBLE FOR COSTS THE DEPARTMENT INCURS FOR FEES EARNED BY PROGRESSIVE FOR RECOVERIES ON THIS DEBT. THESE CHARGES ARE CURRENTLY 25% OF THE PRINCIPAL AND INTEREST REPAID.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OF ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

ALL PAYMENTS SHOULD BE MAILED TO THE FOLLOWING ADDRESS:

US DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER
PO BOX 4169
GREENVILLE, TX 75403-4169

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.     PFS/22A

(C)

*** NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ***

W FAIRMONT SUITE 8
PE, AZ 85282
BOX 24098
MPE, AZ 85285

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| 4048426309 | $71,680.68 | $16,386.27 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $1.93 | $21,133.48 | $109,192.36 |
| AMOUNT PAID: | | |

12/07/07

0000001932

JOSEPH G SLOVINEC JR
425 2ND ST NW
WASHINGTON, DC  20001-2003

RETURN THIS PORTION WITH YOUR PAYMENT.

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY
NUMBER ON YOUR CHECK

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE, TX 75403-4169

4  323605651269 0000004950 00000069       4  323605651269 0012072007 0109192362

---

KEEP THIS PORTION FOR YOUR RECORDS

12/07/07

PROGRESSIVE FINANCIAL SERVICES
PO BOX 24098
TEMPE, AZ 85285

CREDITOR:            US DEPARTMENT OF EDUCATION
ACCOUNT:             4048426309
AMOUNT DUE:          $109,192.36
BORROWER NAME:       JOSEPH G SLOVINEC JR
SOCIAL SECURITY:     

THIS NOTICE REGARDING YOUR ACCOUNT WITH THE DEPARTMENT OF EDUCATION IS FROM PROGRESSIVE FINANCIAL SERVICES, INC. THE DEPARTMENT OF EDUCATION HAS PLACED THIS ACCOUNT WITH THIS AGENCY FOR COLLECTION ACTION.

WE DO NOT UNDERSTAND YOUR CONTINUED FAILURE TO CONTACT US REGARDING YOUR ACCOUNT HELD BY THE DEPARTMENT OF EDUCATION. PERHAPS YOU DO NOT UNDERSTAND THAT THERE ARE MANY DIFFERENT ALTERNATIVES THAT MAY BE AVAILABLE TO YOU TO ALLOW YOU TO LIQUIDATE THIS OBLIGATION WITHIN YOUR CURRENT FINANCIAL MEANS. THESE POSSIBLE ALTERNATIVES INCLUDE:

A MONTHLY PAYMENT ARRANGEMENT THAT WILL ALLOW YOU TO PAY THE ACCOUNT OFF OVER TIME.

A SETTLEMENT OPTION THAT MAY ALLOW YOU TO PAY AN AMOUNT THAT IS SIGNIFICANTLY LESS THAN WHAT YOU CURRENTLY OWE IN FULL SETTLEMENT OF YOUR ACCOUNT.

UNDER CERTAIN CIRCUMSTANCES WE MAY BE ABLE TO ARRANGE AN ENTIRELY NEW LOAN TO PAY OFF THE DEFAULTED LOAN AND GIVE YOU A FRESH START.

*** NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ***

January 4, 2008

Ms. Valerie Kithchings
D.C. Department of Employment Services Equal Opportunity Officer
Room 3136
77 P St., N.E.
Washington, D.C. 20002

Dear Ms. Kithchings:

    I want to file a complaint against racial discrimination of D.C. Department of Employment Services employee Tamara Turner, an African-American, against me, Joseph Slovinec, a white within the past 180 days after July 4, 2007. Between July 12 and 19, 2007, I visited 1500 Franklin St., N.E., and a worker gave me a piece of paper which listed Tamara Turner's name and phone number and said she was my case manager. After I left several tape messages with no answer, Tamara called me back and said she was not my case manager. This wasted several weeks when I could have gotten job referral cards. I gave a copy of the piece of paper recently to Sherrie Finley.

    There is also suspected racial discrimination from Doris Magruder-Johnson and her office of D.C. Department of Employment Services at 6210 North Capitol Street which the city closed: D.C. claimed to host me for a Reemployment Program workshop in August 2007, which is usually for veterans, without any efforts to ask my past employer s to rehire me. Doris, who is African-American, used racial steering during the week to only line up one interview with an African-American employer in the remote location of Laurel, Maryland: Novo One with J.D. Moore who referred me to Dante Worthington. Dante politely interviewed and then never returned my phone calls: he also did not want to send a rejection letter. I felt Dante, like me, felt Doris was pushing this interview to only get the job search out of the way, and I did not work.

    I will try to harmoniously resolve other disagreements including my verbal complaint to D.C. Department of Employment Services caseworker Claudia Serrano who met with me on October 15, 2007, for the first time (nearly four months after my June 21, 2007 layoff) that the D.C. Department of Employment Services has not wanted to, or refused, to conduct a computerized job search on the basis of my two Master's Degrees in History and International Affairs and also every time I tried to run a job search in the Public Opinion Research there were zero openings that we re located. My most recent job was in the public opinion area at National Research LLC. On Tamara's case, I also want to list pervasive discrimination against me by D.C. employees on Shapiro v. Thompson 394 U.S. 618 court case issues with welfare discrimination against previous residents of other states: I am white and was a lifelong Illinois resident before I came to D.C. to attend American University in January 2005. When I told Ms. Serrano I still had and have an acceptance offer to attend Roosevelt University in Chicago in 2007-2008, I did not emphasize it is nearly impossible for me to get financial aid due to a 2005 loan default. Please write me with information on how to file more official papers in this case: my address is at CCNV homeless shelter, 425 2nd St. N.W., Washington, D.C. although we will not get into homeless shelter issues today.

Sincerely yours,

*Joseph Slovinec*
Joseph Slovinec

(E)





IN 06-1143: APPENDIX B ON NEIL RICHARDSON AND BANKRUPTCY CASE

Plaintiff wants Mr. Hassell to read this article on resignation of Mayor Fenty's aide Neil Richardson, which is hopefully not related to this case, and notes Mr. Richardson did a fine job of presiding over the Ward 3 transition meeting and it was American University's fault if AU did not send a representative of the meeting with also Dan Taghlerini. During it, Mr. Slovinec favored President Kerwin's administration's interest in the D.C. Tenleytown library and criticized Dean Goodman's insensitivity to the community on parking near the new SIS building.

In related Case 06-455, American U. was accused of fraud in saying J. Slovinec disrupted President Ladner's meeting of April 2005 when it was open to the public and Mr. Ladner voluntarily took a note from J. Slovinec who stopped speaking voluntarily without a warning from AU. AU's policy of freedom of expression includes student's legitimate rights to apply for food stamps and declare bankruptcy: Mr. Hassell is asked to make any corrections and read U.S. Court of Appeals Case Brunner v, New York State Higher Education Corp. 831 F.2d 395 (1987) where J. Slovinec, like Marie, is an undue hardship who cannot maintain a minimal standard of living based on current income and expenses: J. Slovinec was seeking and unable to find employment since his June 21, 2007 layoff from National Research LLC, 4201 Connecticut Av NW, a day after he called Dean Goodman's office on the office phone during break, a permissible policy, and several weeks after a 10-day stoppage in work assignment after demonstraters were arrested during Karl Rove's visit to American U. about April 2007: a connection is suspected.

*Joseph Slovinec*
SLOVINEC V. AMERICAN U.

RECEIVED
2008 JAN -4 PM 10:51
US DISTRICT & BANKRUPTCY
CLERK
COURTS

PLEASE FILE AFTER 12/3/107 AGENDA, ETC. FILING

# The District

## FENTY ADMINISTRATION

# Complaining of Mayor's Governing

### Public Feels 'Left Out of Decisions,' Richardson Has Said

By David Nakamura
*Washington Post Staff Writer*

D.C. Mayor Adrian M. Fenty's deputy chief of staff has resigned after a year on the job, citing growing disenchantment with the mayor's governing style. It is the second high-ranking resignation in the past three weeks.

Neil Richardson worked on Fenty's mayoral campaign for two years, often walking door-to-door with him, and helped him develop "best practices" during trips to several big cities shortly before Fenty (D) took office last January.

He was rewarded with a seat in the mayor's "bullpen" office. Among his duties was organizing events for such initiatives as D.C.'s effort to win a vote in Congress and community meetings related to Fenty's takeover of the public schools.

But Richardson was reassigned in October to an office called Serve DC and asked to create a volunteer program to help the school system. The demotion came after he disagreed with Fenty on several issues and complained that the mayor was not listening enough to the public, government sources said.

For example, Richardson, a former semi-pro soccer player, pushed for Fenty to support building a soccer stadium for D.C. United along the Anacostia River in Ward 8 and expressed unhappiness when the mayor broke off negotiations with the team last summer.

"I was disappointed that an administration that was built on strong populist tendencies has gotten to a place where the council and the public feel left out of decisions," Richardson said yesterday. "I believe this is the opposite of what people had expected and hoped for when our campaign won every precinct in the city."

Richardson's resignation comes three weeks after Linda Singer stepped down as attorney general. Her aides said she resigned because she believed Fenty was listening more often to then-general counsel Peter Nickles. Nickles is now the acting attorney general.

Richardson has had his moments of pique. He joined Fenty's team several years ago after leaving a community organizing post in the administration of then-mayor Anthony A. Williams (D). In an opinion piece in The Washington Post in May 2005, Richardson wrote that he was disappointed with Wil-



BY GERALD MARTINEAU — THE WASHINGTON POST

**Neil Richardson was a prominent face in Adrian M. Fenty's campaign and, at first, in his administration.**



**PostPoints**

**FRIDAY, JANUARY 4**

**DAILY SPOTLIGHT**

A must-read for maximizing your membership.

**POINTS**

**Do Good**

New Year's Resolution: Volunteer more. Don't break it this time around! Instead sign up with **Greater DC Cares,** which will help you help others. Love children? They'll put you in touch with The National Center for Children and Families' Greentree Shelter, where you can help put on a puppet show or direct a play.

**PostPoints members earn 25 points every time they volunteer through Greater DC Cares.** To get started, you must attend a brief orientation session

## HANDGUN BAN

# City Picks Head of Team for

By David Nakamura
*Washington Post Staff Writer*

Acting D.C. Attorney General Peter Nickles has selected former acting U.S. solicitor general Walter E. Dellinger to defend the District's handgun ban in a high-stakes Supreme Court case.

Dellinger, now with the private firm of O'Melveny & Myers, had been working on the handgun case with a team of more than a dozen lawyers under the direction of D.C. special counsel Alan B. Morrison. Nickles fired Morrison late last week, however, in what Morrison has called a politically motivated act.

Nickles said Dellinger, will assume the lead role in the case without a hiccup because he helped Morrison write the 15,000-word brief that is due to the high court today. The Supreme Court is likely to hear the case in March.

Among the cases Dellinger has argued before the high court are ones dealing with physician-assisted suicide and the Brady Handgun Violence Prevention Act.

"I have confidence in Walter Dellinger," Nickles said. "He has argued a huge number of great cases."

Nickles also said he has brought on Robert Long, a former colleague of Nickles's from Covington & Burling, to assist the team. D.C. Solicitor General Todd Kim and Thomas Goldstein of Akin Gump, who also were part of Morrison's team, will remain on the case in key positions, Nickles said.

After Morrison was fired, some city leaders expressed concern that the District would not have a government lawyer in charge of the high-profile handgun-ban case. The city appealed to the Supreme Court to maintain the ban after a lower court overturned it in the spring. The court has not examined a Second Amendment case in

DISTRICT BRIEFING