IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                   06-1143
  Plaintiff,                                       (gk) Judge Kessler
  Vs.
American University,
  Defendant

NOTICE OF SENDING OF LETTER TO PRESIDENT BUSH: PROPOSAL TO START TALKS ON SEEKINGS GRANTS AND FINANCIAL AID BEFORE JUNE 1 START OF SUMMER INSTITUTE ON PEACEBUILDING AN D DEVELOPMENT

1. EFFECT OF BUSH ADMINISTRATION ACTIONS, SPELLINGS DEFAULT TO CAUSE OR INCREASE TENSIONS BETWEEN J. SLOVINEC AND AMERICAN U.    Mr. Hassell is informed of J. Slovinec's letter to President Bush of December 2007 where President Bush unwisely did not respond to J. Slovinec's request for resolution of his debt crisis: even when J. Slovinec ran out of unemployment insurance and was down to $50 in the bank in Feb. 2008, a White House staff member encouraged Spellings' unsuccessful strategy of trying to demand payments in excess of $10 per month which J. Slovinec offered: those talks were suspended, and bankruptcy looms. The Bush Administration gave J. Slovinec a Sallie Mae deferment to attend American U. and J. Slovinec suspects the real reason for Spellings' default on other loans in uncertain status on June 22, 2005 was either J. Slovinec's research criticizing Bush on Arab League or Iraq or a statement of Dr. Fisher's student which said International Criminal Court was scrutinizing Rumsfeld. American U. might feel the default caused j. Slovinec's inability to return to Roosevelt University in Chicago.
   2. EXPLORATION OF FUNDS
Funds to pay American U. bills could be obtained by:
   A. Federal grants for miscellaneous purpose on 800 number
   B. Scholarships from American U. Financial Aid office if barring order ends in May and is not extended
   C. If the barring order is lifted, J. Slovinec is willing to explore asking the Democratic National Committee or Presidential campaigns to pay for a seminar on peace issues in the 2008 election: this might require a revision of Summer Institute curriculum or cosponsoring with Campaign Institute..

**RECEIVED**

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Note: April 24: This pleading and Appendix A, letter to President Bush were sent today to · President Kerwin and Prof. Fisher at American U., in addition to Mr. Hassell.

SECOND PAGE OF MESSAGE TO MR. HASSELL

3. WASHINGTON CITY PAPER NUMBER  On Oct. 13, 2006, p. 118, there was an ad for federal grant cash for personal bills and housing at 1-800-592-0362 ext. 235 and 1-800-274-5086 ext. 235.. J. Slovinec intends to ask Financial Aid at American U. to call these numbers and emphasizes J. Slovinec never had enough cash to pay Spring 2005 charges out of his own pocket to American U. since Summer 2005: he earned only $2700 in 2006 and about $4000 in 2007.  He might ask for forgiveness of 2005 charges.

4. U.S. COURT OF APPEALS CASE 07-7180: Judge Kessler is respectfully informed that neither the U.S. Court of Appeals or J. Slovinec understood her Jan. 14, 2008 statement she did not dismiss Case 06-455 yet informally expected the court to hear an appeal on her granting of motion of summary judgment: the U.S. Court of Appeals seemed to recently remand the 06-455 case to Judge Kessler who will be asked to stop refusing filings for 06-455. In the interim, all filings for overlapping issues will be in 06-1143.

5. REQUEST FOR CORRECTIONS TO AVOID FRAUD CHARGES There is an expected cc: to Mayor Fenty and D.C. Attorney General Nickles since after a few days of other work, J. Slovinec will turn to renewed requests for mediation of whether he can attend this year's Summer Institute or gain comparable entry into a professional program to end more than 2 years of his dependency on Community for Creative Nonviolence homeless shelter and food stamps. At this time, J. Slovinec cannot retract charges of fraud and falsification of records when American U.'s Counsels in 06-455 and 06-1143 both influenced Judge Kessler to believe J. Slovinec disrupted an April 19, 2005 meeting of ex-President Ladner with the Deans: Mr. Ladner voluntarily took a note on welfare and bankruptcy from J. Slovinec and neither side interrupted the other while speaking: if American U. revises its testimony, J. Slovinec could drop fraud accusation: the meeting was in the campus newspaper and other public notices. Mr. Hassell is asked to correct errors of July 20, 2007 #35 mistake to say J. Slovinec was not admitted to Peacebuilding and Oct. 19, 2007, #44 J. Slovinec complaint to U.S. Attorney Taylor on obstruction of fair discovery of case since J. Slovinec cannot visit witnesses on campus. In a recent telephone conversation. American U. Prof. Ronald Fisher said he knew J. Slovinec was barred for tuition reasons and Mr. Hassell should talk to him in a polite manner: Maurice implied there was a behavioral problem when there was not: only nonpayment.

6. MACARTHUR FOUNDATION ONLY SOURCE OF FOREIGN AFFAIRS GRANTS WHICH IS PROMINENT IN CHICAGO

   President Kerwin's office should address if American U. can ask foundations to pay J.. Slovinec's bill after Spencer Foundation in Chicago said no in 2005 and Joyce Foundation in Chicago did not answer letter: the MacArthur Foundation in Chicago only gives grants to programs, not individual applications, and Dr. Fisher neglected to ask Dr. Said to seek funding there: Dr. Fisher is again criticized for attempting to pressurize J. Slovinec to pay out of his own pocket in a Labor Day 2005 e-mail .. With above accusations of false statements, J. Slovinec is not willing to ask the other few Peacebuilding programs in Chicago to help him raise money to pay Dr. Fisher's bill: J. Slovinec had attended Catholic Theological Union's dinner. J. Slovinec is unwilling to accept American U.'s lack of explanation of no answer to his requests to use Cafritz, Skaskan, and Morgenstern emergency loans in American U. 2005 catalog.

PROOF OF SERVICE IN U.S. MAIL TO: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036
Joseph Slovinec 425 2nd St., N.W., Washington, D.C. 20001   April 23, 2008

*Joseph Slovinec* (signature)

December 29, 2007

The President of the United States
The White House
1600 Pennsylvania Av., N.W.
Washington, D.C. 20500

Dear Mr. President:

    I send holiday greetings to you, the First Lady, and Bush family. I encourage you to send information about your planned Middle East trip to Illinois, officials, and teachers including the Chicago Theological Union. I was invited to the April 27, 2005 dinner of the Catholic Theological Union with Mayor Daley and Cardinal George when I still had about $2300 from my late father's estate. I did not attend it because I felt I had to get a Maryland ID card within 60 days of when I moved into the overpriced Park Bethesda dorm of American University with the influence of Professor Ronald Fisher. It seems today it would have been a better Christian decision for me to return to Illinois then. Today I ask for your support of these basic goals where your staff could do research: I would like to ask for a special federal grant for miscellaneous purposes to pay for my Spring 2005 bill at American University which was never paid, and hopefully mediation where American U. would restore my cancelled registration; encouragement of my $10 per month repayment agreement on federal student loans; and any encouragement of my strategy to either get improved information on D.C. job programs or return to Illinois to accept an offer at Roosevelt University.

    I hope to eventually inform American University President Cornelius Kerwin of this request yet today I feel it is more urgent to send a cc: to officials of my native Illinois where I resided in Chicago from 1989 to Feb. 1, 2005 especially Governor Blagojevich and Attorney General Lisa Madigan since I do not believe Illinois students who are Democrats should attend American University School of International Service this spring after Dr. Kerwin did not answer my call for reforms after my "Dec. 28, 2006 letter to Governor Blagojevich which said in order to preserve Illinois business Dr. Cornelius Kerwin should agree to either cancel classes during the first two weeks of the term with no charge or offer Illinois students emergency loans at the end of the semester if the student is turned down for private loans" like I was;; Dean Goodman was accused of "exaggerated promises of uses of American U. job services for an Illinoisan": I hope your staff takes interest in other sections of my Sept. 5, 2007 pleading in Case 06-455, Slovinec v. American U. Amendment to Last Week Pleadings: Information on American University and Doubts on Working with Illinois Democrats and Residents"."Plaintiff J. Slovinec wants Il. Attorney General Lisa Madigan and Mr. (U.S. Attorney Patrick) Fitzgerald to know ex-American U. President Benjamin Ladner and Fisher seemed to view Illinois Democrats unfairly as radicals or agitators who had to produce, or nearly extort, a donation from someone you know in the wealthy Chicago North Side Zip Codes of 60614 and 60657: or Democratic Party donors
who knew little about American U.. Professor Fisher seems a well-intentioned Director of the Graduate Certificate in Peacebuilding program at American University. Yet his

mismanagement of my stay lured me away from Illinois where I had an apartment and eligibility for an Illinois Department of Central Management Services job with an A grade for Library Associate from February 2005 to February 2006: he caused me to stay at the overpriced Park Bethesda from which I was evicted and since August 2005 I have resided at the Community for Creative Nonviolence homeless shelter on food stamps. I hope you're pleased I wrote a debriefing memo where I express many areas of agreement with your policies. Yet I politely ask for relief from an inconsistent decision officials of your administration made: probably someone at American University requested a Sallie Mae in-school loan deferment for me from January 2005 to August 2008 (on the form) and I did not request it, or the time period, myself; and on a separate set of William D. Ford loans an aide to U.S. Secretary of Education Margaret Spellings. Mary Muncie, stubbornly adhered to a policy of keeping these Ford loans in default since June 22, 2005. This caused my seemingly permanent migration to the Washington, D.C. area, a topic of Brookings scholar Alice Rivlin's research, when only Fisher supported my move to Bethesda for a financial profit under economic duress in Illinois law with pressure both from the eviction and loan default: I ran out of $8700 I brought from Illinois in February 2005 to $60 in September 2005 and zero in January 2006.  My income was only zero in 2005, $2700 in 2006, and $4000 in 2007 before a layoff: obstacles came mainly from Maryland and D.C. government-funded jobs services who have never seemed to like marketing me about 7 years in Illinois government and 15 years in Chicago.  I therefore ask for your respect of my continued desire to accept Roosevelt's admission offer, perhaps with use of grants either on Jan. 28, 2008 since I have less than $500 in savings or in September 2008,I suspected Mary Muncie disliked my research on the Arab League and Colombia and perhaps the office of Secretary Spellings hoped Republican candidates for Congress would benefit from this move.

   Please remember I received fair consideration for a Passport Specialist job at U.S. Department of State at offices both in Washington, D.C. and Chicago with a 90% grade from November 2005 to November 2006, a notice about a Social Insurance Specialist job at U.S. Social Security Administration, and attendance at the U.S. Postal Service job fair. Chaos resulted when I could not return to Roosevelt University in September 2005 to accept an offer for school there.  Please write me at 425 2nd St., N.W., Washington, D.C. soon: Please understand this is an agitating time and I need to write clarifying additional letters.

                                    Sincerely yours,

                                    *Joseph Slovinec*
                                    Joseph Slovinec

MEMO OF INFORMAL DEBRIEFING ON JOSEPH SLOVINEC'S RESEARCH AT AMERICAN UNIVERSITY

1. KASHMIR - The tone of our most successful project was set on p. 15 of the Dec. 26, 2007 Examiner in Washington, D.C. when Indian Prime Minister Manhomar Singh praised the murdered Prime Minister Benazir Bhutto of Pakistan as "an outstanding leader who worked for democracy and reconciliation in her country" and he noted her work on improving relations with India. In Spring 2005, American University Professor Ronald Fisher gave our group an A on Kashmir where I wrote about history and excellent personal summits between Mr. Singh and Pakistan's President Pervez Musharraf. When Mr. Singh visited the U.S. in July 2005, I faxed information on Kashmir to the Indian Embassy and gave it to the late Congressman Henry Hyde at the U.S. House International Relations Committee who did not respond. Americans should congratulate President Musharraf on his able diplomacy to fulfill his vow to become a civilian President and to hold parliamentary elections on Jan. 8, 2008, a goal President Bush correctly supports. These elections will include Bhutto admirers, a goal of Mr. Musharraf in recent weeks since his election as President which I recognize.. I hope former Prime Minister Nawaz Sharif does not boycott the election and I revised this text to include Ms. Bhutto's support for his role in national reconciliation. Chicago has a Democratic club in the 50th Ward with both Indians and Pakistanis and this caused my emphasis on peace between India and Pakistan and no repetition of the Kargil War of 1999. My feelings changed after I wrote American U. that I wanted Professor Ronald Fisher to write a letter to the William J. Clinton Foundation in Summer 2007 to seek funding for my unpaid Spring 2005 tuition bill and seek mediation between Mr. Musharraf and Chief Justice Chaudhry, where I unilaterally call for release of Mr. Chaudhry from house arrest. Indeed, I emphasize to the White House I intend to write Senator Durbin on Pakistan without direct talks.
2. AFGHANISTAN – My Statement of Purpose called for research on the career of U.S. Ambassador to United Nations, Iraq, and Afghanistan Zalmay Khalilzad. Professor Ronald Fisher did not cover Afghanistan in his class although President Karzai could use comments on the calls of Afghanistan's parliament for peace talks with rebels. Mr. Karzai courageously met with Ms. Bhutto the day she was killed. I also believe Democrats should wait until January 2009 to review policy on Afghanistan and Pakistan and support President Bush's policies until then.
3. COLOMBIA _ Our group got about 88% on a paper for Professor Susan Nan at American University in Spring 2005 on Colombia talks to end civil strife. My research was done with the use of Air University Library and Center for International Policy websites. I tell Democrats and Republicans we should admire President Hugo Chavez of Venezuela for mediation talks between Colombia and FARC rebels where FARC released three prisoners to Hugo Chavez. On March 17, 2005, Professor Fisher gave me an A- on talks on readings in the Kriesberg book and the Carter Center's work on international election observers and national reconciliation in Venezuela. Congressman McGovern was involved in talks after the FARC leader, Mr. Reyes, called for them. I believe the Catholic Church teaches us to call for a nonviolent end to the conflict in the area

of the poor coca farmers who need to earn money with crop substitution. There were two areas of difficulty: I was pleased to see an article in Winter 2007 issue of Washington Diplomat on p. 13 on Colombian Ambassador to the U.S. Carolina Barco on Plan Colombia, ex-President Pastrana, and hope for Colombia's future. Democrats oppose the free trade pact with Colombia while I stay neutral with respect for President Uribe's leadership. I have major criticisms of Professor Fisher for not getting guidelines for talks between Americans and FARC rebels which could cause trouble for Chicago dignitaries who visit American U.. He was insensitive to my arrival from Chicago, and my inability to return to a productive life there after his class, when a professor at the DePaul School of Education which I attended, Jose Solis Jordan, was convicted of terrorism.

4. ARAB LEAGUE: I sent or conveyed a note about my research to Arab League Ambassador to the U.S. Hussein Hassouna. I had not met Mr. Hassouna who is Egyptian and a pro-American figure who spoke to students at American University's Washington College of Law. I hope the Bush Administration is pleased with a talk I gave in Professor Nan's class with 100% of the grade where I described Mr. Hassouna's book on his father's career and peaceful Arab League mediation to end the 1961 border dispute between Iraq and Kuwait. Tensions resulted when Professor Fisher refused to grade a paper which only mildly criticized President George W. Bush's administration for not pursuing more a proposal by Kuwait and United Arab Emirates to exile Saddam peacefully which I called a "better idea than war". In 2005, Mr. Hassouna told CNN this plan was a "sensitive issue". Fisher was stubbornly pressurizing me to get a private donor, probably with Chicago Democratic Party connections, to pay my bill when American U. has an emergency loan program: no explanation was given for my inability to use it after a request. This unfortunately was bad for Chicagoans who could have used more research on the Iraq war and was counterproductive since no agreement was ever made to pay the bill.

5. STATEMENT OF PURPOSE ON CONTINUATION OF MY RESEARCH IN EUROPEAN HISTORY AT DEPAUL AND HILSMAN: Professor Fisher lacked interest in this objective although his Kriesberg and Miall textbooks listed events of the end of the Cold War: My thesis on President Theodore Roosevelt's work on peace in Europe for Professor Mockaitis did not seem to interest Dr. Fisher or American U., and this became particularly bad when there were no effective work on encouraging me to seek a job on research on Europe and NATO in Washington.: Hilsman was candid when he said U.S. policies in Vietnam were unpopular when U.S. soldiers seemed similar to French colonialists and President Bush is asked to respect consistency with his decision to recognize Vietnam. Dr. Fisher seemed to avoid controversy like a LBJ-Nixon United Nations official and his ignoring of the Hilsman issues was bad for Chicago-area veterans who could have used the research. THIS IS RESPECTFULLY BROUGHT TO PRESIDENT BUSH'S ATTENTION SINCE AMERICAN U. MANIPULATED MY EVICTION FROM A DORM THERE AND STAY AT THE CCNV HOMELESS SHELTER ON FOOD STAMPS FOR TWO YEARS WITH MANY SUBSTANCE ABUSERS: THIS ULTIMATELY DESTROYS THE PURPOSE OF EDUCATION. THANKS.