RECEIVED
MAY 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DEPARTMENT OF LABOR COMPLAINT: FILE: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA 06-1143 Joseph Slovinec, Plaintiff, Vs.American University, Defendants (gk) Judge Kessler: MEMORANDUM OF COMPLAINT ON D.C. DEPT. OF EMPLOYMENT SERVICES CASEWORKER SERRANO'S IMPROPER REFUSAL OF WORKER RETRAINING PROGRAMS TO JOSEPH SLOVINEC WHEN HE WAS ELIGIBLE UNDER SEVERAL CATEGORIES IN WORKFORCE INVESTMENT ACT 1. This is in response to a phone call from Elbe Cohon of U.S. Department of Labor Civil Rights section to follow up on complaint on earlier Jan. 24, 2008 complaint where Ms. Serrano refused to give J. Slovinec worker training program papers unless her superiors ordered her to: this was a verbal talk. On February 19, 2008, District of Columbia Department of Employment Services Caseworker Claudia Letitia Serrano (also called Letty or Letitia Serrano) sent this e-mail to Joseph Slovinec: "Whenever customer has Master's Degree, DOES does not provide WIA training. You have two Master's Degrees. Therefore, DOES cannot sponsor you to WIA training": fair summary of rest of e-mail says J. Slovinec could call her supervisor Sheree Finley. J. Slovinec did not call Sheree Finley with lack of confidence in DOES after earlier complaint to U. S. Department of Labor on African-American discrimination against J. Slovinec, a white, in racial steering of him to only one job interview in mostly black Laurel, Maryland and a desire for investigation of lack of cooperation of various officials in Mayor Fenty's administration who have not cooperated with J. Slovinec's development of an "employment or educational plan" in Community for Creative Nonviolence guidelines to end his dependency on residency there. In a diligent reading of the federal Workforce Investment Act of 1998 P.L. 105-220 on a website, every provision indicates J. Slovinec was eligible for worker training programs between Jan. 24 and Feb. 19, 2008 when he was a desperately poor Hoover-type case with only $50 in the bank: in definitions J. Slovinec was eligible since he was on "food stamps", "homeless" under McKinney Act, a "dislocated worker who exhausted unemployment compensation"3. AMERICAN UNIVERSITY Mr. Hassell is asked to consider to support a voluntary agreement of J. Slovinec to limit campus visits to American U. to legally required or supported business like attending a DOES worker training class if he wants to, legally-ordered discovery, and attending classes only if financial aid is available. The American U. barring order of the last year appears to prohibit these types of visits and American U. is implicated both in J. Slovinec's becoming "homeless" and a "school dropout" with refusal to settle on J. Slovinec's desire to complete the Graduate Certificate in Peacebuilding, both categories of eligibility under Section 129 (132) of Workforce Investment Act. Both American U. and Serrano refused to recognize "barriers of employment" where Prof. Ronald Fisher of American U. refused permission for a job reference in a Labor Day e-mail of 2005 and for college-educated jobs he had only 2 references from Prof. Susan Nan of George Mason U. (who taught International Peace and Conflict Resolution at American U.) and Prof. Charmaine Baynes of UDC/ Van Ness Food Stamp Employment Training. Most college-degree jobs want 3 references and work on phone calls at National Research LLC (October 2007 – June 2008 layoff) was demeaning and J. Slovinec was "unlikely to return to previous industry", use of Master's Degrees in History and International Affairs at Columbia (American U.'s area). J. Slovinec adds: "When Ingrid Valentine indirectly refused me access to emergency loans in American U.'s catalog, she caused not only my humiliation, and also humiliation of community in Chicago where I once resided." when a Summer 2005 financial aid cutoff prevented my return to Roosevelt University in Chicago: I was a white Democrat there, a WIA issue. PROOF OF SERVICE: To: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036 Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 May 5, 2008 U.S. MAIL

*Joseph Slovinec*

APPENDIX A - 06-1143 5/5/08

E-mail to public lawyers, please use contents here. I might ask for copies of suspicious firm addresses in mails.

Joseph Slovinec

FROM D.C. DEPT. OF EMPLOYMENT SERVICES

**RE:**

**From:** Serrano, Claudia (DOES) (Claudia.Serrano@dc.gov)
**Sent:** Tue 2/19/08 4:02 PM
**To:** 'Joseph Slovinec' (jslovinec16@hotmail.com)

Dear Mr. Slovinec:

Whenever a customer has a Master's Degree, DOES does not provide WIA training. You have two Master's degrees. Therefore, DOES cannot sponsor you to WIA training. You are welcomed to talk to my supervisor about this. Her name is Sheree Finley and her number is 202-576-3077.

Thank you

Ms. Serrano

---

**From:** Joseph Slovinec [mailto:jslovinec16@hotmail.com]
**Sent:** Friday, February 15, 2008 5:30 PM
**To:** Serrano, Claudia (DOES)
**Subject:** RE:

Ms. Serrano: I checked Workforce Investment Act rules and it said training is available if it is impossible for me to find a job for several months as a dislocated worker: I need to ask you to revise your position and I will do more research on it. This will include the situation that there are only about 20 public opinion firms in the D.C. areas: not all have openings, and if Ms. Craig limits herself to only giving the dates when I worked, it lessens my chances and presents obstacles to getting another job in public opinion. This would point to eligibility for training in another field. You will have an opportunity to try to improve my marketing for internships or uses of past degrees in 1982 and 1996. Thank you. Joseph Slovinec

---

From: Claudia.Serrano@dc.gov
To: jslovinec16@hotmail.com
Subject: RE:
Date: Tue, 22 Jan 2008 09:18:17 -0500

Jan 24 at 2:30 is ok.

---

**From:** Joseph Slovinec [mailto:jslovinec16@hotmail.com]
**Sent:** Saturday, January 19, 2008 4:54 PM
**To:** Serrano, Claudia (DOES)
**Subject:** RE:

Jan. 24 is OK yet I would like an earlier available date. Mark Bjorge at Mayor's office and Frances Berry want to know about our meeting since I am on food stamps. thanks.

> From: Claudia.Serrano@dc.gov
> To: jslovinec16@hotmail.com
> Subject: RE: