CLERK
US DISTRICT & BANKRUPTCY
COURTS

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2008 MAY 23 PM 2: 02

Joseph Slovinec,
  Plaintiff,
   vs.
American University,
  Defendant

06-1143
(gk) Judge Gladys Kessler

RECEIVED

SUMMARY OF COMPLAINT TO U.S. DEPARTMENT OF LABOR WITH REQUESTS FOR INVESTIGATORS TO TALK
TO OFFICIALS AT AMERICAN UNIVERSITY AND UNIVERSITY OF DISTRICT OF COLUMBIA - VAN NESS
ON WORK ON PLAINTIFF'S JOB SEARCH

1. Plaintiff is notifying court and Department of Labor he is sending this in response to a note from an investigator Elbe Cohon, U.S. Department of Labor Civil Rights Division, 333 Constitution Av., N.W., Washington, D.C.: this is too brief with only 15 minutes to type after Plaintiff could not use defective computer at his CCNV residence. Plaintiff mailed a copy of charges against Ms. Serrano and adds he earlier gave evidence of racial discrimination with an African-American employee of D.C. Dept. of Employment Services, Doris Magruder-Johnson,
steered him to only one interview with African-American employer Novo One of Laurel, Maryland after a Re-Employment
Workshop in August 2007. In a Feb. 19, Ms. Serrano refused J. Slovinec access to DOES worker training classes because he has two Master's Degrees even when J. Slovinec was eligible as a homeless shelter resident, food stamps
recipient, and dislocated worker.
2. Ms. Cohon is asked to also investigate these sources of damage to J. Slovinec's job search: after Ingrid Valentine of American U. Financial Aid indirectly refused J. Slovinec an emergency loan in catalog to pay for Spring 2005, Director of Graduate Certificate in Peacebuilding program Ronald Fisher refused to allow J. Slovinec to complete his program or use his name as a reference. In 2007-2008, there was difficulty in getting J. Slovinec a job and Mayor Fenty
did not answer a request to discuss his stalemate on lack of references: employers did not want to hire him with references
from only one American U. Professor, Susan Nan of George Mason, Charmaine Baynes of Food Stamp Employment Training
Program at UDC/ Van Ness, and Becky Craig of National Research LLC. D.C. used job fairs where most openings were
unrelated to J. Slovinec's professional interests. Hisham Khalid of American U. in mediation of talks on finishing the Peacebuilding program is encouraged to re-explore issues where J. Slovinec maintains it would have been better if J. Slovinec returned to Roosevelt University in Illinois and disagreements continue on Judge Kessler's order not to give J. Slovinec emergency loans: after he was pressurized to stay in D.C., J. Slovinec earned zero in 2005, $2700 in 2006, and only $4000 in 2007. J. Slovinec lacks time.

RECEIVED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
PROOF OF SERVICE BY HAND: To; Christopher Hassell, Bonner Kiernan et al, 1233 20th St., N.W., Washington, D.C. 20036
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

MAY 23, 2008          Joseph Slovinec

APPENDICES OF MAY 23, 2008 TO SUMMARY OF COMPLAINT TO U.S. DEPARTMENT OF LABOR

CASE 06-1143 SLOVINEC V. AMERICAN UNIVERSITY

Appendices are filed for two main reasons: 06-1143 includes barring order of American University of May 2007-May 17, 2008 which meant American U. wanted to influence turning down of J. Slovinec for any of these jobs when barring appears on a background investigation; and Ms. Cohon is informed that while Serrano did suggest several job openings and a Praxis test, evidence of a job search is included where Serrano did not follow Workforce Investment Act provisions of sincerely making sure J. Slovinec was marketed, or had prospects of finding work, with use of two Master's Degrees from 1982 and 1996 with obsolete references (See May 13 filing: Memo of Items for Research): her computer program mainly referred him to Central Intelligence Agency and technical military writing jobs for which he was not qualified.. American U.'s Peacebuilding program only suggested U.S. Institute of Peace which was tried for a domestic peace education job with no hire, federal government did not offer opportunity with no hire or turndowns from U.S. Postal Service and Library of Congress – European research.

Mr. Hassell is asked to talk to Mr. Khalid of American U. for talks on a settlement of overlapping issues in 06-1143 and 06-455 where an age survey is evidence in J. Slovinec's favor, and he lacks time to file more papers until June 2.

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C.

# APPLICANT'S INTRODUCTION TO EMPLOYER

| Job Order No. | Date of Appointment | Soc. Sec. No. | Last, First MI |
|---|---|---|---|
| | | 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 | Slonee Joseph |

**Company Name** Atlantic Media Company

**Local Office No** / **Station Desk** FAX 202-833-8069

**Company Address** NATIONAL JOURNAL GROUP

**Position** Staff writer

| City | State | Zip Code | JHP SENT FAX 10/19 |
|---|---|---|---|
| | | | *Note: Unemployment Compensation claimants may be penalized if they do not report for the interview or if they refuse an offer of employment.* |

**Whom to See** **How to Reach**

**Job Service Representative** Lutecia Serrano **Telephone No.** (202)526-3084

**Today's Date** 10/18/07

**EMPLOYER:** Please complete the block below and fax to (202) 698-5717 or this card may be mailed. If you have any questions or need further service, please call the Job Bank Control Center on (202) 698-6001

| Hired | Not Hired | Refused Job |
|---|---|---|

e-mail to mr Slonee

ES-508    Rev. 08/01

---

# APPLICANT'S INTRODUCTION TO EMPLOYER

| Job Order No. | Date of Appointment | Soc. Sec. No. | Last, First MI |
|---|---|---|---|
| | | 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 | Slonee, Joseph |

**Company Name** International Center for Research on Women

**Local Office No** **Station Desk**

**Company Address** FAX 202-797-0020

**Position** Development Associate/writer

| City | State | Zip Code | JHP SENT FAX 10/19 |
|---|---|---|---|
| | | | *Note: Unemployment Compensation claimants may be penalized if they do not report for the interview or if they refuse an offer of employment.* |

**Whom to See** **How to Reach**

**Job Service Representative** Lutecia Serrano **Telephone No.** (202)526-3084

**Today's Date** 10/15/07

**EMPLOYER:** Please complete the block below and fax to (202) 698-5717 or this card may be mailed. If you have any questions or need further service, please call the Job Bank Control Center on (202) 698-6001

| Hired | Not Hired | Refused Job |
|---|---|---|

ES-508    Rev. 08/01

---

# APPLICANT'S INTRODUCTION TO EMPLOYER

| Job Order No. | Date of Appointment | Soc. Sec. No. | Last, First MI |
|---|---|---|---|
| | | 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 | Slonee, Joseph |

**Company Name** Voice of America

**Local Office No** SENT EMAIL MNT, APR/N29

**Station Desk**

**Company Address** EMAIL newswriter@voa.gov 3WRT/MSNPA-S

**Position** News Division/writer

| City | State | Zip Code | *Note: Unemployment Compensation claimants may be penalized if they do not report for the interview or if they refuse an offer of employment.* |
|---|---|---|---|

**Whom to See** **How to Reach**

APPENDIX A

**Job Service Representative** Lutecia Serrano **Telephone No.** (202)526-3084

**Today's Date** 10/18/07

96 1 (143.5)))

**EMPLOYER:** Please complete the block below and fax to (202) 698-5717 or this card may be mailed. If you have any questions or need further service, please call the Job Bank Control Center on (202) 698-6001

## APPLICANT'S INTRODUCTION TO EMPLOYER

| Job Order No. | Date of Appointment | Soc. Sec. No. | Last, First MI |
| --- | --- | --- | --- |
| | | 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 | Slovrec, Joseph |

**Company Name** Fannie Mae

**Local Office No.** 5fENT OBSVME ONLINE

**Station Desk** UNENTAIN/P

**Company Address** CALL 3901 WISONSIN AV,NW  NO RAY

**Position** Senior Writer

**City** 202 752-7100 1-8M-732-0843

**Whom to See**

**How to Reach**

Note: Unemployment Compensation claimants may be penalized if they do not report for the interview or if they refuse an offer of employment.

**Job Service Representative** Luticia Serrano

**Telephone No.** (202)526-3084

**Today's Date** 10/15/07

EMPLOYER: Please complete the block below and fax to (202) 698-5717 or this card may be mailed. If you have any questions or need further service, please call the Job Bank Control Center at (202) 698-6001

| Hired | Not Hired | Refused Job |
| --- | --- | --- |
| | | |

e mails Mr. Slovrec

ES-508    Rev. 08/01

---

## APPLICANT'S INTRODUCTION TO EMPLOYER

| Job Order No. | Date of Appointment | Soc. Sec. No. | Last, First MI |
| --- | --- | --- | --- |
| | | 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 | Slovrec, Joseph |

**Company Name** World Wildlife Fund

**Local Office No.**

**Station Desk**

**Company Address** http://www.worldwildlife.org

**Position** Creative Services Writer

**City** Washington

**State** DC

**Zip Code** 20037

JHP5ENT FAX 10/19    28057

Note: Unemployment Compensation claimants may be penalized if they do not report for the interview or if they refuse an offer of employment.

**Whom to See** Human Resources Dept

**How to Reach** fnf (202) 293-9211

**Today's Date** 10/15/07

**Job Service Representative** Luticia Serrano

**Telephone No.** (202) 576-3084

EMPLOYER: Please complete the block below and fax to (202) 698-5717 or this card may be mailed. If you have any questions or need further service, please call the Job Bank Control Center on (202) 698-6001

| Hired | Not Hired | Refused Job |
| --- | --- | --- |
| | | |

http://www.solojig.com
apply on website

ES-508    Rev. 08/01

APPENDIX B
06-1143
5/23/08

TO: MS. FLOOD
FROM: JOSEPH SLOVINEC
LIST OF PLACES WHERE I APPLIED FOR WORK FOR FOOD STAMP
EMPLOYMENT TRAINING PROGRAM
JULY 26, 2007

JOB FAIR JULY 10
Gave resume to: A+ Staffing Essentials; Everybody Wins D.C.; MB Staffing Services;
Mergis; National Association of Social Workers; National Public Radio – Editorial
Assistant; Unity Health Care, Inc., Washington Convention Center Authority
And Centerplate (wrote: Considering)
SENT RESUMES BY FAX JULY 18-19, 2007
U.S. Social Security Administration, Fax 478-757-3144 (said they got resume and
transcripts; claimed they did not receive my online questionnaire which I completed at
CCNV computer lab: a complaint was filed with Judge Kessler after I tried to send
second fax on July 24) Social Security phone contact Mary Pastorius 215-597-9269
United Planning Organization, Office Assistant, July 19 - Fax 202-319-3237
(RESPONDED: Considering_
Center for Community Change, Office Assistant , Fax 202-387-9189, July 19
Sent Internet: Office Assistant, National Academies, Phone 202-334-2138
Followup letter and resume after previous resume: Chairman Howard Dean of
Democratic National Committee, July 23, 2007
Fax to: American Historical Association, Executive Office Assistant, Fax 202-544-8307
July 23, 2007
FAXES SENT FROM UDC/VAN NESS JULY 26- You need to confirm these:
Walton Thomas, Silver Spring, Office Assistant Phone 202-223-2928
NRI – Rockville, Maryland Office Assistant Phone 301-230-0440 *(trouble · present W)*
Catholic U.  Conferences Office Assistant Fax 202-319-5802 *Dream Coordinator, Summer*
Washington Center for Internships, Phone 238-7900 *Session*
Paxen, Fax 321-951-1617

RESPONSES
Boland wrote no for receptionist – fax June 28 – no interview
American Federation of Teachers wrote no for 2 positions – no interview for Associate,
Political Department

APPENDIX E
5/23/2008
06-1143

MEMO
TO: MS. FRANCINE FLOOD                    *TURS WHLS ?*
FROM: JOE SLOVINEC ON UDC/VAN NESS PATHS PROGRAM
AT 425 2ND ST., N.W., WASHINGTON, D.C. 20001
E-MAIL: jslovinec16@hotmail.com
OCTOBER 12, 2007

Thanks for your work on advising me on my job placement. You had a good list of the best 200
employers. However with the exception of a layoff after two days of training, I had zero hires since my
layoff June 21, 2007, from National Research LLC. These included many resumes which I sent for
openings for Office Assistant, the topic of my Food Stamp Employment Training class with Ms. Baynes.
I therefore will have a talk with my D.C. Department of Employment Services caseworker, Ms. Serrano,
at 1500 Franklin St. N.E. on October 15 about a revised job search strategy.  Please advise me on what I
should say to her on use of your services. I took a look at your Job List for WORC/WDO and I would take
any leads you want to give me: however, many on this list are considered menial jobs like  laundry aide
and front desk agent where D.C. companies have not wanted to hire me in the past with my two
Master's Degrees in History and International Affairs. Ms. Baynes did not seem to want to write a letter
of recommendation to George Mason. My only pending school offer is for Graduate Program in
Education at Roosevelt University in Chicago where I considered moving last month: I could not get
financial aid.  I resided in Chicago, Illinois 1989-2004 and there are ongoing doubts on my decision to
move to D.C. to attend American University in January 2005.  PLEASE KEEP ALL RECORDS ON MY JOB
SEARCH IN YOUR FILES AND I WANT TO TALK TO OR WRITE D.C. ATTORNEY GENERAL LINDA SINGER
BEFORE EXPECTED QUESTIONS FROM AMERICAN UNIVERSITY'S ATTORNEY ON MY JOB SEARCH.

Please ask for a copy of my Strong-Campbell career aptitude test which I took at UDC/Van Ness in 2006.

I would like to discuss it with Ms. Serrano and Mayor Fenty.  Thank you.

( (FCT CAN

(APPENDIX D
5/22/2008
06 1143

WELCOME TO WASHINGTON
**District of Columbia**

MAYOR
Adrian M. Fenty

**Welcome to the Virtual Recruiter. Click the _Create new Job Alert_ button to schedule a recurring search for jobs that match your requirements. You must first enter your search and then click _Save this Job Search_.**

| Title | Expires | Schedule | Next Run | Notification | Action |
|---|---|---|---|---|---|
| Archivist | 12/28/2007 | Weekly | 01/02/2008 | Message Center | Run \| Delete |
| Film Writer | 06/13/2008 | Weekly | 01/14/2008 | Message Center | Run \| Delete |
| Historian | 05/08/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Information Specialist | 12/28/2007 | Weekly | 01/02/2008 | Message Center | Run \| Delete |
| International Affairs | 05/08/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Joseph Slovinec Research Assistant | 03/28/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Lobbyist | 12/28/2007 | Weekly | 01/02/2008 | Message Center | Run \| Delete |
| Master's Degree in History | 05/08/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Master's International Affairs | 05/08/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Office Assistant | 12/19/2007 | Weekly | 12/25/2007 | Email & Message Center | Run \| Delete |
| Press Assistant | 02/28/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Public Affairs Specialist | 02/28/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Public Opinion Survey Research | 02/28/2008 | Weekly | 01/16/2008 | Message Center | Run \| Delete |
| Public Relations | 12/19/2007 | Weekly | 12/25/2007 | Email & Message Center | Run \| Delete |
| Records Assistant | 04/28/2008 | Weekly | 01/16/2008 | Email & Message Center | Run \| Delete |
| Television Script Writer | 07/13/2008 | Weekly | 01/14/2008 | Message Center | Run \| Delete |
| writer | 03/28/2008 | Weekly | 01/16/2008 | Email & Message Center | Run \| Delete |

APPENDIX
(E) 06-1143 5/23/2008
JOB ALERTS
IN COMPUTERS

IN D.C OFFICE OF ADMINISTRATIVE HEARINGS

JOSEPH SLOVINEC,
      PETITIONER,
      VS.
COMMUNITY FOR CREATIVE NONVIOLENCE,
      RESPONDENT

HS-P-07-2M328

DISTRICT OF COLUMBIA
OFFICE OF
ADMINISTRATIVE HEARINGS
2007 DEC -4 P 2:39

JOSEPH SLOVINEC'S TESTIMONY ON FAXES FILED
MAILED AT JOBS HAVE PRIORITY (JNN

PETITIONER JOSEPH SLOVINEC ENTERS THIS LIST OF
FAXES FROM JOBS HAVE PRIORITY AS EVIDENCE HE WAS COMPLYING
WITH CASE MANAGEMENT OBJECTIVE OF SEARCHING FOR A JOB, AND
ENDOW DID NOT PROPERLY LOOK INTO FACTS BEFORE CLAIMS TO JUDGE
HANDY NOV. 28 HE WAS NOT COMPLYING WITH ENDOW'S PLAN AO VIOLATIONS IN
                                                            EXHIBIT III.
     FAXES (EXHIBIT IO2A)
  -    TO U.S. SOCIAL SECURITY ADMINISTRATION, FAX 1-978-757-3149,
         WENT THROUGH ON LATER ATTEMPT, SSA LATER SAID-ONLINE QUESTIONNAIRE
         NOT RECEIVED (J. SLOVINEC COMPLETED IT), NOV 24, 2007
JNP- ZACH MUNSON AND WILHELMINA ORLEANS-COINS, FAX 212-960-0924
         ADMINISTRATIVE ASSISTANT- REAL ESTATE AUGUST 29 2007
JNP -FOLGER THEATER, ANY AVAILABLE JOBS, AUG 29 2007
JNP- PROGRESSIVE POLICY INSTITUTE, EXECUTIVE ASSISTANT, SEPT. 5 2007
         CETRA- JOHN OURWW, NATIONAL DEMOCRATIC INSTITUTE FOR
         INTERNATIONAL AFFAIRS PUBLIC AFFAIRS ASSISTANT, OCT 15 2007
JNP- INTERNATIONAL CENTER FOR RESEARCH IN WOMEN, DEVELOPMENT
         ASSOCIATE/WRITER, OCT. 19, 2007) FAX 202-797-0021
JNP- ATLANTIC MEDIA COMPANY, NATIONAL JOURNAL GROUP, STAFF WRITER
         FAX 212-833-8061
JNP- RECEPTIONIST/FRONT OFFICE, FAX 212-726-4920
JNP- INTERNATIONAL BRIEFER HAND OF TEAM STAFF, STAFF WRITER
         FAX 212-824-8720, NOV 2, 2007
MAIL- US POSTAL SERVICE, NOV 23, SUPPORT CLERK- RECEIVER, ALSO-DC PUBLIC SERVICE

SECOND PAGE    PUBLIC OPINION RESEARCH: MET AT JOB FAIR

FAXES - KARIN WITT, GREENBERG, MET AT NOV. 14 JOB FAIR, NOV. 15, 212-478-8311

JUDGE HANDT IS ASKED TO RESPECT THAT THESE POLLSTERS WERE CONTACTED WITHOUT KNOWING IF THERE'S AN OPENING. DC DEPT OF EMPLOYMENT SERVICES HAD ZERO OPENINGS IN PUBLIC OPINION RESEARCH ON A COMPUTER-ORDERED JOB SEARCH.

MEDIA VISION USA, POLLSTER, FAX 212-338-9333, NOV. 26, 2007
JOE VELAZQUEZ, FAX 212-785-2611, NOV. 26, 2007
MICKEY IBARRA, FAX 202-969-8778
ALSO: FAXES LISA WINN, CONSUL V. ROMERIA, WROTE FAX 212-319-5811
HANSU WOOD, OFFICE ASSISTANT, FAX 212-785-1974,
NOV 21, 2007 WHEN WINN VOTE FUND, NOV 21
FROM DOES CASE WORKER SERRANO · PODESTA GROUP, STAFF ASSISTANT
FAX 212-393-5510, NOV 30, 2007

AMY AT JOBS HAVE PRIORITY HAS A COPY OF REFERRAL CARDS FROM CASE WORKER CECILIO SERRANO: DEPT EMPLOYMENT SERVICE

IN HANDWRITTEN NOTES
7/19/2007 - RESUMES TO: UNITED PLANNING ORGANIZATION
CENTER FOR COMMUNITY CHANGE
7/07 - FAXED - AMERICAN HISTORICAL ASSOCIATION, FAX 212-544-8317
FAXED - NATIONAL ACADEMIES, FAX 212-334-2159
AMY UNP - SENT FAXES - 3 BROOKINGS INSTITUTION JOBS - AUG 5, 2007,
JOB - #7507 CONFERENCE SERVICES COORDINATOR #9417 RESEARCH
ASSISTANT, #8307 SENIOR RESEARCH ASSISTANT
8/13-8/14 - GOT OFF AFTER 2 DAYS - TRAINING - CAREER TECHNICAL INSTITUTION
(SAID I DIDN'T GET ENOUGH CALLS FOR FONAU)

8/2 7/2007 INTERVIEW NAVO ONE, LAUREL, MARYLAND - RANDY
WORTHINGTON + MR MOORE, PHONE 301-361-9111, NOT CALLED IN
FOR HIRE (NOT ALL APPLICATIONS ARE USED NOW)

JOB FAIRS (12) AT END: DC ALLOWS ME TO HAVE OUT RESUMES IN JOB SEARCH
NOT EVEN FAIRS HERE SEE: MAJOR EVENTS JOB FAIR & EVIDENCE (APPENDIX  J-2)
(PUBLIC SERVICE COMMISSION SAT WHEN RESPONSE ON DC VOTING STATE SERVICE JOB FAIR
JOSEPH PANNER, 475 2007

**JOBS**
**FOR AMERICA**

USAJOBS is the official job site of the United States Federal Government.
It's your one-stop source for Federal jobs and employment information.

HELP

Search Jobs | My USAJOBS | Info Center | Veterans | Forms | Employer Services

# Library Of Congress

**Agency: Library Of Congress**
**Sub Agency: Congressional Research Service**
**Job Announcement Number:**
**070329**

Overview | Duties | Qualifications & Evaluations | Benefits & Other Info | How to Apply

← Back to Search Results

## Research Manager-Europe and the Americas

**SALARY RANGE:** 110,363.00 - 143,471.00 USD per year

**OPEN PERIOD:** Monday, November 19, 2007 to Friday, January 11, 2008

**SERIES & GRADE:** GS-0101-15/15

**POSITION INFORMATION:** Full Time Permanent - No time limit

**PROMOTION POTENTIAL:** 15

**DUTY LOCATIONS:** 1 vacancy - Washington, DC

**WHO MAY BE CONSIDERED:**
US citizens - Nationwide

**JOB SUMMARY:**
The Congressional Research Service (CRS), the legislative support arm of the United States Congress, and a service unit within the Library of Congress, is in the process of strengthening its section research management structure by elevating these critical leadership positions to permanent line management status. This effort by CRS is in response to the growing complexity of public policy issues facing the Nation and the vital role CRS section research managers play in facilitating multidisciplinary research and analysis needed in serving the public policy analysis needs of our congressional clientele.

We are looking for individuals with the creativity and intellectual capacity to orchestrate research and analysis in a variety of areas; who are comfortable working in and instilling an atmosphere of collaboration and multidisciplinary analysis; and, who want to contribute to a new direction in research management for the lead public policy support agency for the United States Congress.

In supporting congressional public policy analysis and information needs, CRS covers the full spectrum of issues before the United States Congress. The section research manager typically will be responsible for leading a group of 10 to 12 policy analysts or attorneys focused on specific issue areas. For more information on the work of CRS and the divisions in which these section research managers will work, please go to www.loc.gov/crsinfo.

We will be hiring a total of 30 section research managers and bringing them on board in two hiring cycles. These positions are open to those inside the agency as well as outside candidates. We intend to train and acclimate new section leaders in groups in order to instill a sense of collegiality and group identification among this important cadre of first line managers.

APPENDIX G
06-1143 5/23/18
J. SUVING - APPU 62 FIR P, TURNED DOWN

# Postal CareerSMART

**Postal CareerSmart
Wednesday,
November 14, 2007
9:00 a.m. – 4:00 p.m.**

**L'Enfant Plaza Hotel
Monet Room – 2nd Floor
480 L'Enfant Plaza, SW
Washington, D.C.**

**Explore Postal Service™
Opportunities:**

**Information Technology
Law Enforcement
Sales & Marketing
Diversity
Human Resources
Strategic Planning
Medical
Operations Management
Labor Relations
Forensics
Finance
Government Relations
Legal
Safety/Environmental
Supply Management
Public Affairs and Communications
Internships
Real Estate
Architects
Engineering**

**Discover Progressive Training and
Development Possibilities**

**Meet with Postal Professionals;  Discuss
Advantages of a Postal Service Career:**

**Accessible Leadership
Premium Benefits
Challenging Job Opportunities
Training, Development and Learning
Work Environment Based on Trust and
Integrity
Workplace Safety**

The Postal Service is the second largest employer
in the nation and a $72 billion dollar business.  Its
operations and uniqueness set it apart from other
government services.  There are opportunities to
make decisions that become models for the rest of
federal government, and help shape the future of
the Postal Service.

**Come join us on November 14 for a day
of information exchange, sharing, and
learning about career opportunities at the
United States Postal Service®.**

**You get to know us – We get to know
you... Drop-off your resumes at your
areas of interest. Gain first-hand knowl-
edge of current vacancy announcements.**

The Postal Service is committed to promoting
equal employment opportunities to all qualified
candidates seeking challenging and rewarding
careers.

*See You There!*

U.S. Postal Service®
Binding the Nation: Serving the World

**UNITED STATES
POSTAL SERVICE ®**

October 15, 2007

DISTRICT OF COLUMBIA
OFFICE OF
ADMINISTRATIVE HEARINGS

2007 DEC 10 P 2: 41

Mr. John Durkin
Director of Human Resources
National Democratic Institute for International Affairs
2030 M Street NW, Fifth Floor
Washington, D.C. 20036

Dear Mr. Durkin:

Please consider me for the job opening of Public Affairs Assistant at National Democratic Institute of International Affairs. In recent years in 2003, Professor Fred Whiting taught me a Public Relations Writing class at George Washington University where I worked on writing newsletters, press releases, and television and radio scripts. I have a Bachelor's Degree in Government and International Studies from the University of Notre Dame in 1980. At Notre Dame, I studied in Rome, Italy in 1977-1978 including art history, archaeology, and opera and I visited Greece in 1977 which had restored democracy in 1974 and Spain in 1978. I have a Master's Degree in International Affairs from Columbia University in 1982. Columbia classes reinforced my learning about Carter Administration policies with a paper on NATO unity during the 1981 Polish human rights crisis for former National Security Adviser Zbigniew Brzezinski and an A in Soviet Foreign Policy where I wrote a paper on Soviet-Chinese relations for Professor Marshall Shulman, an advisor to Secretary of State Vance. The current United States Ambassador to the United Nations, Zalmay Khalilzad, taught me a class on the Politics of the Middle East and North Africa at Columbia. I had an internship at Council of International and Public Affairs on media coverage of Iran after I worked at Iran Center at Columbia in 1980, Central America, and UNESCO issues.. I was an intern for Congressman John Brademas in South Bend, Indiana in Spring 1979. I was an intern for Congressman Marty Russo in Washington, D.C. in 1980 and I wrote research on Cyprus and Captive Nations Week. I worked on a project on federal international educational exchange legislation for Columbia University's Vice President for Government Relations in 1981-1982. Please note my research for the Democratic Congressional Campaign Committee in 1984 where President Reagan eventually modified his actions after complaints of DCCC and Vice President Mondale that he did not achieve enough progress on support for U.S.-Soviet arms control and democracy and human rights in Central America. I also wrote issues papers on U.S.-Japan trade and Africa in 1984 for Alison Doyle on the staff of Madeleine Albright, advisor for Geraldine Ferraro for Vice President I had informally attended events and sessions with U.S. Senator Richard Durbin after I wrote a campaign memo for him in 1996 on budget deficit reduction. During President Clinton's administration, I attended events at Center for the Study of the Presidency and Democratic Leadership Council and I wrote letters as a member of a Congressional Task Force. I answered letters as a Kerry for President volunteer in 2004 and wrote a congratulatory message on his website when Congressman Patrick Murphy (D-Pa.) won. I also volunteered for Cardin for Senate in 2006. I'm sure you're aware it was tougher to work on foreign policy in the Bush years. At American University I got an A on a 2005 project on Kashmir peace talks between India and Pakistan. I could not finish at American U. after a financial aid cutoff. A recent reference, Professor Susan Nan of George Mason at phone 703-993-3653, knows of my verbal talks with 100% on the Arab League's 1961 peaceful mediation of the Iraq-Kuwait crisis and on Colombia..

Sincerely yours,

Joseph Slovinec

APPENDIX
#1, 5/23/08
06-1143

FAX MAESSAGE TO FAX 202-408-8173, MR. ED LAZERE OF D.C. FISCAL POLICY INSTITUTEFROM: JOE
SLOVINEC, FAX 202-393-7270 PHONE 202-393-7117 FOR JOBS HAVE PRIORITY

I met you at the Archdiocesan Legislative Network and ask your advice on my job search before I will
approach Mayor Fenty and D.C. City Council for advice on more government programs. The
D.C. Department of Employment Services forwarded to me the name of Center on Budget and Policy
Priorities and I am considering an application for Research Assistant on the State Fiscal Project. There
have been difficulties with the excessive power of the military-industrial complex during my years in D.C.
since 2005 and many DOES listings include federal civil service and military positions where I do not
expect a hire. I would rather apply with more liberal offices.    I was on an A civil service list for 3 state
government jobs in Illinois with the Department of Central Management Services in the 2004-2005
school year before I moved from Chicago to attend American University in Washington, D.C..: these jobs
were Library Associate, rehire as Social Services Career Trainee, and Governmental Career Trainee for
Illinois Secretary of State Jesse White. DePaul faculty seemed to like the American University offer for a
two-semester Graduate Certificate in Peacebuilding program. When I went in Spring 2005, Professor
Susan Nan at American University gave me an overall average of 88% including my work in a group
project on Colombia's peace talks with the FARC rebels and 100% on a talk I gave on successful Arab
League peaceful mediation of the 1961 Iraq-Kuwait crisis. Her colleague, the Peacebuilding program's
Director Ronald Fisher gave my group and me a high A grade on a group project on Kashmir peace talks
between India and Pakistan where I agreed with Bush.    When I got turned down for private loans,
American U.'s catalog included Cafritz, Morgenstern, and Skaskan emergency loans: I maintain I was not
allowed to use them because a pro-Bush defense group wanted Fisher to use my unpaid bill as a pretext
not to grade a paper on the Arab League where I criticized Bush for starting the 2003 Iraq war without
more work on discussing a March 1, 2003, Arab League meeting idea where Kuwait and United Arab
Emirates favored peacefully exiling President Saddam Hussein of Iraq which I called a better idea than
war. In addition after a Sallie Mae loan deferment in January 2005, Spellings put my loans in default
.June 22, 2005 which prevented me from fulfilling my original plan to return to Chicago to attend
Roosevelt University in September 2005 when I did not receive a job offer Jan.-August
2005.ORGANIZATIONAL TROUBLE: Professor Nan is the only good reference for most academic areas:
After I notified Fisher I took up residency in the Community for Creative Nonviolence homeless shelter
where I have resided on food stamps since August 2005, Fisher said I lacked permission to use his name
as a job reference.    I went to a Food Stamp Employment Training class at University of District of
Columbia – Van Ness for Office Assistant with use of Professor Charmaine Baynes as a reference. I only
got 2 main jobs for less than my educational level with a carpenters' union and a public  opinion
research job, National Research LLC, across the street from UDC/Van Ness. I will apply for any job with
only 20 pollsters in D.C. yet if I cannot get hired with them within a month, I need a new worker training
program and extensive advice from the city government on what to do. We have not fully explored
options on returning to Chicago where Roosevelt U. would still welcome me. The Workforce Investment
Act protects my rights to apply for worker training programs as a homeless shelter resident, food stamp
recipient, and dislocated worker who ran out of unemployment insurance benefits with only $55 in the
bank. A grievance is expected against a DOES caseworker who tried to claim I could not attend worker
retraining because I have two Master's Degrees in History from DePaul in 1996 and in International
Affairs from Columbia in 1982. If the United Methodist-dominated American U. cannot cooperate in
encouraging me to finish their Peacebuilding program in 2008, my last year of 3 years of eligibility, I am
Catholic and I could use a new faith-based advisor on entry into new research and writing programs. I
also wanted to ask you if you would consider mentoring me in your fields of interest on budgets to
reduce poverty. PLEASE ALSO TELL ME IF THERE IS A CREDIBLE CHOICE TO ADVISE ME ON USE of PAST
DEGREES AND CLASSES IN PUBLIC RELATIONS AND FILM WRITING. THANKS.

APPENDIX J,
5/23/2008,
06-1143

PLEASE USE THESE LIKE SPOND

202-393-7117 office
202-393-7270 fax

EMAIL: jslovinec16@hotmail.com

**JHP, Incorporated**
**Because Jobs Have Priority**

# Fax

| | | | |
|---|---|---|---|
| **To:** | RECEPTIONIST/ FRONT OFFICE JOB | **From:** | JOE SLOVINEC |
| **Fax:** | 202-726-4926 | **Pages:** | 3 |
| **Phone:** | | **Date:** | OCT. 25, 2007 |
| **Re:** | RESUME | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

ATT: PENNINGS
MR NASSELL
SEVERAL
OF THESE
WERE SENT
PLEASE ASK FOR
COPIES AFTER JUNE?

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/19/2007 10:23
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : 000C5J530707
```

```
        DATE,TIME                      10/19  10:21
        FAX NO./NAME                   2027970020
        DURATION                       00:01:08
        PAGE(S)                        03
        RESULT                         OK
        MODE                           STANDARD
                                       ECM
```

APPENDIX L
06-1143
5/23/2008
(V) UNB FAX - PLEASE
ASK FOR SEVERAL OR
THOSE AFTER JUNE2
UNB- INTERNATIONAL CENTER
FOR RESEARCH IN WOMEN
DR J. SUVINEL

# DISTRICT OF COLUMBIA GOVERNMENT

★ ★ ★

*APPENDIX*
*just used for*
*this of Joseph Slovinec* *M/5/23/2018*
*06-1443*

## EMPLOYMENT APPLICATION (DC2000)

Please answer the questions and complete all required fields on this application. In addition, please respond to all of the ranking factors listed in the vacancy announcement. Finally, if you are claiming residency preference for a career service or management supervisory service position, please complete the residency preference form.

## 1. POSITION VACANCY INFORMATION

Position Title **Records Management Specialist**

Vacancy Announcement Number **7602**

## 2. PERSONAL DATA

| Slovinec | Joseph | George |
|---|---|---|
| Last Name | First Name | Middle Name |

425 2nd St NW

Street Address _____ Apt #

| Washington | District of Columbia | 20001 | |
|---|---|---|---|
| City | State | Zip Code | Ward |

Telephone (including area code): **202-393-1909**

Home **202-393-7117** Business

Other names ever used

**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** Social Security Number

**02/26/1958** Date of Birth

Email

A copy of this form will be emailed to you. It must be printed, signed and mailed to the name and address found at the end of the vacancy announcement.

## 3. D.C. EMPLOYMENT HISTORY AND AVAILABILITY

a. Are you now or were you ever employed by the District of Columbia Government? **Never**

b. Mark below each type of current or previous D.C. government appointment. Check all applicable boxes.

☐ Temporary ☐ Term ☐ Permanent

☐ Career ☐ Excepted Service ☐ Executive Service

☐ Management Supervisory Service ☐ Legal Service ☐ Other _____

c. List highest grade, classification series and step attained: Grade _____ Series _____ Step _____

When can you start work? _____ Lowest pay or grade you will accept _____

## 4. RESIDENCY

a. Are you claiming a residency preference for the position indicated above? ☒ Yes ☐ No

b. I understand the residency preference requirements (found at the end of this document). ☒ Yes ☐ No

c. If the position you are applying for above is in the Career Service, Management Supervisory Service, or Legal Service, excluding the Senior Executive Attorney Services, are you claiming a residence preference? (If you claim residency preference, you must complete the Residency Preference for Employment form, DC-2000RP). ☒ Yes ☐ No

d. If the position you are applying for above is in the Excepted Service, Executive Service, or Senior Executive Attorney Service, do you acknowledge and understand that, if selected, you must be a domiciliary of the District of Columbia at the time of the appointment or within 180 days of the appointment date, and maintain District domicile for the duration of the appointment? ☐ Yes ☒ No

*APPENDIX N, 06-1143*
*5/23/2008*

FAX MESSAGE TO GMMB AT FAX 202-338-2334
FROM: JOSEPH SLOVINEC, RESPONSE FAXES MAY BE SENT TO
EITHER D.C. DEPT. OF EMPLOYMENT SERVICES AT FAX 202-576-
7531 OR JOBS HAVE PRIORITY AT FAX 202-393-7270
RE; RESUME FOR ACCOUNT ASSISTANT AND PLEASE ALSO
CONSIDER FOR ANY AVAILABLE POLITICAL OR WRITING WORK *Joseph Slovinec*

    I was pleased to learn about your Account Assistant position on a Public Relations
referral from the District of Columbia Department of Employment Services.  Please
consider me for the Account Assistant position.  I am qualified for most of your position
with a Bachelor's Degree level and please consider me for any available positions for
someone with my abilities.  I hope in the long term you will encourage me to work on
media or advertising research and writing.  Your job posting says GMMB is "working on
behalf of Democratic candidates, the environment, children's health, education, civil
rights, and the world's largest philanthropic foundations."   Please note my work on a
public relations portfolio at George Washington University.  My knowledge and
thoughts about Presidential politics since 1976 would be a major asset to GMMB.  I am
still working on long-term access to potential clients I had in December 2004 before I left
Illinois after 15 years of Chicago residency. .  These include the William J. Clinton
Foundation where I attended the first day of opening of his library in Little Rock in
December 2004 and his people knew of my writing on second term Presidents on my
resume. I got regular letters from the Carter Center and a reference is available from a
former Carter Center staff person on peace negotiations, my American U. professor
Susan Nan who is now at George Mason at phone 703-993-3653 and she would like to
comment on my 2005 talk to the class about the Arab League's peaceful resolution of the
Iraq-Kuwait crisis of 1961 and also a talk on Colombia's peace talks with FARC rebels.
I still desire access to the 2002 ticket of Democratic state officials who I knew very well:
I attended events with Senator Richard Durbin, Dan Hynes, and Jesse White and wrote a *long*
memo for Mr. Durbin on budget deficit reduction in 1996, I wrote issues comparisons for *I*
Lisa Madigan for Attorney General on her issues with Rod Blagojevich for Governor.
There were state government hiring freezes in December 2004 when I was on Il. Dept. of
Central Management Services hiring lists with an A grade for Library Associate and
Social Services and I also had an A grade for Governmental Career Trainee at Secretary
of State White's office.  In 2006 the DCCC told me about Congressman Patrick Murphy
of Pennsylvania and the Congratulations to the Congressman-elect on his campaign
website included my Message 113 on my desire for future peace in Iraq and Kuwait.  I
worked a day in Maryland for Ben Cardin for U.S. Senate in November 2006.  I gave up
an apartment lease in Chicago to attend American University: I remained in D.C. where I
worked on Election Day 2006 for Mayor Fenty and I in I am aware of his progressive
agenda on economic development and housing.  In 2007 I received many more e-mails
especially from DNC and DSCC on peace in Iraq.  Howard Dean's office helped to
include me in a reunion with former Senator George McGovern in July 2007..  I also
attended Capitol Hill hearings on Valerie Plame Wilson and global warming.  At
National Research we did polls on issues before the new Congress and health insurance
yet monthly pay of $421 in Spring 2007 was not high enough..  Thanks.

*Slovinec*

# District of Columbia Employment Referral

Referral Date: 11/28/2007 11:59:44 AM

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS.  Failure to report to the employer may affect your unemployment benefits.

Job Referral Number: **61829**

INTRODUCING:   **JOSEPH SLOVINEC**

For Job As:    Staff Assistant

Appointment Date:

TO:

Contact Name: HUMAN RESOURCES
Employer Name: PODESTA GROUP, INC.

Employer Address:
Penn Quarter
Washington, DC 20001

Fax:   202-393-5510
Email:

REFFERED BY:
LETICIA SERRANO
6040- FRANKLIN STREET ONE-STOP CAREER CENTER

One Stop Address:
1500 Franklin Street NE
Washington, DC 20018

Phone: 202-576-3091
Fax:   202-576-3109

Application Methods Accepted by Employer: **Online Resume, Fax**

**EMPLOYER:** Go to www.dcnetworks.org log in under your UserID and Password and complete the results under the Job Order Applicants (Click on Applicants to bring
up the list.) OR Fax or mail referral results within 10 days from interview date to the Local Office above.

1. Hired. Date started:             3. Failed to report to interview       6. Not hired:
   Starting Salary:                 4. Failed to report to work:           7. Not qualified:
2. Refused Job:                     5. Position filled:                    8. Considering this candidate:

Do you wish to interview more applicants? _____ Yes _____ No

Comments:_____
_____
_____

(Employer Signature)_____

Eligible for training and/or employment under Workforce Investment Act (WIA). _____ Yes _____ No
Eligible for Welfare-to-Work (W2W) tax credit. _____ Yes _____ No
Eligible for Work Opportunity Tax Credit (WOTC). _____ Yes _____ No
Certifiable under the Enterprise Zone Act (EZA). _____ Yes _____ No
Provided company application as a convenience, but not reviewed. _____ Yes _____ No
Applicant was referred through _____ , a private, fee-charging employment agency.
This agency has agreed that applicants secured through Job Center will not be required to pay fees. _____ Yes _____ No
Applicant has been told that a labor dispute exists and that employment opening did not result from issue. _____ Yes _____ No
(If answer is yes, copy will be kept by Job Center)

I have read and reviewed the qualifications with a One Stop staff person and meet all the posted requirements for the above position:

(Applicant Signature)____*Joseph Slovinec*____

**INFORMATION NOT VERIFIED:**
**The One-Stop Center does not guarantee the accuracy of information obtained from the applicant or employer.**

*APPROVED 06/143*

*NOTE-NEXT (P)
REW ON SAME SHEET*

## District of Columbia Employment Referral

Referral Date: 11/28/2007 11:35:33 AM                                    Job Referral Number: 61441

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**

For Job As:       Stock Clerks- Stockroom, Warehouse, or Storage Yard      Appointment Date:

TO:

    Contact Name: TINA JACKSON                              REFFERED BY:

    Employer Name: FEDEX GROUND                         LETICIA SERRANO

                              6040- FRANKLIN STREET ONE-STOP CAREER CENTER

    Employer Address:

    11900 Trolley Lane                                          One Stop Address:

    ~~R          MD 20706~~                                     1500 Franklin Street NE

                              Washington, DC 20018

Job Referral Print Page                                                  Page 1 of 1

---

## District of Columbia Employment Referral

Referral Date: 11/28/2007 12:59:34 PM                                    Job Referral Number: 62078

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**

For Job As:       School Coordinator                              Appointment Date:

TO:

    Contact Name: LUCINDA MULZAC                            REFFERED BY:

    Employer Name: EVERYBODY WINS DC                    LETICIA SERRANO

                              6040- FRANKLIN STREET ONE-STOP CAREER CENTER

    Employer Address:

    666 11th Street NW                                          One Stop Address:

    Washington, DC 20001                                     1500 Franklin Street NE

                              Washington, DC 20018

                              Phone: 202-576-3091

Job Referral Print Page                                                  Page 1 of 1

---

## District of Columbia Employment Referral

Referral Date: 11/28/2007 11:55:07 AM                                    Job Referral Number: 61904

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**

For Job As:       Program Manager, Academic Affairs                Appointment Date:

TO:

    Contact Name: SYLVIA JONES                              REFFERED BY:

                              LETICIA SERRANO

*[handwritten: WASHINGTON CENTER INTERNSHIPS (APPENDIX P) 5/23/08 HMS]*

# District of Columbia Employment Referral

Referral Date: 11/28/2007 11:45:09 AM                                        Job Referral Number: **61942**

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**
For Job As:       Staffing Specialist                         Appointment Date:

TO:
    Contact Name: KATIE MANCUSI                 REFFERED BY:
    Employer Name: SIBLEY MEMORIAL HOSPITAL       LETICIA SERRANO
                                                6040- FRANKLIN STREET ONE-STOP CAREER CENTER

    Employer Address:                           One Stop Address:
    5255 Loughboro Road NW                      1500 Franklin Street NE
    Washington, DC 20016                        Washington, DC 20018

Job Referral Print Page                                        Page 1 of 1

# District of Columbia Employment Referral

Referral Date: 11/28/2007 11:48:14 AM                                        Job Referral Number: **61947**

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**
For Job As:       Education Coordinator                       Appointment Date:

TO:
                                                REFFERED BY:
    Employer Name: THE SHAKESPEARE THEATRE         LETICIA SERRANO
                                                6040- FRANKLIN STREET ONE-STOP CAREER CENTER

    Employer Address:                           One Stop Address:
    516 8TH STREET SE                           1500 Franklin Street NE
                                                Washington, DC 20018

Job Referral Print Page                                        Page 1 of 1

# District of Columbia Employment Referral

Referral Date: 11/28/2007 11:57:57 AM                                        Job Referral Number: **61795**

**Applicant:** Report to interview within 2 working days from today or per instructions below. Give this form to employer. DO NOT SEND MONEY FOR TESTING OR MEDICAL EXAMS. Failure to report to the employer may affect your unemployment benefits.

INTRODUCING:      **JOSEPH SLOVINEC**
For Job As:       Records Assistant                           Appointment Date:

TO:
    Contact Name: KATE READYHOUGH              REFFERED BY:
    Employer Name: WILMERHALE LLP                 LETICIA SERRANO
                                                6040- FRANKLIN STREET ONE-STOP CAREER CENTER

    Employer Address:                           One Stop Address:
    1875 Pennsylvania Avenue NW                 1500 Franklin Street NE

(APPENDIX A
5/13/08 / DC-1143

# UDC/PATHS PARTICIPANT REPORT OF JOB CONTACTS

University Of The District of Columbia PATHS Program
4200 Connecticut Avenue, NW
Building 52 - Room 301
Washington, DC 20008
Ph: (202) 274 - 7106    Fax: (202) 274 - 7107

NAME: _JOSEPH SLOVINEC J Mounee_ PHONE # 393-1929

ADDRESS/ZIP _425 2 NA ST. N.W. WASHINGTON DC 20001_

**PLEASE COMPLETE AND FAX, MAIL OR BRING THIS FORM TO US AT THE END OF THE MONTH. IF YOU BECOME EMPLOYED, PLEASE ADVISE OUR OFFICE ASAP !! WE WISH YOU BLESSINGS IN YOUR JOB SEARCH EFFORTS.**

| DATE | COMPANY/ORG. NAME | CONTACT PERSON | PH. # | INTERVIEW (Y/N) |
|---|---|---|---|---|
| | | | | (NONE AS OF 2/26) |
| 2/22 | WASHINGTON HOSPITAL CENTER | GROWN NELSON | 877-2244 | N |
| 2/22 | HOLY TRINITY PARISH | JUDITH BRYSSEAU | FAX 202-337-9048 | N |
| 2/22 | ST. MARK'S CHURCH ON CINTON MD. | HUMAN RESOURCES | FAX 201-292-8786 | N |
| 2/23 | AMERICAN ASSN. FOR ADVANCEMENT OF SCIENCE | J. LEAMEN | 202-326-6900 | N |
| 2/23 | ACADEMY FOR EDUCATIONAL DEVELOPMENT | HUMAN RESOURCES | 202-884-8000 | N |
| 2/26 | SIBLEY HOSPITAL - GRAND OAKS | SOMEONE CALL 364-8MS | 202-537-9000 | N |
| 2/3 | CAFRITZ COMPANY | CAR USE FLUDEHA | 202-6600 | N |
| 2/26 | AMERICAN CHEMICAL SOCIETY | NC-MEMBERS NO. | 8 NN 227-5558 | N |

ASSOCIATE PHONE

_over_

4/23 BANK MONSFUN

APPENDIX R1
PG-1 M3/
5/23/2008





Mid-May points

From: **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent: Tue 5/13/08 3:17 PM
To: chassell@bktc.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                           06-1143
    Plaintiff,                        (gk) Judge Kessler
    vs.
American University,
    Defendant

MEMO OF ITEMS FOR RESEARCH OF MR. HASSELL WITH INTENDED COPY TO D.C. ATTORNEY GENERAL

1.  Plaintiff Joseph Slovinec made earlier requests for investigation of issues from D.C. Attorney General: he is disappointed with no response yet.  Plaintiff desires an urgent discussion of these points since in order to complete the Graduate Certificate in Peacebuilding according to the original 2005-2009 schedule, he was accepted into, and needs to attend, the Summer Institute in Peacebuilding and Development June 2-20, 2008.  D.C. should encourage American U. to return some graduate students to J. Slovinec with long-term residency to Illinois like Washington Semester undergraduates.  With respect to J. Slovinec's overall job search he wants to address these points.
2.  REQUEST FOR COOPERATION WITH U.S. DEPARTMENT OF LABOR INVESTIGATION    It appears the barring order of May 2007 - May 2008 excluded Joseph Slovinec from District of Columbia Dept. of Employment Services-funded worker training programs at American University which he was eligible to take under Workforce Investment Act as a homeless individual, food stamp recipient, and dislocated worker:  Cooperation of American U. and D.C. government is requested: since J. Slovinec filed a complaint against D.C. DOES caseworker Claudia Letitia Serrano for a Feb. 19, 2008 e-mail claiming he could be excluded from these programs since he has a Master's Degree in International Affairs (which no one tries to effectively market, in J. Slovinec's view): J. Slovinec will need to ask U.S. Department of Labor Civil Rights Division investigator Elbe Cohon to ask questions of Maurice Carter and Michael McNair of Public Safety.   J. Slovinec has earnings of zero in 2005, $2700 in 2005, and about $4000 in 2007: there is evidence of discrimination with links to obstacles to J. Slovinec's desire to return to Illinois in 2005.
3.  DISAGREEMENTS ON MCVENTO ACT: In affidavit there is some respect for Michael McNair's claims he was not trying to ruin J. Slovinec's reputation permanently: it does seem the disagreement is that J. Slovinec was not demonstrating May 17, 2005 and felt it was unfair to label him as disruptive when he distributed a letter to Secretary Spellings complaining of lack of access to Maryland homeless shelters for evicted American U. students.  J. Slovinec informs Mr. Nickles that while J. Slovinec believes the main reason for his residency at CCNV homeless shelter since 2005 was American U.'s eviction and lack of an effective American U. or D.C. job placement program for J. Slovinec, Mr. McNair seems to indirectly say J. Slovinec should not mix with American U. because he lives at a homeless shelter for his "behavior": this was not the cause and could be a sign of American U. avoidance of just blame.
4.  MORE SEVERE PROBLEM OF FRAUD ON LADNER MEETING   J. Slovinec has more severe criticism of statements he disrupted a meeting of ex-President Ladner and Deans in April 2005 and he actually still has a legal right to declare bankruptcy: it is again considered when Spellings would not accept J. Slovinec's plan in January 2008 to pay $10 per month

from unemployment insurance. He went down to $50 in bank in Feb. 2008.

5. J. Slovinec is notifying D.C. Attorney General Nickles that he wants American U. Public Safety to notify his office if they need an investigation on whether it was safe for J. Slovinec to return to campus June 2 for Summer Institute: J. Slovinec tells Mr. Nickles he asked City Councilman Jack Evans to support a Do-Not-Call order for no calls to J. Slovinec's employer since March 3, 2008 where he earns about $740 a month since employer's name is not in public court file: employer supports progressive social change and clients include Democratic National Committee and American Civil Liberties Union which hired J. Slovinec to criticize National Security Agency surveillance on civil liberties grounds. J. Slovinec does not believe he emphasized to Mr. Nickles enough incidents of hostility to his liberal Democrat views including refusal to grade a paper critical of Bush's decision to start Iraq war: barring order was issued for nonpayment when J. Slovinec was actually eligible for Cafritz emergency loan.Mr. Hassell should call Mary Cheh on it.

6. J. Slovinec would encourage Mr. Hassell to send informal letter now if he does not want him to visit American U. May 17-June 1, 2008, and then decide by June 1 if American U. Financial Aid wants him to attend Summer Institute.

PROOF OF SERVICE: BY E-MAIL (hopefully also in U.S. mail): to: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20036 May 13, 2008  cc: American U. Public Safety

*Joseph Slovinec May 23, 2008*

Get Free (PRODUCT) RED™ Emoticons, Winks and Display Pics. Check it out!

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal                                                     Help Central | Account | Feedback

MR. HASSELL: WITH THESE ISSUES, PLEASE ASK ME FOR A CONFERENCE IF YOU WANT TO DISCUSS MY RESUMES AT DEMOCRATIC GAIN JOB FAIR IN WASHINGTON, D.C. IN FEBRUARY 2007 AND AT DEPAUL UNIVERSITY JOB FAIR IN CHICAGO ON FEB. 6, 2008.