IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,   06-1143
   Plaintiff.
   Vs.   (gk) Judge Gladys Kessler
American University,
   Defendant

**REQUEST FOR MEDIATION IS EXPECTED JUNE 2 ON ISSUES OF COMPLETION OF GRADUATE CERTIFICATE IN PEACEBUILDING**

1. It appears from my mail a barring order was not issued after May 18, 2008 so Plaintiff feels free to visit American U. campus. Plaintiff is considering offering a settlement of dropping this case without damages if he is allowed to complete Graduate Certificate in Peacebuilding through grants after his bad financial circumstances of 2005-2008 or income-contingent loans, not excessive requests from his own funds: this is uncertain. At request of Professor Ronald Fisher, Plaintiff intends to call or visit Hisham Khalid, legal counsel of American U.'s staff on related Case 06-455, later today, May 30 and ask on compromise on either recording grades of Spring 2005 for cancelled classes or maybe repeating semester with a grant.
2. If above issues are not resolved by Monday, June 2, Plaintiff will make a formal request for court or D.C. government mediation. Plaintiff reminds Mr. Hassell Plaintiffs cooperates with D.C. police who can answer questions and Plaintiff only believes in demonstrations with police permits. Thank you.

                                                                         *Joseph Slovinec*

PROOF OF SERVICE: In U.S. mail to : Mr. Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036   May 30, 2008 with intended copy for: Mr. Khalid

*I will also try to deliver to Mr. Hassell by hand to 1233 FNW*

RECEIVED
MAY 30 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK