

See how it all went DOWN!    MOVIE AWARDS

msn entertainment    Check it out now!

Windows Live™

white pages washington, d.c.

jslovinec16@hotmail.com

Home    Hotmail    Spaces    OneCare    MSN    Sign out

Inbox
Junk
Drafts
Sent
Deleted
Manage folders
Today
Mail
Contacts
Calendar

New    Reply    Reply all    Forward    Delete

Move to    Options

RECEIVED
JUN – 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Settlement offer in 06-1143, call for mediation

From:    **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent:    Tue 6/03/08 4:10 PM
To:      chassell@bktc.net
Cc:      president@american.edu
Bcc:     lawyers@american.edu

IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec,                06-1143
    Plaintiff,
    vs.
American University,
    Defendant              (gk) Judge Kessler

SETTLEMENT OFFER AND MOTION FOR MEDIATION

1.  Plaintiff Joseph Slovinec motions for a required mediation session under the direction of Nancy Stanley, Esq. of Alternative Dispute Resolution by not later than Friday, June 6, 2008 which will include a preliminary discussion of bankruptcy for Joseph Slovinec: Judge Kessler is only asked to approve discussion of this settlement proposal.

PROPOSAL TO SETTLE 06-1143

1.  Plaintiff has difficulty obtaining legal counsel as homeless shelter resident and offers to settle 06-1143 on these terms: Plaintiff would drop demand for $26,000 damages and criticisms in case if barring order is not renewed and Plaintiff is allowed to attend Summer Institute of Peacebuilding and Development June 9-20 on a scholarship without paying tuition, and to either complete the Graduate Certificate in Peacebuilding by December 2008 or transfer credits into another American University program.
2.  American University would agree to drop demand of American U. Legal Counsel Justin Perillo, under influence of Professor Ronald Fisher, to demand payment of $11,000 of Spring 2005 charges from Joseph Slovinec's bank accounts when he has less than $200 in savings and agree to mediation or arbitration of Spring 2005 issues.  J. Slovinec sees several options: under a provision in American U. catalog for cancelled classes, American U. normally gives refunds or does not charge for classes which were cancelled like J. Slovinec; American U. could agree to forgive charges and record Spring 2005 grades to compensate for lack of advising on financial aid programs for low-income students; or parties could agree to explore one more federal grant program to pay charges.
3.  American U. agrees to support an inquiry into actions of Ingrid Valentine of the Financial Aid office in 2005 when she did not respond to J. Slovinec's request for a Cafritz, Skaskan, and Morgenstern loan among advertised loans in the catalog.
SEE ATTACHED COMPLAINT TO PRESIDENT KERWIN ON JUSTIN PERILLO'S ACTIONS
4.  In first of many appendices, J. Slovinec complaints that when Michael McNair did not seem to want to send J. Slovinec another barring order after complaints to court and

e Hotmail

D.C. officials, Justin Perillo and office of Vice President for Finance seemed to pressurize Michael McNair to send another barring order this week as a threat to lean on an unnamed person, perhaps a Democratic Party, to pay American U. $11,000 since he does not have it himself.

5.  These types of leaning tactics were also used by Professor Ronald Fisher in a Labor Day 2005 e-mail after J. Slovinec informed him he was in a homeless shelter and had only $60 in the bank.  The emergency loan policy seemed to say American U. did not want humiliation tactics when someone was turned down for private loans to pay bill like J. Slovinec: J. Slovinec lived in an atmosphere like detention at Community for Creative Nonviolence homeless shelter since August 2005, in isolation during two full job searches with no hires between April 2005 and February 2006, and between June 2007 and February 2008.  J. Slovinec's income of zero in 2005, $2700 in 2006, and about $4000 in 2007 was never enough to pay $11,000 in 2005-2008, time of admission for certificate. J. Slovinec will try to hand-deliver this and attachments to Mr. Hassell by late Tuesday afternoon, and to court on Wednesday: J. Slovinec is a Democrat from Illinois who feels he was harassed by Republican-leaning types at American U. although he knows he must be cautious in discussing this with court mediator. An e-mail response is welcome at jslovinec16@hotmail.com.

President Kerwin will receive an e-mail tomorrow on a request for discrimination charges against Ingrid Valentine, Ronald Fisher, and Justin Perillo for above actions since J. Slovinec moved in from Illinois in Jan. 2005 with only $8700 in bank, was pressurized to spend money on hotel rooms before he entered Park Bethesda on Feb. 28, 2005 and his funds went to $60 in Sept. 2005 and zero in Jan. 2006: Spellings' loan cutoff blocked him from returning to Illinois.  There is also a complaint because Hisham Khalid and Mr. Hassell repeated a false story that J. Slovinec disrupted a meeting with the Deans in April 2005 which was open to the public and where Benjamin Ladner voluntarily took a note: this discriminated against J. Slovinec's legal right to talk about bankruptcy.

SERVICE BY HAND: To: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 2006
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

_Joseph Slovinec_

Enjoy 5 GB of free, password-protected online storage. Get Windows Live SkyDrive.

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal

Help Central | Account | Feedback

Hotmail





Windows Live™    Home    Hotmail    Spaces    OneCare    MSN

| Inbox | | | | | | |
|-------|---|---|---|---|---|---|

Inbox
Junk
Drafts
Sent
Deleted

Manage folders

Today

Mail

Contacts

Calendar

New    Reply    Reply all    Forward    Delete    Junk

Move to ▾

Options

Attachments, pictures, and links in this message have been blocked for your safety. Show content

## Your 2008 Government Funds Are Now Available

From: **Government Grants** (grants@sandybistre.com)
You may not know this sender.  Mark as safe  |  Mark as unsafe
Sent: Fri 5/30/08 12:51 PM
To: Joseph Slovinec (jslovinec16@hotmail.com)

Congratulations **Joseph**,

You're entitled to local, state and federal government funding and can claim it here:

Claim Your Government Funds Here jslovinec16@hotmail.com

Government money is readily available for many reasons including:
* Business setup / expansion
* Real estate purchase and renovation
* Rent payment assistance
* Bills
* Education
* Equipment
* And Much Much More!

All you have to do is know where and how to ask!

End future e mails here

Or write to:
Raven Media
2620 South Maryland Pkwy # 859
Las Vegas, NV 89109

© 2008 Microsoft | Privacy | Legal

Help Central  |  Account  |  Feedback

(A)
I DNOT MANT
GFT+NIS

Hotmail

ICH DAD     Learn to Trade - Free Workshop     Page 1
EDUCATION     Washington DC Area     CLICK HERE     Free Gift     June 9-12

Windows Live~                                                 jslovinec16@hotmail.com

Home   Hotmail   Spaces   OneCare   MSN                        Sign out

Inbox
Junk          New      Reply    Reply all    Forward    Delete
Drafts
Sent                                                          Move to
Deleted
Manage folders                                               Options
Today
Mail
Contacts
Calendar

**RE: Response**

From: **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent: Mon 6/02/08 4:42 PM
To:   lawyers (lawyers@american.edu)

Mr. Perillo: I cannot agree with your request to only send mail to you: I have several
complaints to the Provost and President about American U. staff under harassment and
discrimination policy against me as a homeless shelter resident and someone who needs
to declare bankruptcy: these includes false statements of Christopher Hassell and Hisham
Khalid to court that I disrupted Benjamin Ladner's meeting with Deans when he voluntarily
took a note from me: Ingrid Valentine's 2005 ignoring of my request for an emergency
loan: and Ronald Fisher's Labor Day 2005 e-mail to try to demand a payment when I
informed him I only had $60 in bank and was at a homeless shelter.  I ask you to
reconsider your position: you have a right to claim money is owed.  I ask you to
of discrimination in obstructing my right to make a reasonable request to Financial Aid to
assist in gaining grant when I have less than $200 in bank and when no barring order was
issued, it seems you and Office of Vice President and Treasurer want to use one to
threaten me and pressurize me to get a $11,000 check from a Democratic Party donor or
someone else.  I should not use word "extortion" yet, however, since I do not have money
myself, it cannot be extorted from another source.  Joseph Slovinec

---

From: lawyers@american.edu
To: jslovinec16@hotmail.com
Subject: Response
Date: Fri, 30 May 2008 16:45:07 -0400

May 30, 2008

**VIA E-mail & First Class Mail**

Mr. Joseph Slovinec
425 2nd St., NW
Washington, DC 20006



Dear Mr. Slovinec:

Please be advised that we have received your correspondences dated May
15, 2008, May 21, 2008, and May 24, 2008.

As you know, you still owe a remaining balance of $11,182.58 on your

ail

student account.  The payment of your past financial obligations is solely your responsibility and must be satisfied before you are eligible for any university education program.  Therefore, you will not be able to apply to attend the Graduate Certificate in Peacebuilding Program or any additional courses.

In addition, your barring from campus is still in effect and you will receive notice of it shortly from Public Safety.

Finally, I respectfully request that you direct any and all of your correspondence regarding university-related matters to the Office of General Counsel.


Sincerely,


Justin A. Perillo
Assistant General Counsel

---

Make every e-mail and IM count. Join the i'm Initiative from Microsoft.

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal

Help Central | Account | Feedback

6/3/20

Hotmail

Page 1 o

**Clear Skin Guaranteed!**
**SAVE 50%**

proactiv

Get 2 FREE Gifts! ▶
CLICK HERE

Windows Live™     Home    Hotmail    Spaces    OneCare    MSN

Inbox
Junk          New      Reply      Reply all      Forward      Delete       Move to
Drafts
Sent
Deleted                                                                        Option
Manage folders

Today
Mail
Contacts
Calendar

## Request for attendance at Summer Institute for Peacebuilding and Development

| From: | **Joseph Slovinec** (jslovinec16@hotmail.com) |
|---|---|
| Sent: | Thu 5/29/08 2:55 PM |
| To: | lawyers@american.edu |
| Cc: | pcrinst@american.edu |
| Bcc: | call@american.edu |

Please return responses to any e-mails I sent you on my request for attendance at Summer Institute for Peacebuilding and Development by 9 A.M. Friday, May 30, before I make a planned visit first to the office of American U. Legal Counsel Hisham Khalid and then hopefully to campus where I believe my ability to visit was restored May 18, 2008. I am disappointed I have not heard from you earlier. I would like to attend Summer Institute with a scholarship: a mediation process could result in a postponement of my desired June 2 start until June 9 if completion time for a Graduate Certificate in Peacebuilding could be extended from Dec. 2008 to sometime in 2009. I expect to ask for for a grant from American U. or forgiveness of my Spring 2005 bill where I completed a full semester with grade averages of A and B+ and complained to Judge Kessler in U.S Court Case 06-1143 that Ingrid Valentine of Financial Aid discriminated against me as an Illinois out-of-town Democrat and outsider by not giving me and not responding to my request for a Cafritz, Skaskan, or Morgenstern emergency loan in the catalog. I had wanted recording of the grades: mediation could result in leaving the classes cancelled with no transcript: I earned zero in 2005, $2700 in 2006, and $4000 in 2007 so I could not pay from my own funds. I made phone calls for Hillary Clinton for President and received e-mails with requests for support from Barack Obama: I want them to run on a ticket together for President and Vice President and Professor Call had not responded after I sincerely talked on asking campaigns for funds if Summer Institute adds on a day on campaign issues somewhere at AU. Professor Fisher wanted me to talk to Hisham after I alleged discrimination issues including my stay at Community for Creative Nonviolence homeless shelter ever since I was evicted from Park Bethesda, an American U. dorm. Best wishes, Joseph Slovinec 425 2nd St. N.W., Washington, D.C. 20001 Please also forward to financialaid@american.edu I came back from Chicago and don't have time until tomorrow.

---

Give to a good cause with every e-mail. Join the i'm Initiative from Microsoft.



Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal

Help Central | Account | Feedback

dy to GoPhone
ages starting at $29.99*
t a package today

go

at&t

*Bundled airtime card require

Windows Live™    Home    Hotmail    Spaces    OneCare    MSN

Inbox
Junk            New    Reply    Reply all    Forward    Delete
Drafts
Sent                                                                Move to
Deleted
Manage folders                                                      Options

Today

Mail

Contacts

Calendar

instant
e-mail alerts
Get alerts when
e-mail arrives.

## Hisham Khalid's mediation

From: **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent: Sat 5/24/08 1:56 PM
To:    lawyers@american.edu

Hisham: I told Jana Meyer at Foundry United Methodist Church I want American U. to use a church or international affairs mediator in addition to you to discuss potential completion of my Graduate Certificate in Peacebuilding with a scholarship June 2-20 and attempted exploitation issues when after Ingrid Valentine would not give me an emergency loan available under AU policies, Ronald Fisher tried to demand money when I was at the homeless shelter with only $60 in bank Labor Day 2005 (NAFTA-related?) and Fisher did not maintain proper contacts to ask money from Chicago foundations.  On 06-455, I told Jana I had reservations about your refusal to answer questions on American U. encouragement of housing and job training programs for evicted Park Bethesda residents. Please ask Professor Call on my ideas for asking Democrats for funds which are very preliminary and tentatives: American U. could ask with more ease.  I travel to Chicago and will call you May 29-30 when I return.

Make every e-mail and IM count. Join the i'm Initiative from Microsoft.

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft  |  Privacy  |  Legal

Help Central  |  Account  |  Feedback





Interested in an MBA? Discover the Keller Advantage.

Download a copy of "Tomorrow's MBA."    CLICK HERE

# Limited Financial Aid prospects

(E)

From: **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent: Tue 5/13/08 1:38 PM
To:    financialaid@american.edu

I am respectfully sending this e-mail and also mailing a copy to American University Assistant Director of Financial Aid Delores Cooper and School of International Service Director of Financial Aid Yasmin Quianzon. I was accepted into the Graduate Certificate in Peacebuilding program with a start in January 2005 and completion date which was set for December 2008. In order to complete the program, I would need to take a full summer at Summer Institute for Peacebuilding and Development in 2008.
NEED-BASED FINANCIAL AID FOR SUMMER INSTITUTE: Please see if I can apply for need-based financial aid and scholarships for this year's Summer Institute which is available on a website.
JOHN D. AND CATHERINE T. MACARTHUR FOUNDATION:  I diligently researched prospects for Peacebuilding grants in my native city of Chicago and I could only find one match in International Peace and Security with the John D. and Catherine T. Mac Arthur Foundation and the foundation does give assistance to university-based fellowships. However, the foundation's guidelines specify an organization must ask for the funds like the International Peace and Conflict Resolution program at American University with funds for threat reduction or international peace: the Mac Arthur Foundation does not give tuition assistance to individuals and I cannot apply as an individual.  The Joyce Foundation gives several grants in D.C. mainly for research on lower-income workers, education, and the environment so I was unable to find another foundation.  American U. has better contacts in D.C. than I had in Chicago.  I did not feel it was proper to ask the Archdiocese of Chicago, Catholic Theological Union, or American Friends Service Committee which have the main Chicago programs in Ronald Fisher's area of interest, Peacebuilding.
I am willing to ask for $25,000 from Mac Arthur Foundation funds at American U. to pay for my entire Peacebuilding program if they are available: please discuss it with Professor Charles Call who used MacArthur Foundation funds.
ONLY OTHER SOURCE IS FEDERAL MISCELLANEOUS PURPOSE GRANTS: With severe financial need, I could only encourage one additional area of funding, federal grants for miscellaneous purposes.  These are not the same as U.S. Department of Education federal student grants and loans: Peacebuilding had not wanted to use these.  It is a very important duty of the financial aid office to check several sources and before I would apply for the grant, I would want to make sure you: 1) are willing to take the funds, and 2) willing to make an agreement to record grades from Spring 2005 SIS 609 class of Professor Ronald Fisher and SIS 606 of Professor Susan Nan (with average of 88%): I believe papers in both classes and Professor Fisher's grades of me, mostly A's are on American U. e-mail.  With less than $500 in the bank, I could spend $49.95 on a catalog to get these funds: I am reluctant to spend more.  In good faith, I send information which was voluntarily sent to me on the Internet:  Get a Government Grant with address listed at 3549 North University, Provo, Utah 84604 (also Government Grants Toolbox), since you have a credit card, it is easier for you to ask for shipping, Grant Funding Solutions with a phone at 1-800-479-0979.  These both seem better and cheaper than a phone number I previously gave you from Washington City Paper on Oct. 13, 2006, p. 118 at 1-800-592-0362 ext. 235 and 1-800-274-5086 ext. 235: at P.O. Box 1279, Antioch, Tennessee which

6/3/20...

now seeks $189.90 for a book on how to get federal grants. I HAD FRAUDELENT E-MAIL WITH GHANA AND NIGERIA ADDRESSES WHICH I REPORTED TO U.S. ATTORNEY: you need to verify addresses.

LAWSUITS AND DISCRIMINATION ISSUES: I should alert you promptly there is an ongoing controversy about a financial aid cutoff after I attended American U. in Spring 2005 with a Sallie Mae deferment and then could not return to Chicago to attend Roosevelt University in Autumn 2005. There is still a possibility of attending Roosevelt, and I actually encourage American U. legal counsels Hisham Khalid in 06-455, my EEOC job discrimination lawsuit against American U., and Christopher Hassell of Bonner Kiernan in 06-1143 on barring order to re-examine the question of whether we should have limited my stay at American University to 8 months January-August 2005 and supported my return to Chicago, Illinois in September 2005 where I had an apartment lease Sept. 1, 2004 - Aug. 31, 2005 (landlord said I broke it and would not allow me to return to apartment May 1, 2005 - said OK to return July 1, 2005 and I ran out of money) and an A test grade for Library Associate with Illinois Dept. of Central Management Services. I was grounded in D.C, with the aid cutoff and only earned zero in 2005, $2700 in 2006, and about $4000 in 2007. INGRID VALENTINE AND CAFRITZ, SKASKAN, AND MORGENSTERN EMERGENCY LOANS: I will encourage Financial Aid to work on a fresh start this week yet I need to cc: this to D.C. Attorney General Nickles because if I cannot finish the Graduate Certificate in Peacebuilding by December 2008, I still could maintain it was due to discriminatory practices of Ingrid Valentine of American U. Financial Aid who did not approve, yet did not cite a reason for denial, my requests for a Cafritz, Skaskan, or Morgenstern emergency loan for Spring 2005 and she gave an inaccurate answer to Congressman Van Hollen's office when she told him my program did not qualify me for financial aid: Dr. Fisher tried to insist that it only come from private bank loans and I was turned down.

DESIRE TO END MORE THAN 2 YEARS AT CCNV HOMELESS SHELTER: Mr. Nickles should be informed that my rights were not fully respected for an employment or educational plan for me to earn enough money to move out of the Community for Creative Nonviolence homeless shelter where I have resided since August 2005: Dr. Call and the Peacebuilding program should carefully reflect since Peacebuilding is my only option now: yet we could discuss other strategies for an employment or educational program. I should inform the School of International Service there are still criticisms of Dr. Fisher's e-mail to me on Labor Day 2005 which attempted to demand payment from my own pocket when I told him I had only $60 at the bank and was in a homeless shelter: discrimination issues could still result with use of many loans and tuition remissions from American U. students. I respect Dr. Fisher's desire for me to inform Mr. Hassell since I believe a barring order was only for nonpayment, not other reasons, and attempted to improperly pressurize me to get another payment sources.

LIMITED ABILITY TO GET TUITION REIMBURSEMENT FROM SHARE GROUP: I earn about $760 per month from Share Group, 1400 16th St., N.W., Washington, D.C. for 24 hours per week: I therefore could only set a ceiling of 15% for all education-related services, and talks could resume after I made $10 token federal student loan repayments to U.S. Dept. of Education until February 2008 when I ran out of unemployment and only had $50 in savings. Share prefers to only give tuition remission to me after March 2009 for classes related to my work duties in telephone fundraising and interests of clients; clients include Democratic National Committee and American Civil Liberties Union which hired me to make calls critical of National Security Agency surveillance activities. I have asked Mr. Nickles for a Do-Not-Call my employer policy from Public Safety and several groups or individuals at American University who have Republican, pro-military conservative views who might feel hostile or harassing to views to Share's clients: I know this policy disappoints many at American U.. I am writing Mr. Call that I could support a request for Democratic National Committee funds if his programs adds a class on Democratic foreign policy issues in the 2008 elections. I cannot emphasize enough that American U. would be wiser to use its own contacts, or contacts for low-income students for my financial aid, than results in too many pressures on my contacts. I am allocating about three weeks for a response before Summer Institute starts June 1, 2008. Thank you.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. May 13, 2008



New    Reply    Reply all    Forward    Delete    Move to    ▼    ❓

Options

rts
nt
Deleted
nage folders

Today

Mail

Contacts

Calendar

## Potential completion of Graduate Certificate in Peacebuilding

**From:** **Joseph Slovinec** (jslovinec16@hotmail.com)
**Sent:** Mon 5/12/08 4:57 PM
**To:** call@american.edu

I wanted to start my request for a response on the feasibility of my completion of Graduate Certificate in Peacebuilding with attendance at Summer Institute in Peacebuilding and Development 2008.  I was pleased with your work at the United Nations Secretariat, on Colombia, and on Central America.  I recently informally asked Archbishop Wuerl's office to consider a request for Pope Benedict XVI's involvement in encouragement of mediation of Colombia's war with the FARC rebels and Venezuelan involvement in release of the 3 U.S. defense contractors.  I encourage you to explore my request for a grant of $25,000 from the Mac Arthur Foundation which gave money to you or another source.  If you want to co-sponsor a session of one-day with the Campaign Training Institute or another entity at American University on topics of interest to the Democratic National Committee and Clinton and Obama Presidential campaigns, I could support a request for funding as a Hillary Clinton supporter and Illinois Democrat if you agree to substantive talks on these topics:
- Hillary Clinton's proposal to start bringing U.S. troops home from Iraq within first 60 days in office with a regional stabilization group and use of U.N. High Commissioner for Refugees (from her campaign website)
-Obama plan to bring U.S. combat brigades home from Iraq within 16 months of inaugural (on his campaign website)
- Both candidates on Iraq Study Group talks with Syria and Iran,
and Obama's campaign website where it says "Obama opposed Kyl-Lieberman amendment which says we should use our military presence in Iraq to counter the threat from Iran"
- Both campaign websites on nuclear weapons, talks, Darfur
- Israeli-Palestinian peace talks: see (200 Camp David Summit in Wikipedia)on Barak 2000 plan for West Bank state; Hamas negotiations on Gaza and to end feud with Fatah; I have new idea where Israel could purchase land voluntarily from Palestinianas for few settlements like Maale Adumin, Givat Ze'ev, and Gush Etzion
See accompanying e-mail to Ronald Fisher on Pakistan, Afghanistan peace talks.  Thanks.
Best wishes, Joseph Slovinec 425 2nd St., N.W., Washington, D.C. 20001  May 12, 2008

---

Get Free (PRODUCT) RED™ Emoticons, Winks and Display Pics. Check it out!

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal                    Help Central | Account | Feedback



es from $59.99 per night.

BOOK NOW

extendedstay.com

ndows Live~

Home    hotmail    Spaces    OneCare    MSN

jslovinec16@hotmail.com

Sign o

nbox
Junk
Drafts
Sent
Deleted
Manage folders

New    Reply    Reply all    Forward    Delete

Move to

Today
Mail
Contacts
Calendar

(No Subject)                                                                    Options

From: **Joseph Slovinec** (jslovinec16@hotmail.com)
Sent: Mon 5/12/08 5:17 PM
To:   call@american.edu
Cc:   rfisher@american.edu

I e-mailed Prof. Call with my request to complete the Graduate Certificate in Peacebuilding
program, and thanks to Dr. Ron Fisher for informing me of his selection. I will write the Financial Aid office with one
general-purpose federal grant which could pay for the charges: the MacArthur Foundation
is another bet. Otherwise, the American U. Financial Aid office would need to find aid to
pay for both my Spring 2005 and 2008 charges; with less than $500 in the bank, I cannot
pay for it myself.
Dr. Fisher, I feel you need a tactful explanation about why I have trouble obtaining funds
after your past use of Kriesberg and Miall textbooks: Miall's Contemporary Conflict
Resolution is not at Library of Congress. Although Kriesberg has a Ph.D. from University
of Chicago, Kriesberg's Constructive Conflicts lists zero Chicago organizations in Appendix
A, list of conflict resolution organizations: the closest one is Kroc Institute at Notre Dame.
This would not please Barack Obama who gave a speech at Chicago Council on Global
Affairs on his website. Kriesberg at times seems like a hawk when he talks about
escalation and anger and though I do not like his inclusion of domestic policy issues: I
rate Kriesberg favorably on Table 6.2 on Civil Rights Struggle, 7.1 on Israeli-Palestinian
Chronology; and Table 7.2 on South African Chronology and coverage of Gorbachev's end
of the Cold War and Arias plan. Although I support Hillary Clinton for President I earlier e-
mailed Professor Call he needs to find books to please both her and Obama: this would not
occur with Kriesberg's many deficiencies in the index on 2008 Presidential election
priorities with a lack of factual material on Kuwait only on two pages: 84 with the only
page on Saudi Arabia in the 1990 war and p. 203, Iran on only p. 59, 79, and 312, Iraq on
p. 25,47,84, and 103, Afghanistan on only pp. 168-169, 79, 176, 356 when the 2001
intervention was popular and no mention of peacebuilding there or in Pakistan and
Colombia which are both omitted from Kriesberg's index. Although Kriesberg revised it in
2007, there is no practical advice on talks with Hamas to end the feud with Fatah or
perhaps to end military rule in Gaza, which should be a main topic at Summer Institute.
Although Kriesberg and Benazir Bhutto agreed there is a clash of civilizations, Kriesberg's
work gives too little understanding of Arab and Asian cultural and political beliefs for the
2008 elections.
I therefore could not have expected to obtain funds from Chicago Democrats or
Archdiocese of Chicago with little Kriesberg emphasis on religion: American U. would have
been wise to let me save face with a Spring 2005 Cafritz, Morgenstern, or Skaskan
emergency loan in the catalog and I again cannot comply with Dr. Fisher's Labor Day 2005
demand for me to pay out of my own pocket when I already spent inheritance funds of
$8700 I had in Feb. 2005 and had only 60 cents at CCNV homeless shelter where I still
reside. I cannot drop any court issues against American University at this time;
settlements could be discussed. Joseph Slovinec, 425 2nd St., N.W., Washington, D.C.
20001 May 12, 2008

# School of International Service
## A m e r i c a n   U n i v e r s i t y

*DeP*

### GRADUATE ADMISSIONS REPLY FORM

Joseph Slovinec
**AU ID:** 1652169
**Program\*: Peacebuilding and Development Certificate**

✓_____ I accept the offer of admission to the School of International Service for Spring 2005.

_____ I decline the offer of admission to the School of International Service for Spring 2005.
*If you plan to attend another academic institution, please indicate here:*

**Please provide reasons why you have accepted or declined our offer of admission.**

I ACCEPT WITH CONTINGENCY OF ABILITY
TO POSTPONE START TO SUMMER 2005

**Entering students:** Please indicate your current address and telephone number.

**Address:**_____ — Joe Slovinec
2827 N Burling St. Apt. 6
Chicago, IL 60657

**Telephone Number:** (773) 935·2802 **Email:**_____

**Please complete this form and return with your deposit by December 15, 2004 to:**
Graduate Admissions Office
School of International Service
American University
4400 Massachusetts Avenue, NW
Washington, DC 20016-8071
Fax (202) 885-1109

OFFICIAL

DEC 1 3 2004

RECEIVED BY SIS

**Reminder:** Deadline for payment of the $400 non-refundable deposit is December 15, 2004. Please submit a check payable to American University along with this form to the above address. Current SIS BA/MA students are not required to pay the deposit. Washington College of Law JD/MA students are required to pay the law school deposit only. Please note that this constitutes an offer of admission from the School of International Service only. Applicants to the dual degree programs must be admitted separately to each program. Washington College of Law JD/MA students are required to pay the law school deposit only by the required deadline.

\* Field of Study Key: CRS-Comparative & Regional Studies; DVMG-Development Management; GENP-Environmental Policy; INCO-Int'l Communication; INDV-Int'l Development; IEP-Int'l Economic Policy; IPOL-Int'l Politics; IPCR-Int'l Peace & Conflict Resolution; USFP-U.S. Foreign Policy; MIS-Master of Int'l Service executive degree program; ETHP-Ethics and Peace; NRSD - Dual master's degree program with the University for Peace; RU-Dual master's degree with Ritsumeikan Univ; KU-Dual master's degree with Korea Univ; MAT-Dual master's degree with the School of Education; MTh-Dual master's degree with the Wesley Theological Seminary; MAIA/MBA-Joint degree program with Kogod School of Business; JD/MA-Joint degree program with Washington College of Law

(H)

December 10, 2004

Dean Louis W. Goodman
School of International Service
American University
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016



OFFICIAL
DEC    '04
RECEIVED BY SIS

Dear Dean Goodman:

Thank you for the offer of admission to the graduate certificate in Peacebuilding and Development.  I am pleased to enclose the $400 deposit with a special or Fed Ex message to the Admissions Office. It is contingent on ability to postpone the start until Summer 2005 with notice to American University by Jan. 8 or 9, 2005.  Your enthusiasm on a brochure about full use of the placement office was better than I expected. There are questions about financial aid and health insurance while I am well.. Your respected program has federal financial aid and private bank resources. Please send me the list of banks which offer private loans and I hope to visit Washington, D.C. in person the week of Dec. 20 to talk to them and housing prospects which include the Park Bethesda, a main concern. I told Dr. Fisher today the Bank of America is available for banking needs with offices in Washington, D.C., Maryland, and new branches near my North Side home in Chicago, Il..  It would be good if I could apply for a free apartment or discounts in housing among financial aid offers. My present landlord is flexible and it might be easier if I asked to return to my same building between mid-May and the Summer Institute in July.  I have only briefly told him about the offer at a Shriver Center for Poverty Law dinner in Chicago where former White House correspondent Helen Thomas gave an impassioned plea for peace.  I have not worked on details and also want to correspond with  elected officials of Illinois and Chicago who maintain offices in both Washington and Chicago.  However, exploration of the free market in  both the Washington, D.C. and Chicago areas after conclusion of the certificate is still desirable.  I told Dr. Fisher I was on the "A" civil service list for three Illinois government jobs: a rehire to my most recent Medicaid job, Library Associate, and Secretary of State with, however, no interviews since April 2003 with hiring freezes.   Work on documentary films or political appointments are still main potential goals.  An educational publishing company in Chicago's northern suburbs wrote to indicate my consideration there, yet it is uncertain.   I welcomed your newsletter and I'm pleased American liked my desire to update my education at the Columbia School of International and Public Affairs of 1980-1982 including my work on University Senate issues, a study of Arab League conflict mediation for the International Peace Academy, and field work on Latin America.  I also wrote a paper on Spain's potential entry in NATO. An idea for a campus job would be work at the Center for the Global South if you need somebody. I hope you pay attention to the role of the U.S. and Europe in the development of democratic institutions.

Sincerely yours,

Joseph Slovinec
Joseph Slovinec

Cc: Dr. Ronald Fisher

(A)

1-17

MEMO

TO: U.S INTERNAL REVENUE SERVICE

FROM: JOSEPH SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. MAY 19, 2008

Thank you for your note about the economic stimulus payment. I would like to claim it yet I am uncertain what to do since I believe I was not required to file a 2007 federal income tax return. My income from National Research LLC in 2007 was $4144 and it was less than a $8750 standard deduction I saw on a sample 1040 EZ form which I saw on Internet and I believe it is genuine. Since I only had one job at National Research, I believe it is still less than $8750 even if unemployment insurance of July-December 2007 from District of Columbia is added.

I had only had $50 in the bank during Feb. 2008 and my situation was bad enough to declare bankruptcy after a collector for U.S. Secretary of Education Spellings did not seem to accept my proposal to pay $10 per month for student loans from my unemployment insurance. I therefore want to ask that no one for U.S. Department of Treasury seize this payment like they seized my Earned Income Tax Credit refund last year: I will go to court to prevent it..

Please send me a courteous response. I need to cc: this to the attorney for American University in a case where there was not yet a fair hearing on American University's decision to issue a barring order which had forbidden me to visit campus: I maintain it was partially due to a financial aid and American U. emergency loan dispute, and mostly for retaliation for distributing a letter to Secretary Spellings where I complained about lack of access to ex-American U. students to homeless shelters to Maryland under McKinney-Vento Act funds after I received a threat from Julie Weber of American University to evict me from the Park Bethesda dorm. American University's attorney is Christopher Hassell of Bonner Kiernan, et al., 1233 20thSt., N.W., Washington, D.C. 20036.

Cc: Mr. Hassell

MEMO

TO: IDAPP

FROM: JOSEPH SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. 20001

MAY 19, 2008

I will enclosed $20 and offer to resume the $20 per month repayment agreement. It lapsed during a time when I had only $11 per month unemployment insurance and when I only had $50 in the bank in February 2008, I had the intent to declare bankruptcy: it was only narrowly avoided. There is no hope of collecting money you want for the past several months or larger payments. If you do not cooperate with my offer, I will definitely declare bankruptcy.

I will make available statements of the past low amounts in my bank accounts upon your request and also months when I did not work. I intend to send a copy of this to Illinois Attorney General Lisa Madigan who might want a mediation service. However, any decision would be made in the context of past deficiencies in the use of both the Illinois job service and District of Columbia job services which have never placed me in a full-time job since I was laid off from ex-Governor George Ryan's Illinois Department of Human Services on June 30, 2000. Thank you.

Intended cc: and display in Court File for Case 06-1143 to attorney for American University in case related to employment discrimination: Christopher Hassell, Bonner Kiernan et all., 1233 20th St., N.W., Washington, D.C. 20036



# American Univers
## Catalog

2004–2005 E

*effective F*

Washington

K-1 - EMER LE NG (DNS

K-2 CANCELLATION

(REFUND, NO WARE

J. SURVINEC ZINS ENROLLMENT

Registration

## Withdrawal from the University

Degree students who withdraw completely from the university must file an official Withdrawal Request Form though the Registrar's Office. Students on academic probation will be required to obtain the signature of their academic dean before they will be permitted to withdraw.

## Course and Schedule Information

### Course Numbers

Each course is designated by a subject code and a course number. The subject code identifies a particular academic discipline or teaching unit in the curriculum; e.g. ANTH = Anthropology; ECON = Economics; ARTH = Art History. The numbers identify the level of the course as follows: 001–099 = no degree credit; 100–499 = undergraduate degree credit; 500–599 = graduate courses to which advanced undergraduate students may be admitted; 600–799 = graduate courses to which undergraduate students usually are not admitted.

Courses taken for undergraduate General Education credit have a "G"in the course number, e.g., HIST-100G.

### Credit Hour Value

All undergraduate and graduate courses are valued in credit hours. Generally, each credit hour is equal to 50 minutes of class instruction a week.

### Course Descriptions and Syllabuses

Descriptions of permanent courses currently in the university curriculum are listed by course number in **Course Descriptions**. Catalog course descriptions, as well as selected and rotating topics course descriptions are available each semester from the Schedule of Classes at www.american.edu/american/registrar/schedule.html.

A syllabus describing the general nature and scope of each course is available from the department offering the course for three years.

### Course Prerequisites

Many courses call for a minimum background of knowledge, as indicated by prerequisite courses cited in individual descriptions. Titles and numbers are those of American University courses; equivalent courses satisfactorily completed at other accredited institutions also meet prerequisite requirements by transfer credit.

Students are responsible for entering the class with the required competence. Thus, prerequisites warn students of the knowledge they are to bring with them in order to meet the expected standards of performance.

### Class Periods

Day classes, except those on Wednesday and Saturday, ordinarily meet two days a week for 75 minutes a meeting. Wednesday classes ordinarily meet once a week for two hours and 30 minutes. Some classes meet three times a week for 50 or 60 minutes a meeting. Evening classes ordinarily meet once a week for two hours and 30 minutes or twice a week for 75 minutes a meeting. Classes at the 600- and 700-level may, in some cases, meet for a total of two hours a week at the discretion of the teaching unit concerned.

Courses involving laboratory, studio, discussion groups, or workshops may vary from these schedules. Independent reading courses, study projects, internships, and similar kinds of study opportunities meet according to the special arrangement with the school, department, or faculty members concerned.

### Cancellation of Courses

Occasionally it is necessary to cancel a scheduled course because of low enrollment, the last-minute unavailability of an instructor, or other unavoidable reasons. Every effort is made to announce the cancellation before the first class meeting, but this is not always possible. If a course is canceled, a student who does not choose to transfer to another course may receive a full refund of the tuition and fees paid for the canceled course by completing a refund request form in the Office of Student Accounts.

### Class Attendance

The university considers class attendance a matter best left to the discretion of the individual instructor. It is expected, however, that faculty members who have a particular attendance policy will announce that policy at the first few class meetings each semester.

Veterans and others receiving government benefits are reminded that the paying agency may have specific attendance policies.

### Emergency Cancellation of Classes

Classes at American University are expected to meet according to the announced schedule and no instructor is authorized to change the day, hour, or place of any meeting. Unless cancellation of classes is announced publicly, classes will meet. When cancellation of classes is necessary, instructors are expected to arrange for additional reading, study assignments, or class meetings to compensate for attendance time lost.

## Student Responsibility

Students are responsible for their behavior, academic and otherwise, at American University. American University expects that students, as mature members of the academic community, will adhere to the highest standards of personal and academic integrity and good taste.

To protect their academic status, students should seek the appropriate approval of their academic program advisors. It is highly recommended that students keep their own records of all transactions with the university (grade reports, registration schedules and changes, incomplete forms, etc.).

It is also advisable to keep copies of all tests and papers submitted in fulfillment of course work.

As part of providing a
continuously examines i
the information containe
cation may be revised. St
partment chairs for any i
individual programs of s

## Academic Integr

The Academic Integr
scribes standards for aca
ties of members of the ac
handling allegations of a
esty as defined by the Co
rism, inappropriate coll
(in-class or take-home), 
course and submitted to 
interference with other st

Violations of the Ac
ously, with special atten
determination of guilt is
major teaching unit, a st

Penalties for an acade
the following: resubmiss
of additional work for th
a lowered grade or loss o
lation of the Code, a fai
which the offense occu
which the offense occu
demic terms, including 
and dismissal (for a spec
versity. A notation of so
dent's permanent recor

By registering as a s
dents acknowledge thei
Code. Students are resp
rights and responsibiliti
sible for knowing the r
(regarding such issues a

time frame, the course counts as credits attempted but not earned, and is factored as a grade of F.

### Frequency of Monitoring

Each student's academic progress is measured once yearly in June, after spring grades are posted. Financial Aid will notify in writing students who are not making satisfactory progress.

### Academic Appeals

All questions regarding the factual substance of academic records and all requests for changes to those records must be made to the academic departments. The *Academic Regulations* describe the petition process. Financial Aid has no authority to alter the academic record of a student.

### Re-Establishing Financial Aid Eligibility

For a student who has failed to maintain satisfactory academic progress, eligibility for financial aid funds may be re-established in a number of ways. Among these are: the petitioning process described in the *Academic Regulations*; the changing of a grade; summer session attendance; and the completion of incomplete or in progress courses. Please note that funds are not set aside for students in these circumstances, even if the appeal is granted, funds may not be available at that time.

### Financial Aid Appeals

On occasion, a student may fail to maintain satisfactory progress due to very serious circumstances that caused a major disruption to that student's ability to successfully complete his or her course work. **Students with mitigating circumstances must request reconsideration in writing to Financial Aid prior to July 1.** The request should include a comprehensive description of the circumstances and documentation from at least two qualified persons who can verify the information. The Appeals Committee will review the appeal, make a recommendation and send a letter of response to the student.

## Refund and Repayment Policy

For a description of American University's refund policies regarding tuition, housing and board charges, see Refunds and Cancellation of Charges earlier in this chapter.

The American University refund policy does not apply to first-time American University students. A "first-time student" is defined in Federal regulations as any student who has not attended at least one class at American University, or who has received a full refund for previous attendance at American University.

### Federal (Title IV) Financial Aid Recipients

As federally mandated, federal (Title IV) aid recipients who withdraw from classes are subject to the following refund policy:

- **Complete withdrawal from all classes:** Students who withdraw from all of their classes before completing the first 60 percent of the semester will have a portion of their **university charges** and **financial aid** prorated based upon their length of attendance during the semester. Students who do not officially withdraw during this period will have **no** portion of their university charges refunded. Based on

the withdrawal date, all or a portion of the student's aid will be returned to the appropriate Title IV financial aid program.

- **Partial withdrawal from classes:** Students who withdraw from some but not all of their classes at any point during the semester will have their **financial aid** recalculated based upon the final number of credit hours enrolled.

- **All students:** Students who withdraw before the end of the semester may be required to repay funds that were received based upon a prior enrollment status. The university will use a federally mandated formula to determine whether or not a student received an overpayment. Overpayments may be withdrawn from a student's account without prior consent. If a student receives a refund on funds that are deemed an overpayment, the student may owe the university or the federal government that overpayment. Failure to repay an overpayment may result in the loss of future financial aid eligibility in addition to other university privileges.

Questions about how the refund and repayment regulations may affect a student's financial aid should be referred to the student's financial aid counselor PRIOR TO WITHDRAWING from the university.

The refund and repayment policy is contained in the *Academic Regulations.* A copy of the Refund Policy and specific examples may be obtained from Financial Aid.

## Federal Programs

To receive consideration for federal financial aid, a student must be a United States citizen or eligible non-citizen in a degree program.

### Federal Loans

*Federal Perkins Loan Program*: This program provides low-interest loans for degree-seeking students who demonstrate financial need. A student may borrow up to $5,000 per year with a maximum aggregate total of $30,000 (includes undergraduate loans), but loan amounts are typically less, depending on funds available. Repayment begins nine months after graduation or the end of enrollment on at least a half-time basis (6 credit hours). The loan must be repaid within ten years. During the repayment period, 5 percent interest on the unpaid balance of the principal will be charged. Provisions for deferring or canceling payment are available in some situations.

*Federal Direct Stafford Loan Program*: A low-interest loan program available from the federal government. These loans are awarded and disbursed by American University Financial Aid. Graduate students may borrow up to $18,500 each academic year. The federal government will pay the interest on all or a portion of the loan while the student is in school, depending on the amount borrowed and whether or not the student qualifies for an interest subsidy. Repayment of the loan begins six months after a borrower drops to less than half-time status (6 credit hours), and there are several payment plans available.

28 Tuition, Expenses, and Financial Aid

vate endowments to the university or by the university itself. The qualifications for each of these programs vary according to the stipulations that the donors have made for the individual accounts. Funds are extremely limited and are considered a resource of last resort.

**Alumni Association Loan Fund**: The American University Alumni Association has established a loan fund for American University alumni who are pursuing part-time graduate study. The loan must be repaid with 2 percent interest.

**Frank W. Ballou and Adeline J. Ballou Memorial Loan Fund**: This loan fund was established in 1985 by Mrs. Adeline J. Ballou of Washington, D.C. Its purpose is to assist needy and deserving students who are enrolled full-time in a degree program.

**Morris and Gwendolyn Cafritz Foundation for Middle Income Students Loan Fund**: This revolving loan fund was established by a grant from the Cafritz Foundation of Washington, D.C. for middle income students who, without this assistance, would not otherwise be able to continue their education. Interest accrues at the rate of 7 percent per annum.

**Class of 1932 Loan Fund**: These funds are lent to worthy and needy full-time undergraduate students. Interest accrues at 4 percent per annum.

**Sinclair B. Dell Loan Fund**: A memorial loan fund was established to honor Dr. Sinclair Dell, a Washington podiatrist, who died of cancer in 1975. Repayment must be made within one year of the award at 2 percent interest.

**General University Loan Fund**: This loan is designed for both graduate and undergraduate students with no outstanding debts to the university. The interest is 4 percent per annum.

**Rose Mae Howard Memorial Loan Fund**: This fund was established in 1975 by the Rose Mae Howard estate to assist students who are in need of financial aid to complete their education. This loan is awarded to full-time undergraduates and bears a 9 percent interest rate upon repayment.

**The Interfraternity Council Orphan Fund**: This loan fund was provided by the American University Interfraternity Council beginning in 1961. Recipients must be male orphans under 21 years of age. There is no interest charge on repayment.

**Willett M. Kempton Loan Fund**: These loans are awarded to full-time graduate or undergraduate students in the School of Communication. The interest rate is 4 percent per annum.

**Kogod School of Business Student Loan Fund**: The loan fund is established to help part-time or full-time undergraduate and graduate students who are enrolled and are in good standing in the Kogod School of Business. Terms of the loan include a 5 percent rate of interest which will accrue on receipt of the loan. Repayment begins six months after graduation. This loan may be applied for in the Financial Aid office.

**Letts Educational Loan Fund**: This fund is for full-time undergraduates. The interest rate is 2 percent per annum while the recipient is enrolled full-time and 4 percent per annum after enrollment at American University ceases.

**Long Loan Fund**: This loan was designed for the daughters of United Methodist ministers in the College of Arts and Sciences. The interest rate is 4 percent per annum.

**Anna Mary Mann Memorial Loan Fund**: These funds are restricted to women in the Kogod School of Business and the School of International Service. The interest rate is 4 percent per annum.

**William Hill McKenzie Loan Fund**: This fund was established in September 1968 in memory of William Hill McKenzie IV, who died in March 1968 and was awarded a Bachelor of Arts degree posthumously in June 1968. It provides emergency assistance to full-time, married seniors at American University. Four percent interest accrues from the date the loan is made.

**Shirley E. Minus Loan Fund**: This fund is designed to aid undergraduate students in good standing at the university. The fund is especially suited to students who may not qualify for other financial aid. Three percent annual interest will accrue on the unpaid balance beginning nine months after graduation or separation from American University.

**Thomas Moore Emergency Loan Fund**: This fund was established in January 1970 by Theodore and Lillian Moore as a memorial to their son Thomas, an American University sociology student killed in an automobile accident in 1969. Students may borrow up to $50 to meet financial emergencies.

**Morris Morgenstern Loan Fund**: This loan was established in 1972 by the Morris Morgenstern Foundation of Long Island, New York. It is issued for no longer than one year to students in need of emergency assistance. Funds are not available to freshmen. The interest rate after the due date is 4 percent per annum.

**Stanley Posner Student Emergency Loan Fund**: A short-term no-interest loan fund to assist students in emergency situations. Loans are to be repaid in thirty days and will not exceed $50.

**Real Estate Alumni Loan Fund**: Established to assist needy students enrolled as real estate or finance majors or both in the Kogod School of Business. First preference is given to real estate majors and to junior, senior, and graduate students. Current interest is 9 percent.

**Roland Rice Loan Fund**: Borrowers of this loan must be students who are not qualified to receive aid from other student aid sources available at the university. Interest accrues at 4 percent per annum. The loan must be repaid within two years after graduation.

**Residence Hall Association Emergency Loan Fund**: Established in 1965 by the Women Residents Association to assist women living in the residence halls. The fund was altered in 1976 to include men residing in campus housing. This is a short-term loan.

**Bertha Roberts Loan Fund**: Made possible by a bequest from the Bertha Roberts estate in 1973, the fund provides interest-free loans to young men and women preparing for Christian ministry or missionary work, or other religious positions. Interest accrues at 5 percent on the unpaid balance if a default occurs; otherwise the loan is interest free.

*kinner Rudd Loan Fund*: Made possible by a bequest *rletta* Skinner Rudd's estate in 1986, this fund provides *ial* assistance to needy full-time undergraduate students. *interest* rate is 8 percent.

*liam M. and Rebecca Sachs Loan Fund*: This emergency *an* fund was created by the Sachs family in 1962 for needy full-*or* part-time undergraduates or graduates who have completed at least one semester in the Kogod School of Business. The interest rate of 5 percent begins at the time of repayment or upon graduation.

*Skaskan Family Student Loan Fund*: This fund is available to full-time undergraduate and graduate students who are in their last year of study. The interest rate is 9 percent.

*Student Confederation Loan Fund*: This loan fund was established in 1975 to aid full-time undergraduates other than freshmen. The interest rate is 3.5 percent.

*United States Steel Foundation Loan Fund*: This fund aids full-time graduate students with preference to those enrolled in the Kogod School of Business. Students must be recommended by the dean. The interest rate is 9 percent per annum.

*Washington College of Law Dean's Loan Fund*: This fund aids law students and is administered by the Washington College of Law. Interest accrues at 4 percent per annum. Students must apply directly to the Washington College of Law.

*Washington College of Law Alumni Loan Fund*: This loan is funded by alumni contributions and is usually available in the amount of $1,000 at 7 percent per annum. Loan repayments begin six months after graduation. This loan is limited to seniors and other students who are in serious financial need.

*Weinberg Student Loan Fund:* Mr. and Mrs. J. A. Weinberg, Jr. established this loan fund in 1968 to assist students in the Kogod School of Business who have successfully completed one full year of study. Interest accrues at 4 percent beginning when the loan is made.

## Grants

*Athletic Grants*: The Department of Athletics and Recreation makes partial- to full-tuition grants based on athletic promise and ability. Students interested in being considered for these renewable grants should call or write the coach of the sport in which they excel.

*American University Grant Program*: Full-time undergraduate degree students who demonstrate a need for assistance may be eligible. Amount is based on need and funds available. Submission of a financial aid application by March 1 is required.

## Tuition Exchange

American University is one of more than 160 colleges and universities that participate in the Tuition Exchange Program for faculty and staff members. Students whose parents are employed by one of the participating institutions may be eligible for a Tuition Exchange Scholarship. Further information may be obtained from the Tuition Exchange Officer of the participating college or from Human Resources at American University.

## Tuition Remission

Full-time faculty or staff members are eligible for tuition benefits. There is a $50 registration fee (nonrefundable) per semester.

## Undergraduate University Scholarships

*Merit Scholarships*: The Admissions Office selects freshmen for honor scholarships of varying amounts. Selection is based solely on merit, although additional aid based on financial need may be offered as part of a financial aid package. These tuition awards are renewable for a total of eight semesters provided the student makes satisfactory progress toward the degree (based on both a cumulative grade point average of at least 3.2 and the completion of 30 credit hours each academic year).

*Frederick Douglass Scholarships*: Scholarships are awarded to admitted applicants who are Black, Hispanic, Asian, or American Indian full-time undergraduates and U.S. citizens or permanent residents. First preference is given to graduates of Washington D.C. metropolitan area high schools, then to graduates of other high schools in the nation. Academic achievement and financial need are considered. The awards provide partial tuition and aid are based on financial need. (Each year a limited number of awards exclusive of financial need are made to outstanding applicants.) A Free Application for Federal Student Aid and a supplemental financial aid form must be received for consideration.

*American University Merit Scholarships*: American University sponsors a number of tuition merit scholarships under the National Merit Scholarship Corporation's Merit Scholarship Program. National Merit finalists who indicate to the National Merit Scholarship Corporation that American University is their first choice university are offered the scholarship. The awards are renewable and amounts vary. Finalists in the National Achievement Program for Outstanding Negro Students and in the National Hispanic Scholarship Program are also considered for a number of merit awards based on academic achievement.

*Community Studies Scholarships*: The Community Studies Scholarship Program provides financial assistance primarily to low-income adults residing in the District of Columbia and the greater Washington, D.C. metropolitan area who are the first generation in their families to attend college and are members of minority groups. Community Studies scholars at American University realize their learning potential by matriculating into a bachelor's degree program. Adults who have been out of school for a number of years find the program an excellent way to complete their degree on a part-time basis.

## Restricted Scholarships

The university has a limited number of scholarships that are funded either annually or through endowment by gifts from private donors. Enrolled students are routinely reviewed by Financial Aid for eligibility for these scholarships. **No separate application is required.** If chosen, students are notified by mail.

Normally, recipients must demonstrate financial need, main-

ht

MEMO TO: SENATORS DURBIN AND OBAMA OF ILLINOIS WITH *(urgency)*
CC: TO SENATOR GRASSLEY OF IOWA
FROM: JOE SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. 20001
PHONE 202-393-1909; GUARD OF CCNV HOMELESS SHELTER COMMUNITY
LIVING FACILITY; ALSO 202-347-0511 TUESDAY, THURSDAY BEFORE 1 P.M.
RE: JOB SEARCH AND COMPLAINTS ABOUT AMERICAN UNIVERSITY
INTRODUCTION

   i would like to greet you distinguished Senators from Illinois and Iowa with the
purposes of this memo. I want to ask **Senators Durbin and Obama** to discuss potential
for my job search with a return to Illinois: I had an A civil service grade with Illinois
Department of Central Management Services for Library Associate from Feb. 2005 to
Feb. _____ and I desire discussions with Illinois officials; I also ask Senator Durbin and
_____ Subcommittee consultation on _____ to D.C. Food stamp employment training programs in D.C. after I left American
University. A CRISIS OCCURRED WHEN THE BUSH ADMINISTRATION GAVE
ME A FEDERAL LOANS DEFERMENT FOR 2005-2008 WHEN I ARRIVED AT
AMERICAN U. JANUARY 2005 AND THEN DECLARED MY LOANS WERE IN
DEFAULT WITHOUT WARNING JUNE 22, 2005: A CAUSE OF MY FEDERAL
LAW SUIT 05-5372 IN U.S. COURT OF APPEALS: I COULD NOT RETURN TO
CHICAGO TO ACCEPT AN OFFER TO ATTEND ROOSEVELT U. SEPT. 2005
Issues include **D.C. government's ignoring of my request to attend the only Food
Stamp Employment Training program class at University of District of Columbia –
Van Ness and tensions when I tried to attend two other free training classes: one
told me to go elsewhere because it was for mostly African-American high school
dropouts.** It is important that Illinois Senators do not duplicate the ongoing
investigation of American University by the U.S. Senate Finance Committee and Senator
**Charles Grassley of Iowa** including a session with American U. officials on March 3,
2006 which would have been my father's 81st birthday if he was still alive. the
irresponsible financial policies of American University caused me to totally spend and
run through the last $8700 (my bank amount in Feb. 2005) of an inheritance of more than
$200,000 which Dad left me when he died in 2000.  In my initial review of the American
U. meeting with the Senate Finance Committee, I noted some progress in discussing the
issues of **reforms in financial aid, whistleblowing of wrongdoing of ex-President
Benjamin Ladner, and United Methodist Church** teaching which would disapprove of
actions of American U's stubborn refusal to give me a $14,000 loan for the needy and
had an ineffective job search program. I was evicted from American U's dorm, I have
been on food stamps without any job between August and January and only two days of
work in February, and I have zero in any of my savings accounts.   The decision of
Benjamin Ladner's **American U. to refuse to file any pleadings and also refuse to
agree to a settlement in my federal court lawsuit against American University 05-
5372 in D.C. U.S. Court of Appeals reminds me of ex-Governor George Ryan's
decision to not testify at his trial in Chicago: on A.U.s lawyers:** Justin who got paid
_____ Ladner and refused to discuss settlement of case on FERPA, refusal of access to
_____ probably due to unpaid bill, and a request for a court-ordered tuition waiver or
_____ recording of my grades for Spring 2005: they have not been recorded
_____ and Martin Michaelson who received papers and did not respond.

*I talked to him and Rees April 1st 2005 10:05*
*MS. UVASS DURBIN - GUUXINN, NOT IN 8½*

MESSAGE TO DEMOCRATIC SENATORS ON JOB SEARCH
FROM: JOE SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. 20001
FEBRUARY 24, 2006  Phone: Best time to call is Tuesday, Thursday 10 A.M. - 1
P.M. at 202-347-0511; guard at 202-393-1909

I send greetings. This is especially a thank you note for Senators who sent me
letters with willingness to consider my resume. I need to find a job sometime soon and
might have to move out of the free CCNV near Capitol Hill: please ask the Senator to
discuss my situation with his colleagues during the next sessions after recess. My search
includes writing work on policy and public relations, and writing for films on
documentaries.    Before I left Chicago after 15 years of residency, the Illinois State
Government had not interviewed me for a Library Associate position with an A grade due
to a hiring freeze: a return to Chicago is uncertain since I could not return to accept a
Roosevelt U. offer in Sept. 2005.    AMERICAN UNIVERSITY 2005  I arrived in
Washington, D.C. to attend American University in January 2005. The Graduate
Certificate in Peacebuilding program at American University is a two-semester program
which I wanted to complete after Spring and Summer 2005: I could not.  In my two
classes, I had an A average in SIS 609 and B+ in SIS 606. In the next few weeks, I will
inform Senators of my American U. research goals, American U.'s lack of help on my
job search, and my lack of access to UDC-Van Ness' Food Stamp Employment Training
program ( I have 0 in bank), and ask for discussion: - KASHMIR: I got an A on verbal
talks and research where I wrote about history for the group: India and Pakistan had
excellent support for peace including the opening of a bus route April 7, 2005 and I
agreed with Bush Administration goals. 100% ON IRAQ-KUWAIT SPEECH --
Professor Nan gave me a perfect grade on a speech where I used Keesing's information
to express support for an Arab League vote to send peacekeeping troops to protect
Kuwait's independence in 1961 when Iraqi dictator General Kassem based a phony Iraqi
claim to Kuwait on an 1899 Ottoman map. A partner discussed OAS in El Salvador-
Honduras. COLOMBIA - Although I am in basic agreement with Bush's support for
President Uribe and his negotiations, conservatives started a sneaky, underhanded
scheme to exclude me from the foreign policy field because they did not want me to do
research on Colombia's 2002 talks with the FARC rebels or Venezuela.
   - ARAB LEAGUE – There was a more direct confrontation when Dr. Fisher
refused to grade my paper on the 1980 Shatt-al-Arab crisis, my statement on "the
March 1, 2003, Arab League meeting when the Arab League refused to consider a
pro-Bush proposal by Kuwait and the United Arab Emirates for Saddam to resign and
go into exile without a trial, a better idea than war." This was superficially because I
did not pay the bill; however, I learned from American U.'s catalog nearly everyone
with high grades can get loans and I was excluded from loans probably by President
Ladner's pro-Republican friends. I distributed an institutional grievance letter to U.S.
Secretary of Education Margaret Spellings in May 2005.. I even tried to praise
President Bush's work on the Central American Free Trade Agreement and progress
in the Sharon-Abbas Israeli-Palestinian peace talks in the letter: Spellings' assistant,
Mary Muncie, responded in a hostile manner which said I could not borrow any more
money because my loans were in default June 22, 2005 although I got a deferment in
January 2005; this caused a lawsuit. MY BIRTHDAY IS FEBRUARY 26:I ALSO
WANT TO CALL FOR RELEASE OF HOSTAGE JILL CARROLL IN IRAQ

2  3/6/2006

SEE MESSAGE TO DEMOCRATIC SENATORS ON JOB SEARCH FOR FOREIGN POLICY ISSUES IN MY AMERICAN U. STUDIES

Conclusion: 3rd of 4 pages for Senators Durbin, Obama, and Grassley

FOR BOTH PARTIES: - I respect criticism of both parties for the deal to sell American ports to the United Arab Emirates, an issue where I am neutral.. The news media might use me for signals: a few days earlier, I filed court papers where I complained that the cutoff of all my financial aid and Dr. Fisher's refusal to grade my Arab League term paper gave the appearance American U. wanted to suppress my criticism of the Bush Administration and help Tom DeLay-types put negative items on my credit report because I am a Democrat: it also seems my Spring 2005 registration was cancelled with no recording of grades partially because conservatives did not like my commenting on liberal issues like Venezuela-Colombia relations.: I seek to portray the peace strategies of the United Arab Emirates in a positive light like the 1993 United Arab Emirates' boundary peace talks with Iran and on Oman I favor a free trade agreement the Senate considers today. The cancellation of registration, April 11, 2005, was an insult on the anniversary of a failed coup against President Hugo Chavez of Venezuela, and his meeting with President Uribe of Colombia was a topic of my research: I thoroughly summarized the 2002 United Nations peace talks between Colombia and FARC and implied support for Uribe's strategy on negotiating with FARC on prisoners in 2004. HOWEVER, I WANT SENATORS TO CONTACT SECRETARY RICE BECAUSE DR. FISHER GAVE NO GUIDELINES ON WHETHER U.S. POLICY WOULD ALLOW US TO TALK TO FARC: I unilaterally decided not to talk to FARC and only use websites, yet I was cut off of student loans like criminals and drug dealers.

- Israeli-Palestinian peace: I wrote a memo to support continuation of talks on the basis of the Sharon-Abbas statements at the Sharm-el-Sheikh summit and a truce between Israel and Hamas. Dr. Fisher's textbook by Kriesberg was better on Israeli-Palestinian yet left out many issues on Arab League. Please pay attention to conferences on Israeli-Palestinian peace talks and solidarity with Venezuela this week..

ISSUES OF SOCIAL INJUSTICE AND ECONOMIC INJUSTICE IN MY RELATIONSHIP WITH AMERICAN UNIVERSITY, MARYLAND, AND THE DISTRICT OF COLUMBIA

-AMERICA U'S INSISTENCE THAT I GET PRIVATE LOANS WHEN I WAS UNEMPLOYED: FOR SENATOR GRASSLEY: This is a **Financial Aid Reform issue from March 3, 2006 meeting:** American University stubbornly insisted that I only get private loans for the Graduate Certificate in Peacebuilding program when I was unemployed and Dr Fisher did not follow through on plans to ask for federal certification for student loans for his program in a March 3, 2005 e-mail to me. When I had $2300 in the bank in April 2005, I e-mailed Dr. Fisher I needed loans for the poor or needy to pay his bill. Dr. Fisher and the American U. bureaucracy stubbornly tried to demand the money regardless of how little I had including Dr. Fisher's e-mail of September 2005 when I told him I was at a homeless shelter with only 88 cents in my savings account: I ask Senators Durbin, Obama, and Grassley to ask investigators to check why I was refused loans for the needy which were described and publicly advertised in American U.'s 2004-2005 catalog on pages 26-32: Cafritz, Morgenstern, and Skaskan and right to Financial Aid Appeal if studies are disrupted: I sent one in May 2005.

4th of 4 AMERICAN U. HASSLES STUDENTS AND RECENT EX-STUDENTS
APPLY FOR FOOD STAMPS: there was a lengthy delay of more than two weeks w
American University Assistant Director of Financial Aid Ingrid Valentine handed in a
required Maryland food stamp form on June 28 and she also sent another one to
Congresssman Chris Van Hollen's office: I learned Maryland bureaucrats tried an erro
or lie to say it was not delivered until my food stamps were approved August 3, 2005.
LACK OF ACCESS TO FOOD STAMP EMPLOYMENT TRAINING PROGRAM IS
EVEN WORSE INJUSTICE ISSUE: - By August 2005, it was obvious I could not find
a job from American U.'s lists including: U.S. civil service where I later got one 90%
grade for an international job (private), media, about 10 nonprofit organizations, and
Capitol Hill where Dr. Fisher was not effective in developing working relationships with
Democratic Senators and Congressmen and Democratic National Committee Chairman
Howard Dean. Dr. NOR WITH CATHOLICS AND PEACE GROUPS IN ILLINOIS
Fisher also was involved in American U.'s decision to tell me they could only
recommend my staying at the Park Bethesda dorm at $1393 per month, an increase over a
$575 per month apartment in Chicago. PARK BETHESDA CAUSED MARYLAND
RESIDENCY WITH HORRIBLE JOB AND SOCIAL SERVICES: I have criticisms of
both parties: Douglas Duncan runs the Montgomery County government which took my
applications for Public Administration Intern for which I was qualified and Library Page
with no interviews: Governor Ehrlich's officials seemed to want to chase Illinois
Democrats out of the state with the OPPRESSIVE MARYLAND POLICY OF SAYING
HOMELESS SHELTERS ARE ONLY FOR THE MENTALLY ILL AND
SUBSTANCE ABUSERS BEFORE SEPTEMBER 30. I want Senators to know I had a
vicious confrontation with Montgomery County Judge Cornelius Vaughey on June 22,
2005 where I asked him if he could order a shelter for me if I was evicted and he said,
"That's not my function." And I retorted: "What would you do if there was a hurricane?"
(pre-Katrina) I took a bus to D.C. on August 18 immediately after eviction. -
TENSIONS WITH D.C. GOVERNMENT  After the federal government also cut off
loans on the eviction threat court date, June 22, 2005, I could not accept an offer to return
to return to Illinois to attend Roosevelt University: I had 88 cents in my last bank account
in D.C. which went down to zero in January 2006 AND THE U.S. DEPT. OF
EDUCATION'S ATTORNEY, ASST. U.S. ATTORNEY CRAIG LAWRENCE ALSO
WAS SILENT WITH NO RESPONSE TO MY OFFER OF SETTLEMENT OF
LAWSUIT: loans to attend Roosevelt University January-April 2006 with return to
Chicago with total not to exceed $138,000 as only alternative to food stamps..     THIS
FORCES ME in position to continue job search in D.C. with hopes for good news this
week; I might return to Chicago yet I do not want to return to Chicago with an empty
wallet and potential tension with administrations of Governor Blagojevich and Mayor
Daley on use of welfare or homeless shelters if I return. It is easier if Senators want to
talk to Professor Nan, my reference who worked at the ex-President's Carter Center.
SENATOR GRASSLEY IS ENCOURAGED TO SEND THIS TO MARTIN
MICHAELSON SINCE I DO NOT HAVE TIME: IN CC: TO DR. FISHER I SENT
RESPECT YET WITH NO SETTLEMENT I CANNOT PROMISE TO RAISE OR GET
ANY OF $25,000 HE WANTS AS CONDITION FOR REGISTERING AT HIS
SUMMER INSTITUTE 2006 AS CONDITION OF COMPLETING HIS PROGRAM.

------ Original Message --------
Subject: 609 Registration
Date: Thu, 28 Apr 2005 09:24:35 -0400 (EDT)
From: rfisher@american.edu
To: rfisher@american.edu

Hi Joe, You will have received in your mail a letter from the Accounts
Office indicating that your registration at AU has been cancelled due to
a lack of payment of fees.  In accordance with this, your name has been
removed from the 609 class list, and I am not in a position to grade
your exam or term paper and assign a mark for you. I expect your email
account has been frozen as well, so I will mail a copy of this message
to your Mass Ave address.
Sincerely, Ron Fisher

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.
Tel: 202 885 1547
Fax: 202 885 2494