

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec, Plaintiff             06-1143
vs American University, Defendant    (GK) Judge Kessler

COURT IS ASKED IS ASKED TO RECEIVE E-MAILS ON 2 FEDERAL GRANT PROGRAMS
MR. HASSELL NASBANK STATEMENT SERVED BY HAND
NOTE- AFTER SERVICE

The court is asked to file one-page note and attachments on Online Business Systems and Raven Media (are quality choices). Inspections are needed for spam! I know it's tough to read my writing.

ALREADY SERVED BY HAND: On June 6, 2008, to Christopher Hassell, Bonner Kiernan, 1233 20th St. NW, Washington, D.C. 20036
Joseph Slovinec, 425 2nd St. NW, Washington, D.C. 20001
                                June 8, 2008
Joseph Slovinec                    Joseph Slovinec

This is connected to a settlement proposal for Case 06-1143 Slovinec v. American U.. I do not have money to pay Spring 2005 charges: Financial Aid Office is asked to respond by e-mail or mail to a note I sent a few weeks ago including complaints that Ingrid Valentine of Financial Aid did not fairly respond to my request for a Cafritz, Skaskan, and Morgenstern emergency loan in 2005. Financial Aid Office was candidly told I believed they should explore grants which enhance the university's ability to gain money for Spring 2005:

I have limits of only two options:

American U. would need to use a credit card (which I do not have) to eQuality Choices of 3549 North University, Provo, Utah 84604 which has same phone number as Raven Media at 1-866-396-5694. Since American U. presumably has a credit card, you could fill out the application for a book on general grants: I cannot

Another entity claims I could apply for a federal grant even if I declare bankruptcy, it is Online Business Systems at 1-800-738-9830 and address which is printed on e-mail: Honor Role Marketing Group, 2131 Woodruff Rd. Ste.2100, #324, Greenville, South Carolina 29607 ( an address which was not printed also appears at.

Go Technologies, 2710 Thomes Av. Suite 300, Cheyenne, Wyoming.) computer stalled and did not process my order for a guide to grants.

LAWYERS ARE ENCOURAGED TO USE INVESTIGATORS ON BOTH OF ABOVE COMPANIES: I HAVE NEVER DONE BUSINESS WITH EITHER AND CANNOT VOUCH THEIR ADVERTISEMENTS ARE NOT PHONY.

Even though the Bank of America handled my accounts honestly for 5 years, it seems a fraudelent debit of $160 occurred yesterday and I might need to change banks: I made a legitimate withdrawal from funds which already cleared of $160 in Chicago to pay for a bank vault after hassles on mail delivery (which were reported to Illinois Attorney General Lisa Madigan) on May 29: it seems this same amount was deceptively listed as a debit. I will clear this up by early next week and I will call to see if anyone wants to meet to discuss above issues. I hope to deliver these papers to Mr. Hassell.

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   June 8, 2008

*Joseph Slovinec* (signature)

© 2008 Microsoft | Privacy | Legal         Help Central | Account | Feedback






APPENDIX A





dollars go unclaimed each year as a result.

## Immediate Funds Are Available...
## It's EASY You Just Need A Little Help!

Our Grant Guide Software was specifically created to provide you with all the **Tips, Tricks, and Trade Secrets** you need to know about how and **where to access your grant money.**

Not only will you learn how to find the grant that's right for you, but you'll also have all the tools and resources you need to apply for this money **quickly and easily.**





### Ship My Grant Guide

See Terms and Conditions for details.

**HACKER SAFE**
TESTED DAILY

## Information worth thousands of dollars
## It's yours now for FREE!

- Learn step-by-step instructions for securing your first $25,000 check.
- Access our Directory with over 1500 Federal Grants as a special bonus.
- Learn how to tap into over $155 Billion to start or expand a business.
- We'll show you how to get cash fast!
- What to do after you secure your funds.

**...and much, MUCH more!**

 So many people are unaware that there are billions of dollars of Grants. I certainly was until I filled out the form above and received my Grant Guide Software.

 I had no idea what a Federal Grant was, but I knew that I needed money to start a business and help my family pay off debt. A priceless experience!

Copyright © Online Business Systems, LLC™ - All Rights Reserved. Affiliate | Privacy Policy | Terms & Conditions | Disclaimer | Click Here To Unsubscribe You must be 18 years or older to order.
CNN, or CNBC does not sponsor, endorse, nor is in any way affiliated with Online Business Systems, LLC™ or this promotion. Our guarantee is simple, if you don't make money or are dissatisfied with the product or service just call our customer care and arrange for a refund of your $1.95 It's 100% risk-free and a great value for the wealth of information available to you immediately. To cancel, you must call 1-800-738-9630 M-F 8:00am - 5:00pm PST within 14 days of the date you ordered. If you elect to take advantage of this offer by checking this box you agree to be charged $39.85 to your credit card for joining Online Business Systems unless you cancel within the trial offer period. We will not have to ask for your credit card or your further contest in order to charge you. Online Business Systems will charge your credit card monthly the membership fee above in effect at that time unless you call to cancel, in addition to a one time fee of $129.85 which will be billed 30 days from the date you ordered if not canceled.




### Get your Federal Grant Check Today

**From:** **Federal Grants** (FederalGrants@kroron.com)
You may not know this sender.    Mark as safe  |  Mark as unsafe
**Sent:** Fri 5/02/08 4:14 PM
**Reply-to:** report@kroron.com
**To:** jslovinec16@hotmail.com

This is an Adverstisement

**Get A Government GRANT!**

1. Start a Business
2. Buy Real Estate
3. Further Your Education
4. Pay Medical Bills
5. Pay Off Debts
6. And More...

Get Money Today!  CLICK HERE

If you would prefer to not receive messages from us, please **let us know** or write to 3549 North University Provo, Utah 84604

If you received this message in error or if you wish to be removed from the eQualityChoices.com mailing list, **Click Here**. During the removal period you may receive some offers what were already in process when your request was received. You are receiving this email because you registered with eQualityChoices.com or one of our marketing partners.

APPENDIX B

This is an Advertisement. eQualityChoices.com is an email marketing service, is not affiliated with the Advertiser and does not sponsor or endorse the goods and/or services advertised in this message. You are receiving this message you signed up to receive marketing from eQualityChoices.com or its marketing partners. If you wish to stop receiving eQualityChoices.com, please do so by clicking on the Unsubscribe link above. Or you may unsubscribe via postal mail a copy of this message to: eQualityChoices.com c/o StingRay Interactive, 119 Rockland Center #142, Nanuet, NY 10 By continuing to receive emails from eQualityChoices.com, you agree to the terms of our Privacy Policy. If you wish receiving emails from the Advertiser, please do so by clicking on the Advertiser's unsubscribe link set forth above



# Grant Search Assistant™

**"I have the check in my hand for $150,000! Thank you again!"**
— William Rivas

## Guaranteed! Grants Awarded Daily!

**Our FREE CD contains over 70,000 foundations that award Grants!**

"You have no idea how much that money helped out my family. I think about what you have done I cry."
— Natasha Lee
Order Date: 10/2/07    Funded 10/19/07



"I can pay for my son's textbooks for the entire year at military school! He wants to be a pilot."
— Claudette Robb Ross
Order Date: 10/2/07    Funded: 10/19/07



"I've received TWO grant checks already. The Grant-A-Day program is a great program."
— Elmer Schmidtberger
Order Date: 10/5/07    Funded 10/30/07



**Grants awarded every day...Get your CD now!**



**Grant Search Assistant's™ REVOLUTIONARY program has helped thousands of people find Grants!** How do we do it? Easy! We have over 70 THOUSAND grant sources at our disposal, and free software that makes the grant application process easy!

6:34

First Name: Joseph
Last Name: Slovinec
Address: 425 2nd St NW
City: Washington
State: DC
Zip: 20001
Phone: (202) 393-7117
Email: jslovinec16@hotmail.com

☐ Yes, I'd like to create multiple streams of income!

**Send My FREE CD!**

Shipping & Handling: $1.99

Privacy Policy | Terms & Conditions

---

By submitting this form you are granting us permission to contact you regarding our products and services. For additional information about our privacy policy click here.

You must be 18 years old or older and a legal resident of the United States or the District of Columbia to qualify.
*The Federal Government does not sponsor, endorse, and is in no way affiliated with Grant Search Assistant™ or this promotion.

All Content Copyright © 2005-2008, Raven Media. All Rights Reserved Worldwide.
Terms & Conditions and Privacy Policy of Raven Media

**Payment Methods Accepted**

Name on Card: [          ]          Expiration: [1 ▼] [2008 ▼]

Credit Card #: [          ]          Security Code: [   ]

**Pay Only $1.99 Shipping!**

[Ship My FREE CD]

Terms and Disclosures. By submitting this form I am ordering the Grant Search Assistant™ CD and trial membership for one dollar and ninety-nine cents. After the seven day trial I will be charged thirty-nine dollars and ninety-five cents a month thereafter if I do not cancel. I also agree to the fourteen day and twenty-one day bonus trials to Express Business Funding™ and Network Agenda™ for seven dollars and ninety-five cents a month and nine dollar and ninety-five cents a month thereafter, should I choose not to cancel. Cancel any time by calling 1-866-396-5694 M-F, 9am-9pm, EST. I have read and agree to the Privacy Policy | Terms & Conditions



**Grant Resource Center™** — #1 Grant Source — GUARANTEED RESULTS

**FREE Membership Site Trial!**

As a special bonus for ordering, you'll receive a 7 day trial to the Grant Resource Center!™

- Rated "Best Grant Program" by Independent Groups
- Search over 80,000 Grants!
- Personalized Live Chat
- Constant Updates
- ...and Much More!

**SPECIAL BONUS! Express Business Funding™**

- 14 day unlimited FREE TRIAL!
- Find cash to start a business!
- Learn industry secrets!
- Download financial software!
- Talk to Live Chat Reps!
- Get the latest SBA information!
- And much, much more!

**SPECIAL BONUS! Network Agenda™**

- 21 day unlimited FREE TRIAL!
- Schedule tasks via phone!
- Store documents online!
- Track important contacts!
- Automatic text alerts via phone!
- Online business applications!
- And much, much more!

*"I received a check within a week. Literally all I had to do was use the software to complete a simple Grant application, and wait for the results."\**
— Cheryla M., School Teacher

*"I thought this program would be like all the others I have bought. I never dreamed I'd receive Grant money so fast! Every word they stated about the program was true."\**
— Leslie M., CEO/Finance Director

**People Have Recieved:**
• $5,000 to start a home business   • $50,000 for college