CLERK
US DISTRICT & BANKRUPTCY

IN THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

Joseph Slovinec, Plaintiff,                                  2008 JUN 22  AM 1: 19

        Vs.                                              (gk) Judge Kessler  RECEIVED

American University, Defendant

**ANY SETTLEMENT WOULD REQUIRE AMENDMENT: MR. HASSELL IS ASKED TO REVIEW MEMO TO MICHAEL MCNAIR**

1.  Plaintiff's motion for mediation and settlement is still on table: any settlement would require amending of it since it is no longer possible to complete Graduate Certificate in Peacebuilding June 16-20 and request for damages can no longer be totally withdrawn June 21.

2.  MEMO TO: MICHAEL MCNAIR, DIRECTOR OF PUBLIC SAFETY
    FROM: JOSEPH SLOVINEC

        I ask you to lift or discontinue the barring order which was actually issued June 9, less than 15 days ago, although it is backdated May 17. I have legal rights to visit American U. campus once or twice a semester to see financial aid records and my student file. Your Student Accounts office seems to have forbidden me from attending classes due to unpaid bill: I don't intend to try to attend them. An AU guard politely escorted me off campus June 9: he told me he did not know why the barring order was issued, and this time it was done by an administrator, probably Justin Perillo, not Mr. McNair: this process cannot be totally secret since: a) Mr. McNair was misled into signing an affidavit which said Plaintiff disrupted campus in May 2005 when I, Plaintiff, correctly circulated letter which warned Secretary Spellings of my 2 ½ years of future homelessness after my eviction from Park Bethesda and 2) Nott v. GWU case says barring is for criminal activity or endangering conduct and I had done neither. I ask you to end barring order and if it is not done, I will complain to D.C. Attorney General Nickles that the barring is order is wrong since it: 1) threatens to ask D.C. police to arrest without cause; 2) seeks to cover up Financial Aid Office discrimination of Ingrid Valentine against emergency loan in 2005 which was never fairly discovered or discussed in court and again this year, 3) Justin Perillo seeks to unjustly use it as intimidating collection tactic when on May 8 I said my income of $2700 in 2006 and about $4000 in 2007 was less than Spring Semester 2005 charges: it can't be collected, 4) it forbids my attendance of class and completion of Graduate Certificate of Peacebuilding which causes negative social stigma. You did not fairly discover Mr. Kumar of crisis mediation after Dr. Fisher influenced me to move from Illinois to Park Bethesda with bad job services. I ask Mr. Hassell to work on alternate wording: I lack time to type more.
        PROOF OF SERVICE: In U.S. mail to Christopher Hassell, Bonner Kiernan et al. 1233 20th St., N.W., Washington, D.C. 20036 and Michael McNair at American University Public Safety 4400 Massachusetts Av., N.W.
        Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 21, 2008

**RECEIVED**                     *Joseph Slovinec*

JUN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT