# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,                          :
                                          :
                 Plaintiff,               :
                                          :
        v.                                :        Civil Action No. 06-1143 (GK)
                                          :
AMERICAN UNIVERSITY,                      :
                                          :
                 Defendant.               :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's motion for summary judgment [Dkt. # 37] is GRANTED and that Plaintiff's motions to stay [Dkt. #45] and for mediation [Dkt. #57] are DENIED as moot.  It is further

ORDERED that JUDGMENT shall be entered for Defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4.

SO ORDERED.


                                /s/_____
                                GLADYS KESSLER
                                United States District Judge

Date: July 16, 2008