IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,
  Vs.
American University,
   Defendant

06-1143

(gk) Judge Kessler

MOTION FOR RECONSIDERATION AND ORDER TO CONDUCT DISCOVERY WITHIN 20 DAYS

1. The opinion of July 16 is of considerably worse quality than the one in 06-455 with which Plaintiff disagrees. Judge Kessler never was willing to order discovery in the case and blames Plaintiff for not interviewing American U. personnel when he was threatened with arrest for entering campus. Judge Kessler is asked to review record for her errors including allegation on p. 12 that Plaintiff did not include low income in record which was mostly due to "inability to return to Illinois" and Judge Kessler's favoring of keeping him a detention-type atmosphere at CCNV homeless shelter here for 3 years since 2005. If it is not corrected, Plaintiff could file complaint before Congressional committee on D.C. oversight calling for investigation of Mr. Hassell's pro-Ladner tactics and Judge Kessler for not observing diligence and impartiality in Canon 3, Code of Conduct for federal Judges. Since J. Slovinec was an out-of-towner from Illinois, Judge Kessler has a bias towards American University on p. 10 with "because of disruptive activity" when American U. did not cite evidence of disruptive activity in an affidavit and letter which accompanied the barring order, and ignoring American U. role in p. 12 in causing J. Slovinec to end up on food stamps in a homeless shelter. Michael McNair's unit defamed J. Slovinec to Ronald Fisher and Leslie Wong at President's Office who irresponsibly seemed to favor collection threats against Plaintiff: this was a cause of his exclusion from meaningful support of a work search.
2. Plaintiff will start a boycott of Washington Nationals, an employer which would not interview J. Slovinec after he refused to sign a waiver of American University from liability for statements during a background investigation, and demonstration against officials who disrespect homeless rights.

PROOF OF SERVICE IN U.S. MAIL TO: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

*Joseph Slovinec*
*August 2, 2008*

RECEIVED
AUG 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN CASE 06-1143 SLOVINEC V. AMERICAN UNIVERSITY APPENDIX A
MEMORANDUM TO: DEMOCRATIC NATIONAL COMMITTEE CHAIRMAN
HOWARD DEAN with cc: to: Mr. Sandler
FROM: JOSEPH SLOVINEC   *Joseph Slovinec August 2, 2/08*
    I wanted to inform you I entered into preliminary talks on trying to ask the Graduate Certificate in Peacebuilding program to add a class on 2008 foreign policy issues including the Hillary Clinton and Barack Obama plans to withdraw troops from Iraq during 2009, Israel-Palestinian peace talks, and Obama on the Kyl-Lieberman plan where Obama favors talks with Iran in the Iraq Study Group plan which includes Syria. I had considered asking Democratic groups for funding for this class, yet after your past lack of interest in 2005 these efforts were totally discontinued, and I want to inform Terry McAuliffe of the Hillary Clinton campaign who spoke at a School of Public Affairs lobbying seminar and David Plouffe, the Obama campaign manager that I did not imply I was their agent. I did not receive return e-mails from American U. Graduate Certificate Director of Peacebuilding Ronald Fisher or his colleagues Charles Call or Prof. Abu Nimer: earlier tensions with Dr. Fisher were not resolved where after I could not obtain a Cafritz emergency loan in the catalog, Dr. Fisher sent me an insulting Labor Day 2005 e-mail where he attempted to demand $11,000 payment for Spring Semester 2005 when I informed him I only had $60 and was at a homeless shelter, the Community for Creative Nonviolence, where I have resided the past 3 years. American U.'s attorney is reminded I believe Fisher refused to grade my Arab League paper because it criticized Bush, and Secretary Spellings made me like an East German political prisoner when she blocked my planned return to Illinois to attend Roosevelt University in Sept. 2005 with a loan default on June 22, 2005. I criticized Judge Kessler's lack of attention to my case, including a barring order which seems like an extortion threat to get above money, and now believe no Catholic or Jewish students from Illinois should use American U. School of International Service until George W. Bush leaves the Presidency. The Obama campaign should be cautioned Prof. Abu Nimer is involved in the Randolph Fellowship program at U.S. Institute of Peace which mostly excludes Illinois scholars except for one or two from University of Chicago in 1989-1990 and 2003-2004, and the Obama campaign should use influence with Mayor Fenty to change my residency from the homeless shelter which could mean work for Obama in Illinois: I am boycotting the Washington Nationals baseball team for one month as a protest against racial discrimination from past D.C. Mayor Williams who is disrespectful towards out-of-town Chicago white students like me who got stranded in D.C. when we ran out of money. I still lean towards favoring Mayor Fenty's renomination after I received one day of pay for campaign work for Mayor Fenty in 2006, yet Fenty's administration took positions contrary to Senator Obama on not favoring rapid response worker training before my June 2007 layoff from a phone survey job and the cause of my Feb. 2008 U.S. Dept. of Labor complaint when D.C. officials refused my request for worker training funds available to me under Workforce Investment Act because I was in a homeless shelter, ran out of unemployment benefits, and had under $50 in the bank: this was linked to a phony D.C. and American U. strategy of not actually aiding me to effectively market my 1982 Master's Degree in International Affairs from Columbia University where Barack went and my 1996 Master's Degree in History from DePaul. I still favor Hillary Clinton for Vice President myself as best campaigner earlier in the 2008 season.. Thanks.