IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH SLOVINEC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AMERICAN UNIVERSITY** )<br>)<br>**Defendant.** )<br>_____) | **Civil Action No. 06-1143**<br>**Judge Kessler** |

## DEFENDANT AMERICAN UNIVERSITY'S
## OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

COMES NOW, Defendant, AMERICAN UNIVERSITY (hereinafter the "Defendant"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and hereby submits its Opposition to Plaintiff's Motion for Reconsideration. As grounds for this Opposition, Defendant respectfully refers the Court to the attached Memorandum of Points and Authorities, incorporated herein by reference.

Dated this 7th day of August, 2008.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Christopher E. Hassell
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1233 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (fax)
**Counsel for Defendant American University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant American University's Opposition to Plaintiff's Motion for Reconsideration, the Memorandum of Points and Authorities in support thereof, and proposed Order was served via first-class mail, postage pre-paid, this ___ day of August, 2008 to:

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

                                            /s/ Christopher E. Hassell
                                            Christopher E. Hassell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH SLOVINEC,**          ) | |
|                               ) | |
|     **Plaintiff,**            ) | |
|                               ) | |
| v.                            ) | Civil Action No. 06-1143 |
|                               ) | Judge Kessler |
| **AMERICAN UNIVERSITY**       ) | |
|                               ) | |
|     **Defendant.**            ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT AMERICAN UNIVERSITY'S
OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

COMES NOW, Defendant, AMERICAN UNIVERSITY (hereinafter the "Defendant"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and in support of its Opposition to Plaintiff's Motion for Reconsideration, hereby adopts and incorporates by reference its Motion for Summary Judgment and Reply Memorandum in Support of Motion for Summary Judgment, as if fully set forth herein, and further states as follows:

The Court should deny Plaintiff's "Motion for Reconsideration and Order to Conduct Discovery Within 20 Days" (hereinafter "Plaintiff's Motion") because there is no legal or factual basis for the relief requested therein. Plaintiff's Motion appears to disagree with the Court's July 16, 2008 Memorandum Opinion granting Defendant's Motion for Summary Judgment, but fails to cite any legal authority to support reconsideration of the Court's ruling. Indeed, Plaintiff makes no new argument and provides no new facts that would give the Court a basis for reconsidering its Order of June 16, 2008.

The only error that appears to be asserted in Plaintiff's Motion is Plaintiff's request for the Court to review the record for errors "including allegation on p. 12 that Plaintiff did not include low income in record which was mostly due to 'inability to return to Illinois' and Judge Kessler's favoring of keeping him a detention-type atmosphere at CCNV homeless shelter here for 3 years since 2005." (See Plaintiff's Motion, at ¶ 1.) However, p. 12 of the Court's Order correctly states that Plaintiff presented no evidence to support his claims of special harm sustained as a result of Defendant's alleged actions. Throughout this litigation, Plaintiff failed to establish any evidence to support his claims of physical illness, monetary loss, and other harms allegedly suffered as a result of the subject barring notice. Plaintiff's Motion fails to point to any evidence to contradict the Court's finding that he failed to establish any evidence of special harm. As such Plaintiff's Motion should be denied.

Plaintiff has failed to proffer any factual or legal basis for reconsideration of the Order granting Defendant's Motion for Summary Judgment. Plaintiff failed to file any statement of material facts to which there is a genuine issue necessary to be litigated pursuant to Local Civil Rule 7(h). Accordingly, the facts set forth in Defendant's Statement of Material Facts Not Genuinely in Dispute were properly deemed admitted pursuant to Local Civil Rule 7 (h). Likewise, Plaintiff failed to cite any law to counter Defendant's assertion that the constitutional protections embodied in the First Amendment are not applicable to its actions because it is a private university. Plaintiff further failed to cite any law to counter Defendant's assertion that the barring notice was not defamatory because it did not contain and false or defamatory statements, the issuance of the barring notice fell within the protections of the common interest privilege, the publication of the barring notice was not actionable as a matter of law and it did not cause any special harm to Plaintiff. As Plaintiff

failed to cite any factual or legal basis for review of the Court's July 16, 2008 Order, Plaintiff's Motion should be denied.

WHEREFORE, based on the foregoing and for the reasons set forth in Defendant's Motion for Summary Judgment and Defendant's Reply Memorandum in Support of Motion for Summary Judgment, Defendant American University respectfully requests this Honorable Court enter an Order denying Plaintiff's Motion for Reconsideration and Order to Conduct Discovery Within 20 Days with prejudice.

Dated this 7th day of August, 2008.

> Respectfully submitted,
>
> **BONNER KIERNAN TREBACH & CROCIATA, LLP**
>
> /s/ Christopher E. Hassell
> Christopher E. Hassell, Esq., #291641
> Christine S. Ramapuram, Esq. #492391
> 1233 20th Street, N.W., Suite 800
> Washington, DC  20036
> (202) 712-7000
> (202) 712-7100 (fax)
> **Counsel for Defendant American University**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN UNIVERSITY ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-1143 <br> Judge Kessler |

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration and Order to Conduct Discovery Within 20 Days, Defendant American University's Opposition thereto, and the entire record in this matter, it is hereby:

ORDERED that Plaintiff's Motion for Reconsideration is DENIED with prejudice.

SO ORDERED.

Entered this _____ day of _____, 2008.

_____
Judge Kessler, U.S. District Court for the District of Columbia

cc:

Christopher E. Hassell, Esq.
Christine S. Ramapuram, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC  20036

Joseph Slovinec
425 Second Street, N.W.
Washington, D.C. 20001
Plaintiff *pro se*

196655-1