UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC
Plaintiff

vs.   Civil Action No. 06-1143 GK

AMERICAN UNIVERSITY
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 8TH day of AUGUST, 20 08, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 16TH day of JULY, 20 08 in favor of AMERICAN UNIVERSITY against said JOSEPH SLOVINEC

_____
Attorney or Pro Se Litigant (signed Joseph Slovinec)

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

CHRISTOPHER HASSELL
BONNER, KIERNAN, TREBACH, AND CROCIATA
1233 20th ST. N.W., SUITE 800
WASHINGTON, D.C. 20036

RECEIVED AUG 08 2008 Clerk, U.S. District and Bankruptcy Courts