UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-1143 (GK) |
| AMERICAN UNIVERSITY, | : |
| **Defendant.** | : |

## ORDER

This matter is before the Court on Plaintiff's "Motion for Reconsideration and Order to Conduct Discovery Within 20 Days," which is construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Having reviewed the Motion, Defendant's Opposition, and the record in this case, there is no basis for granting the relief Plaintiff requests. Accordingly, it is hereby

**ORDERED**, that Plaintiff's motion for relief from judgment **[Dkt. #62]** is **denied**.

**SO ORDERED**.

/s/
Gladys Kessler
United States District Judge

September 1, 2008